IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTEGRATED HEALTH SERVICES OF CLIFF MANOR, INC., a Delaware corporation, INTEGRATED HEALTH SERVICES AT RIVERBEND, INC., a Delaware Corporation, INTEGRATED HEALTH SERVICES AT SOMERSET VALLEY, INC., A Delaware corporation, ALPINE MANOR, INC., a Pennsylvania corporation, INTEGRATED HEALTH GROUP, INC., a Pennsylvania corporation, SPRING CREEK OF IHS, INC., a Pennsylvania corporation, FIRELANDS OF IHS, INC., a Pennsylvania corporation, ELM CREEK OF IHS, INC., a Pennsylvania corporation, IHS LONG TERM CARE SERVICES, INC., a Delaware corporation,<br><br>        Plaintiffs,<br><br>v.<br><br>THCI COMPANY LLC,<br><br>        Defendant. | Civil Action No. 04-910 |

## VERIFICATION OF HARRY GRUNSTEIN

Harry Grunstein, being duly sworn according to law, deposes and states as follows:

1.  I am President of each of the Plaintiffs in the foregoing action captioned <u>Integrated Health Services of Cliff Manor, Inc., et al. v. THCI Company LLC</u>, United States District Court for the District of Delaware, Civil Action No. 04-910, and I am authorized to make this verification on Plaintiffs' behalf.

WLM\206390.1

2.  I have reviewed "Plaintiff's Motion For A Temporary Restraining Order" and I hereby verify, under penalty of perjury, that the facts set forth therein are true and correct to the best of my knowledge, information and belief.

_____
Harry Grunstein

Melita J. Rapin
Notary Public
My Commission expires 07/24/08

[Notary Seal: MELITA L. RAPIN, NOTARY PUBLIC, DEKALB COUNTY, GEORGIA, EXP. 7/24/2008]

2