# EXHIBIT I

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTEGRATED HEALTH SERVICES OF CLIFF MANOR, INC., a Delaware corporation, INTEGRATED HEALTH SERVICES AT RIVERBEND, INC., a Delaware Corporation, INTEGRATED HEALTH SERVICES AT SOMERSET VALLEY, INC., A Delaware corporation, ALPINE MANOR, INC., a Pennsylvania corporation, INTEGRATED HEALTH GROUP, INC., a Pennsylvania corporation, SPRING CREEK OF IHS, INC., a Pennsylvania corporation, FIRELANDS OF IHS, INC., a Pennsylvania corporation, ELM CREEK OF IHS, INC., a Pennsylvania corporation, IHS LONG TERM CARE SERVICES, INC., a Delaware corporation,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>THCI COMPANY LLC,<br><br>　　　　　Defendant. | Civil Action No. 04-910 |

## ORDER

WHEREAS, the Plaintiffs in this action wishes to deposit the sum of $_____ with the Clerk of the Court; and

WHEREAS, the deposit of said funds is authorized by Fed.R.Civ.P.67 and subject to Order of the Court,

NOW THEREFORE, IT IS HEREBY ORDERED:

1. The Clerk of the Court shall accept the sum of $_____ from the Plaintiffs and shall accept such sum from the Plaintiffs each month until further order of the Court.

WLM\206392.1

2.  Within ten (10) days of receipt of each of the checks representing payment of the aforesaid sum from the Plaintiffs, the Clerk of the Court shall draw a check against the Registry of the Court in the amount of $_____ made payable to Wachovia Bank and deliver same to Wachovia Bank, together with a certified copy of this Order.

3.  Upon receipt of said check by Wachovia Bank, it shall be deposited in a money market account to be opened in the name of "Clerk of the Court of the United States District Court for the District of Delaware, Civil Action No. 04-910."

4.  The Clerk of the Court shall deduct, from the income earned on the investment, a fee, not exceeding that authorized by the Judicial Conference of the United States and set by the Director of the Administrative Office, at equal to ten percent (10%) of the income earned on the investment, whenever such income becomes available for deduction in the investment so held and without further order of the Court.

5.  The funds deposited with Wachovia Bank shall remain on deposit until further order of the Court.

Dated: _____, 2005         _____
                                United States District Judge

WLM\206392.1

2