**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| INTEGRATED HEALTH SERVICES OF CLIFF MANOR, INC., a Delaware corporation, INTEGRATED HEALTH SERVICES AT RIVERBEND, INC., a Delaware Corporation, INTEGRATED HEALTH SERVICES AT SOMERSET VALLEY, INC., A Delaware corporation, ALPINE MANOR, INC., a Pennsylvania corporation, INTEGRATED HEALTH GROUP, INC., a Pennsylvania corporation, SPRING CREEK OF IHS, INC., a Pennsylvania corporation, FIRELANDS OF IHS, INC., a Pennsylvania corporation, ELM CREEK OF IHS, INC., a Pennsylvania corporation, IHS LONG TERM CARE SERVICES, INC., a Delaware corporation,<br><br>    Plaintiffs,<br><br>  v.<br><br>THCI COMPANY LLC,<br><br>    Defendant. | Civil Action No. 04-910 |

## ORDER

This matter having come on to be heard on the emergency motion of the captioned plaintiffs (the "Plaintiffs") for a temporary restraining order (the "Motion"); based on the Court's review of the Motion, and related pleadings; and the Court finding that the Plaintiffs have established a likelihood of success on the merits, irreparable harm unless the Motion is granted pending the Court's disposition of the Plaintiffs' Motion For Leave to Made A Deposit In Court (the "Deposit Motion"), that the balance of the equities favors granting the Motion and that the public interest is served by granting the Motion; therefore, IT IS HEREBY ORDERED:

WLM\206413.1

2

    (a)    The Motion shall be and hereby is, granted in all respects.

    (b)    Capitalized terms not defined herein have the meaning given in the Motion.

    (c)    The captioned Defendant is enjoined from effecting a default under the Nine Leases or pursuing any remedies allegedly arising from an event of default pending a determination of the Deposit Motion and scheduling a preliminary injunction hearing.


Dated: _____, 2005    _____
                                               United States District Judge

WLM\206413.1