IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTEGRATED HEALTH SERVICES OF CLIFF MANOR, INC. et al.<br><br>    Plaintiff,<br><br>v.<br><br>THCI, COMPANY LLC,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)   Civil Action No. 04-910<br>)<br>)<br>)<br>)<br>)<br>) |

### CERTIFICATE OF SERVICE

I, Christopher M. Winter, certify that I am not less than 18 years of age, and that service of the **Plaintiffs' Motion for Temporary Restraining Order** was made on March 15, 2005 upon the following in the following manner:

**First Class Mail**
Greg T. Spies
Stuart E. Bodker
McDowell, Rice, Smith & Buchanan, P.C.
605 West 47th Street, Suite 350
Kansas City, Missouri   64112-1905

**First Class Mail**
Ronald L. Castle
Arent Fox PLLC
1050 Connecticut Avenue, NW
Washington, DC   20036-5339

**Hand Delivery**
Scott D. Cousins, Esquire
Victoria W. Counihan, Esquire
Dennis A. Meloro, Esquire
Greenberg Traurig, LLP
The Brandywine Building
1000 West Street, Suite 1540
Wilmington, DE 19801

Under penalty of perjury, I declare that the foregoing is true and correct.

Dated: March 15, 2005
       Wilmington, Delaware

_____
Christopher M. Winter