IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTEGRATED HEALTH SERVICES<br>OF CLIFF MANOR, INC. et al.,<br><br>Plaintiff,<br><br>v.<br><br>THCI COMPANY LLC,<br><br>Defendant. | Civil Action No. 04-910 |

**STIPULATION AND ORDER EXTENDING
TIME FOR BRIEFING SCHEDULE ON PLAINTIFF'S
MOTION FOR LEAVE TO MAKE A DEPOSIT IN COURT AND
PLAINTIFF'S MOTION FOR A TEMPORARY RESTRAINING ORDER**

The Parties hereby stipulate that Defendant shall have an extension of time, to and including Tuesday, April 5, 2005, in which to file its opposition to Plaintiff's Motion for Leave to Make a Deposit in Court and Plaintiff's Motion for a Temporary Restraining Order. The Parties further stipulate that Plaintiff shall have until and including April 12, 2005 in which to file any reply.

**GREENBERG TRAURIG, LLP**

_____
Scott D. Cousins (DE I.D. No. 3079)
Victoria W. Counihan (DE I.D. No. 3488)
Dennis A. Meloro (DE I.D. No. 4435)
The Brandywine Building
1000 West Street, Suite 1540
Wilmington, DE 19801
Telephone:   (302) 661-7000
Facsimile:    (302) 661-7360

-and-

**DUANE MORRIS LLP**

_____
Michael R. Lastowski (DE I.D. No. 3892)
Richard W. Riley (DE I.D. No. 4052)
Christopher M. Winter (DE I.D. 4163)
1100 North Market Street, Suite 1200
Wilmington, DE 19801-1246
Telephone:   (302) 657-4900
Facsimile:    (302) 657-4901
E-mail:          mlastowski@duanemorris.com
                     rwriley@duanemorris.com
                     cmwinter@duanemorris.com

-and-

WLM\207057.1

| | |
|---|---|
| **ARENT FOX PLLC** | **FREILICH, LEITNER & CARLISLE** |
| Ronald L. Castle | Robert H. Frelich |
| 1050 Connecticut Avenue, NW | Robin A. Kramer |
| Washington, DC 20036-5339 | Elisa L. Paster |
| Telephone:    (202) 857-6000 | 4435 Main Street, Suite 1550 |
| Facsimile:    (2020) 857-6395 | Kansas City, MO 64111-1858 |
| | Telephone:    (816) 561-4414 |
| *Attorneys for Defendant THCI Company, LLC* | *Attorneys for Plaintiff Integrated Health Services of Cliff Manor, Inc. et al.* |

SO ORDERED this ____ day of _____, 2005.

_____
United States District Court Judge

WLM\207057.1