IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTEGRATED HEALTH SERVICES OF CLIFF MANOR, INC. et al., <br><br> Plaintiff, <br><br> v. <br><br> THCI COMPANY LLC, <br><br> Defendant. | Civil Action No. 04-910 |

**STIPULATION AND ORDER EXTENDING
TIME FOR BRIEFING SCHEDULE ON PLAINTIFF'S
MOTION FOR LEAVE TO MAKE A DEPOSIT IN COURT AND
PLAINTIFF'S MOTION FOR A TEMPORARY RESTRAINING ORDER**

The Parties hereby stipulate that Defendant shall have an extension of time, to and including Tuesday, April 19, 2005, in which to file its opposition to Plaintiffs' Motion for Leave to Make a Deposit in Court and Plaintiffs' Motion for a Temporary Restraining Order. The Parties further stipulate that Plaintiffs shall have until and including, Tuesday, April 26, 2005 in which to file any reply.

| GREENBERG TRAURIG, LLP | DUANE MORRIS LLP |
|---|---|
| *(signature)* | *(signature)* |
| Scott D. Cousins (DE I.D. No. 3079) | Michael R. Lastowski (DE I.D. No. 3829) |
| Victoria W. Counihan (DE I.D. No. 3488) | Richard W. Riley (DE I.D. No. 4052) |
| Dennis A. Meloro (DE I.D. No. 4435) | 1100 North Market Street, Suite 1200 |
| The Brandywine Building | Wilmington, DE 19801-1246 |
| 1000 West Street, Suite 1540 | Telephone: (302) 657-4900 |
| Wilmington, DE 19801 | Facsimile: (302) 657-4901 |
| Telephone: (302) 661-7000 | E-mail: mlastowski@duanemorris.com |
| Facsimile: (302) 661-7360 | rwriley@duanemorris.com |
| -and- | -and- |

WLM\207496.1

| | |
|---|---|
| **ARENT FOX PLLC** <br> Ronald L. Castle <br> 1050 Connecticut Avenue, NW <br> Washington, DC 20036-5339 <br> Telephone:  (202) 857-6000 <br> Facsimile:   (202) 857-6395 <br><br> *Attorneys for Defendant THCI Company, LLC* | **TROUTMAN SANDERS LLP** <br> Amos Alter, Esquire <br> The Chrysler Building <br> 405 Lexington Avenue <br> New York, NY 10174 <br> Telephone:  (212) 704-6000 <br> Facsimile:   (212) 704-6288. <br><br> *Attorneys for Plaintiffs Integrated Health Services of Cliff Manor, Inc. et al.* |

SO ORDERED this ____ day of _____, 2005.


_____
United States District Court Judge

WLM\207496 1