IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTEGRATED HEALTH SERVICES<br>OF CLIFF MANOR, INC. et al.,<br><br>        Plaintiff,<br><br>v.<br><br>THCI COMPANY LLC,<br><br>        Defendant. | Civil Action No. 04-910 (GMS) |

**STIPULATION AND ORDER EXTENDING
TIME FOR PLAINTIFFS TO FILE CERTAIN REPLIES**

The Parties hereby stipulate that Plaintiffs shall have an extension of time to and including Friday, May 6, 2005, in which to file replies to the (i) Defendant's opposition to Plaintiffs' Motion for Leave to Make a Deposit in Court and (ii) Defendant's opposition to Plaintiffs' Motion for a Temporary Restraining Order.

**GREENBERG TRAURIG, LLP**

_____
Scott D. Cousins (DE I.D. 3079)
Victoria W. Counihan (DE I.D. 3488)
Dennis A. Meloro (DE I.D. 4435)
The Brandywine Building
1000 West Street, Suite 1540
Wilmington, DE 19801
Telephone:    (302) 661-7000
Facsimile:    (302) 661-7360

-and-

**DUANE MORRIS LLP**

_____
Richard W. Riley (DE I.D. 4052)
Michael R. Lastowski (DE I.D. 3892)
Christopher M. Winter (DE I.D. 4163)
1100 North Market Street, Suite 1200
Wilmington, DE 19801-1246
Telephone:    (302) 657-4900
Facsimile:    (302) 657-4901
E-mail:    rwriley@duanemorris.com
          mlastowski@duanemorris.com
          cmwinter@duanemorris.com

-and-

WLM\207939.1

| | |
|---|---|
| **ARENT FOX PLLC** | **TROUTMAN SANDERS LLP** |
| Ronald L. Castle | Amos Alter, Esquire |
| 1050 Connecticut Avenue, NW | The Chrysler Building |
| Washington, DC 20036-5339 | 405 Lexington Avenue |
| Telephone:   (202) 857-6000 | New York, NY 10174 |
| Facsimile:   (2020) 857-6395 | Telephone:   (212) 704-6000 |
| | Facsimile:   (212) 704-6288. |

*Attorneys for Defendant THCI Company, LLC*         *Attorneys for Plaintiff Integrated Health Services of Cliff Manor, Inc. et al.*

SO ORDERED this ____ day of _____, 2005.

_____
United States District Court Judge

WLM\207939.1