# Exhibit A

# Missouri Secretary of State, Robin Carnahan

> **Important Notice:** In our continuing efforts to provide outstanding customer service, scheduled hardware upgrades will begin Friday, May 6, 2005, beginning at 5:30 p.m. We apologize for any inconvenience; thank you for your patience.

**Search**
- By Business Name
- By Charter Number
- By Registered Agent
- For New Corporations Verify
- Verify Certification Annual Report
- File Online Online Orders
- Register for Online Orders
- Order Good Standing
- Order Certified Documents

Date: 5/6/2005

**Filed Documents**
(Click above to view filed documents that are available.)

## Business Name History

| Name | Name Type |
|---|---|
| 4700 NW CLIFF VIEW DRIVE OPERATING COMPANY, LLC | Legal |

### Limited Liability Company - Foreign - Information

| | |
|---|---|
| Charter Number: | FL0648117 |
| Status: | Active |
| Entity Creation Date: | 3/22/2005 |
| State of Business.: | DE |
| Expiration Date: | Perpetual |

### Registered Agent

| | |
|---|---|
| Agent Name: | CSC-Lawyers Incorporating Service Company |
| Office Address: | 221 BOLIVAR JEFFERSON CITY MO 65101 |
| Mailing Address: | |
| [Name Not Available] | [Address Not Available] |



## State of Missouri
Robin Carnahan, Secretary of State

Corporations Division
P.O. Box 778 / 600 W. Main Street, Rm 322
Jefferson City, MO 65102

File Number: 200508212903
FL0648117
Date Filed: 03/22/2005
Robin Carnahan
Secretary of State

### Application for Registration of a Foreign Limited Liability Company
*(Submit with filing fee of $105.00)*

(1) The name of the foreign limited liability company is:

4700 NW Cliff View Drive Operating Company, LLC

(2) The name under which the foreign limited liability company will conduct business in Missouri is (must contain "limited company, "limited liability company", "LC", "LLC", "L.C.", or "L.L.C") (must be filled out if different from line (1)):

(3) The foreign limited liability company was formed under the laws of  Delaware  on the
*(state or jurisdiction)*
date of 3/11/05
*(month/day/year)*

(4) The purpose of the foreign limited liability company or the general character of the business it proposes to transact in this state is:

See Attachment.

(5) The name and address of the limited liability company's registered agent in Missouri is (this line must be completed and include a street address):

CSC-Lawyers Incorporating Service Company, 221 Bolivar Street, Jefferson City, MO 65101
      *Name*        *Address (P.O. Box may only be used in conjunction with a physical street address)*    *City/State/Zip*

*The Secretary of State is appointed agent for service of process if the foreign limited liability company fails to maintain a registered agent. Note: failure to maintain a registered agent constitutes grounds to cancel the registration of the foreign limited liability company.*

(6) The address of the registered office in the jurisdiction organized. If none required, then the principal office address of the foreign limited liability company is:

411 Hackensack Avenue, 7th Floor, Hackensack, New Jersey 07601
      *Name*        *Address (P.O. Box may only be used in conjunction with a physical street address)*    *City/State/Zip*

(7) This application must include a current certificate of good standing/existence from the secretary of state or other similar official in the state of domicile. Such document should be dated within 60 calendar days from filing.

*Please see next page*

Name and address to return filed document:

Name:
Address:
City, State, and Zip

State of Missouri
Creation - LLC/LP 4 Page(s)

T0508107132

**Attachment to Application for Registration of a Foreign Limited Liability Company**

PURPOSE: THE CHARACTER OF BUSINESS TO BE TRANSACTED IN MISSOURI: administer, service or enter into agreements for the servicing of, operate, manage, lease and otherwise deal with, the real property located at 4700 NW Cliff View Drive, Kansas City, MO and to conduct any other business for which a limited liability company may be formed under the Missouri Limited Liability Company Act.

