IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTEGRATED HEALTH SERVICES OF CLIFF MANOR, INC. et al., <br><br> Plaintiffs, <br><br> v. <br><br> THCI COMPANY LLC, <br><br> Defendant. | Civil Action No. 04-910 |

### CERTIFICATE OF SERVICE

I, Richard W. Riley, certify that I am not less than 18 years of age, and that service of a copy of the **Plaintiffs' Reply On Its Motion For Leave To Make Deposit In Court** was made on May 6, 2005, upon the following in the manner indicated:

Scott D. Cousins
Victoria W. Counihan
Dennis A. Meloro
GREENBERG TRAURIG, LLP
The Brandywine Building
1000 West Street, Suite 1540
Wilmington, DE 19801
*Via Hand Delivery*

Greg T. Spies
Stuart E. Bodker
McDowell, Rice, Smith & Buchanan, P.C.
605 West 47th Street, Suite 350
Kansas City, Missouri  64112-1905
*First Class Mail*

Ronald L. Castle
ARENT FOX PLLC
1050 Connecticut Avenue, NW
Washington, DC 20036-5339
*Via First Class Mail*

Under penalty of perjury, I declare that the foregoing is true and correct.

Dated: May 6, 2005
        Wilmington, Delaware

                                        Richard W. Riley (DE I.D. 4052)

WLM\208264.1