IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTEGRATED HEALTH SERVICES <br> OF CLIFF MANOR, INC. et al., <br><br> Plaintiff, <br><br> v. <br><br> THCI COMPANY LLC, <br><br> Defendant. | Civil Action No. 04-910 |

**AFFIDAVIT OF SERVICE**

STATE OF DELAWARE §
                   § SS:
NEW CASTLE COUNTY  §

      I, Carolyn B. Fox, being duly sworn according to law, deposes and says that she is employed by Greenberg Traurig, LLP, attorneys for THCI Company, LLC., in the above-captioned action, and that on the 19th day of April, 2005, she caused copies of the Answering Brief in Opposition re (61) Motion for Temporary Restraining Order, (60 Motion for Leave to File a Make a Deposit in Court Objection of THCI Company LLC to Plaintiff's Motion for Leave to Make a Deposit in Court and to Plaintiffs' Accompanying Request for a Preliminary Injunction [Docket No. 65] and Declaration re: (65) Answering Brief in Opposition, Declaration of Kevin Kurtzman by THCI Company LLC [Docket No. 66]to be served upon the attached Service List via First Class U.S. Mail.

_____
Carolyn B. Fox

      SWORN TO AND SUBSCRIBED before me, a Notary Public for the State and County aforesaid, on the day and year aforesaid.

Dated: May 9, 2005

_____
Notary Public
DONA K. KINTZ
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires June 28, 2006

Michael R. Lastowski, Esquire
Duane, Morris & Heckscher LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801-1246

Amos Alter, Esquire
Troutman Sanders LLP
The Chrysler Building
405 Lexington Avenue
New York, NY  10174

Impression à séchage rapide et antibourrage
Utilisez le gabarit 8163MC
www.avery.com
1-800-GO-AVERY
AVERY® 8163MC

Smudge and Jam Free Printing
Use Avery® TEMPLATE 8163™
www.avery.com
1-800-GO-AVERY
AVERY® 8163™