        **4700 NW Cliff View Drive Operating Company, LLC**

                  By:   Michael S. Sherman
                           Vice President and General Counsel

# Delaware

PAGE 1

### The First State

I, HARRIET SMITH WINDSOR, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY "4700 NW CLIFF VIEW DRIVE OPERATING COMPANY, LLC" IS DULY FORMED UNDER THE LAWS OF THE STATE OF DELAWARE AND IS IN GOOD STANDING AND HAS A LEGAL EXISTENCE SO FAR AS THE RECORDS OF THIS OFFICE SHOW, AS OF THE TWENTY-FIRST DAY OF MARCH, A.D. 2005.

AND I DO HEREBY FURTHER CERTIFY THAT THE ANNUAL TAXES HAVE NOT BEEN ASSESSED TO DATE.

AND I DO HEREBY FURTHER CERTIFY THAT THE SAID "4700 NW CLIFF VIEW DRIVE OPERATING COMPANY, LLC" WAS FORMED ON THE ELEVENTH DAY OF MARCH, A.D. 2005.



*Harriet Smith Windsor*
Harriet Smith Windsor, Secretary of State

3938801  8300

050230427

AUTHENTICATION: 3756812

DATE: 03-21-05

# State of Missouri



### Robin Carnahan
### Secretary of State

CERTIFICATE OF REGISTRATION
FOREIGN LIMITED LIABILITY COMPANY

WHEREAS,

*4700 NW CLIFF VIEW DRIVE OPERATING COMPANY, LLC*
*FL0648117*

Using in Missouri the name

*4700 NW CLIFF VIEW DRIVE OPERATING COMPANY, LLC*

and existing under the laws of the State of Delaware has filed with this state its Application for Registration and whereas this Application for Registration conforms to the Missouri Limited Company Act

NOW, THEREFORE, I, ROBIN CARNAHAN, Secretary of State of the State of Missouri, by virtue of authority vested in me by law, do hereby certify and declare that on the 22nd day of March, 2005, the above Foreign Limited Liability Company is duly authorized to transact business in the State of Missouri and is entitled to any rights granted Limited Liability Companies.

IN TESTIMONY WHEREOF, I have set my hand and imprinted the GREAT SEAL of the State of Missouri, on this, the 22nd day of March, 2005



_____
Secretary of State

Corporate Records Application

Page 1 of 1

### Entity Details

DOS Homepage

**Request**
- New Request

**Free Search**
- General Name Search
- Old Name Search
- Orphan Search

**Basic Entity Information**

| | |
|---|---|
| Entity Type | PENNSYLVANIA LIMITED LIABILITY COMPANY (BUSINESS) |
| Entity Name | 4114 SCHAPER AVENUE OPERATING COMPANY, LLC |
| Entity No. | 3293203 |
| Filing Date | 03/22/2005 |
| Letter of Consent | No |
| Address | % CORPORATION SERVICE COMPANY<br>- Pennsylvania USA |
| County | Dauphin |
| Jurisdiction | DE |
| Purpose | REAL ESTATE |
| Limited Authority | No |

**Instrument History**

| Doc Type | Microfilm# | Micro# Start | Micro# End | Filing Date |
|---|---|---|---|---|
| LIMITED LIABILITY COMPANY | 2005030 | 684 | 686 | 03/22/2005 |

[Back]

Home | Site Map | View as Text Only

Visit the
*PAPowerPort*

Copyright © 2002 Pennsylvania Department of State. All Rights Reserved.
Commonwealth of PA Privacy Statement

https://www.dos.beta.state.pa.us/CorpsApp/Corpsweb/Search/wfEntityDetails.aspx?EntityN... 5/2/2005



# CORPORATE DETAILS
### Office of the Secretary of State
### State of Alabama



| | | |
|---|---|---|
| Company | | FLL 608-082 |
| Legal Name: | 850 NW 9th Street Operating Company, LLC | |
| State Of Reg: | Delaware | |
| Reg Date....: | 03-22-2005 | |
| Formed Date.: | 03-11-2005 | |
| Reg Agent...: | CSC LAWYERS INCORPORATING SRV INC<br>150 S PERRY ST<br>MONTGOMERY, AL  36104 | |
| Prin Address: | 411 HACKENSACK AVE 7TH FL<br>HACKENSACK, NJ  07601 | |
| Nat Of Bus..: | REAL PROPERTY 850 NW 9TH ST ALABASTER AL/ANY LAWFUL LLC BUSINESS | |



© 2005, Office of the Secretary of State, State of Alabama

Doc ID --> 200507600708

| DATE: | DOCUMENT ID | DESCRIPTION | FILING | EXPED | PENALTY | CERT | COPY |
|---|---|---|---|---|---|---|---|
| 03/17/2005 | 200507600708 | REGISTRATION OF FOREIGN LIMITED LIABILITY CO (LFA) | 125.00 | 100.00 | .00 | .00 | .00 |

**Receipt**
This is not a bill. Please do not remit payment.

CORPORATION SERVICE COMPANY
ATTN: LISA VAIDO
887 SOUTH HIGH STREET
COLUMBUS, OH 43206

# STATE OF OHIO
## CERTIFICATE

Ohio Secretary of State, J. Kenneth Blackwell

1526330

It is hereby certified that the Secretary of State of Ohio has custody of the business records for

**204 W. MAIN STREET OPERATING COMPANY, LLC**

and, that said business records show the filing and recording of:

Document(s)
REGISTRATION OF FOREIGN LIMITED LIABILITY CO

Document No(s):
200507600708

United States of America
State of Ohio
Office of the Secretary of State

Witness my hand and the seal of the Secretary of State at Columbus, Ohio this 16th day of March, A.D. 2005.

J. Kenneth Blackwell
Ohio Secretary of State

Page 1

Doc ID --> 200507600708

MAR. 16. 2005  3:56PM    CORPORATION SERVICE COMPANY                NO. 0447   P. 2

Prescribed by **J. Kenneth Blackwell**
Ohio Secretary of State
Central Ohio: (614) 466-3910
Toll Free: 1-877-SOS-FILE (1-877-767-3453)

www.state.oh.us/sos
e-mail: busserv@sos.state.oh.us

Expedite this Form: (select one)
- [ ] Yes  PO Box 1390
          Columbus, OH 43216
          ** Requires an additional fee of $100 **
- [x] No   PO Box 670
          Columbus, OH 43216

## ORGANIZATION / REGISTRATION OF LIMITED LIABILITY COMPANY
(Domestic or Foreign)
Filing Fee $125.00

THE UNDERSIGNED DESIRING TO FILE A:

**(CHECK ONLY ONE (1) BOX)**

(1) [ ] Articles of Organization for Domestic Limited Liability Company (115-LCA) ORC 1705

(2) [x] Application for Registration of Foreign Limited Liability Company (105-LFA) ORC 1705
3/11/05 (Date of Formation)  Delaware (State)

Complete the general information in this section for the box checked above.

Name: 204 N. Main Street Operating Company, LLC

[x] Check here if additional provisions are attached

* If box (1) is checked, name must include one of the following endings: limited liability company, limited, ltd, Ltd, LLC, L.L.C.

Complete the information in this section if box (1) is checked.

Effective Date (Optional) _____ (mm/dd/yyyy)
Date specified can be no more than 90 days after date of filing. If a date is specified, the date must be a date on or after the date of filing.

This limited liability company shall exist for (Optional) _____ (Period of existence)

Purpose (Optional) _____

The address to which interested persons may direct requests for copies of any operating agreement and any bylaws of this limited liability company is
(Optional)

(Name) _____

(Street) _____    NOTE: P.O. Box Addresses are NOT acceptable.

(City) _____   (State) _____   (Zip Code) _____

(20)                            Page 1 of 3                    Last Revised: May 2002

| REQUIRED<br>Must be authenticated (signed) by an authorized representative<br>(See Instructions) | *Michael I Sherman Ra.*<br>Authorized Representative<br>Michael S. Sherman<br>(Print Name)<br>See Attachment | 3/14/05<br>Date |
|---|---|---|
| | Authorized Representative<br>(Print Name) | Date |

533    Page 3 of 3    Last Revised: May 2002

Doc ID --> 200507600710

| DATE: | DOCUMENT ID | DESCRIPTION | FILING | EXPED | PENALTY | CERT | COPY |
|---|---|---|---|---|---|---|---|
| 03/17/2005 | 200507600710 | REGISTRATION OF FOREIGN LIMITED LIABILITY CO (LFA) | 125.00 | 100.00 | .00 | .00 | .00 |

**Receipt**
This is not a bill  Please do not remit payment.

CORPORATION SERVICE COMPANY
ATTN: LISA VAIDO
887 SOUTH HIGH STREET
COLUMBUS, OH 43206

# STATE OF OHIO
## CERTIFICATE

Ohio Secretary of State, J. Kenneth Blackwell

1526331

It is hereby certified that the Secretary of State of Ohio has custody of the business records for

115 ELMWOOD CIRCLE OPERATING COMPANY, LLC

and, that said business records show the filing and recording of:

Document(s)
REGISTRATION OF FOREIGN LIMITED LIABILITY CO

Document No(s):
200507600710



United States of America
State of Ohio
Office of the Secretary of State

Witness my hand and the seal of the Secretary of State at Columbus, Ohio this 16th day of March, A.D. 2005.

*J. Kenneth Blackwell*
Ohio Secretary of State

Page 1

Doc ID --> 200507600710

MAR. 16. 2005 4:00PM  CORPORATION SERVICE COMPANY         NO. 8716  P. 2/5

Prescribed by **J. Kenneth Blackwell**
Ohio Secretary of State
Central Ohio: (614) 466-3910
Toll Free: 1-877-SOS-FILE (1-877-767-3453)

www.state.oh.us/sos
e-mail: busserv@sos.state.oh.us

Expedite this Form: (select one)
○ Yes  PO Box 1390
       Columbus, OH 43216
       ** Requires an additional fee of $100 **
● No   PO Box 670
       Columbus, OH 43216

## ORGANIZATION / REGISTRATION OF LIMITED LIABILITY COMPANY
(Domestic or Foreign)
Filing Fee $125.00

THE UNDERSIGNED DESIRING TO FILE A:

(CHECK ONLY ONE (1) BOX)

(1) ☐ Articles of Organization for Domestic Limited Liability Company (115-LCA) ORC 1705

(2) ☑ Application for Registration of Foreign Limited Liability Company (106-LFA) ORC 1705
3/11/05                Delaware
(Date of Formation)    (State)

Complete the general information in this section for the box checked above.

Name: 115 Elmwood Circle Operating Company, LLC

☑ Check here if additional provisions are attached

* If box (1) is checked, name must include one of the following endings: limited liability company, limited, ltd, Ltd, L.L.C, LLC.

Complete the information in this section if box (1) is checked.

Effective Date (Optional) _____  Date specified can be no more than 90 days after date of filing. If a date is specified, the date must be a date on or after the date of filing.
(mm/dd/yyyy)

This limited liability company shall exist for _____
(Optional)                                    (Period of existence)

Purpose
(Optional) _____

The address to which interested persons may direct requests for copies of any operating agreement and any bylaws of this limited liability company is

(Optional)
_____
(Name)

_____  NOTE: P.O. Box Addresses are NOT acceptable.
(Street)

_____  _____  _____
(City)              (State)    (Zip Code)

533            Page 1 of 3           Last Revised: May 2002

Doc ID --> 200507600710

MAR. 16. 2005  4:01PM    CORPORATION SERVICE COMPANY                    NO. 8716  P. 4/5

---

Complete the information in this section if box (2) is checked.

The address to which interested persons may direct requests for copies of any operating agreement and any bylaws of this limited liability company is

> 115 Elmwood Circle Operating Company, LLC c/o TBCI Company 1
> (Name)
> 411 Hackensack Avenue, 7th Floor
> (Street)                    NOTE: P.O. Box Addresses are NOT acceptable.
> Hackensack                                NJ            07601
> (City)                                   (State)        (Zip Code)

The name under which the foreign limited liability company desires to transact business in Ohio is

> 115 Elwood Circle Operating Company, LLC

The limited liability company hereby appoints the following as its agent upon whom process against the limited liability company may be served in the state of Ohio. The name and complete address of the agent is

> CSC-LAWYERS INCORPORATING SERVICE
> (Corporation Service Company)
> (Name)
> 50 West Broad Street, Suite 1800
> (Street)                    NOTE: P.O. Box Addresses are NOT acceptable.
> Columbus                                  Ohio          43215
> (City)                                   (State)        (Zip Code)

The limited liability company irrevocably consents to service of process on the agent listed above as long as the authority of the agent continues, and to service of process upon the OHIO SECRETARY OF STATE if:
  a. the agent cannot be found, or
  b. the limited liability company fails to designate another agent when required to do so, or
  c. the limited liability company's registration to do business in Ohio expires or is canceled.

REQUIRED
Must be authenticated (signed)
by an authorized representative
(See Instructions)

_Michael S. Sherman_    3/14/05
Authorized Representative    Date
Michael S. Sherman
(Print Name)
See attachment

_____    _____
Authorized Representative    Date

_____
(Print Name)

533                    Page 3 of 3                    Last Revised: May 2002

Page 3

Doc ID --> 200507600710

MAR. 16 2005 4:01PM    CORPORATION SERVICE COMPANY         NO. 8716   P. 5/5

<u>Attachment to Application for Registration of a Foreign Limited Liability Company</u>

PURPOSE: THE CHARACTER OF BUSINESS TO BE TRANSACTED IN OHIO: administer, service or enter into agreements for the servicing of, operate, manage, lease and otherwise deal with, the real property located at 115 Elwood Circle, West Carrolton, OH and to conduct any other business for which a limited liability company may be formed under the Ohio Limited Liability Company Act.

115 Elwood Circle Operating Company, LLC

By: Michael S. Sherman
Vice President and General Counsel

Corporate Records Application

Page 1 of 1



DOS Homepage

### Entity Details

Request
- New Request

Free Search
- General Name Search
- Old Name Search
- Orphan Search

**Basic Entity Information**

| | |
|---|---|
| Entity Type | FOREIGN LIMITED LIABILITY COMPANY (BUSINESS) |
| Entity Name | 890 WEATHERWOOD ROAD OPERATING COMPANY, LLC |
| Entity No. | 3293223 |
| Filing Date | 03/22/2005   **Letter of Consent**   No |
| Address | % CORPORATION SERVICE COMPANY |
| | - Pennsylvania   USA |
| County | Dauphin   **Jurisdiction**   DE |
| Purpose | REAL ESTATE |
| Limited Authority | No |

**Instrument History**

| Doc Type | Microfilm# | Micro# Start | Micro# End | Filing Date |
|---|---|---|---|---|
| LLC-FO | 2005030 | 687 | 688 | 03/22/2005 |

[Back]

Home | Site Map | View as Text Only

Visit the
*PAPowerPort*

Copyright © 2002 Pennsylvania Department of State. All Rights Reserved
Commonwealth of PA Privacy Statement

https://www.dos.beta.state.pa.us/CorpsApp/Corpsweb/Search/wfEntityDetails.aspx?EntityN... 5/3/2005