IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTEGRATED HEALTH SERVICES OF CLIFF MANOR, INC., a Delaware corporation, INTEGRATED HEALTH SERVICES AT RIVERBEND, INC., a Delaware Corporation, INTEGRATED HEALTH SERVICES AT SOMERSET VALLEY, INC., A Delaware corporation, ALPINE MANOR, INC., a Pennsylvania corporation, INTEGRATED HEALTH GROUP, INC., a Pennsylvania corporation, SPRING CREEK OF IHS, INC., a Pennsylvania corporation, FIRELANDS OF IHS, INC., a Pennsylvania corporation, ELM CREEK OF IHS, INC., a Pennsylvania corporation, IHS LONG TERM CARE SERVICES, INC., a Delaware corporation,<br><br>      Plaintiffs,<br><br> v.<br><br>THCI COMPANY LLC,<br><br>      Defendant. | Civil Action No. 04-910 |

## PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT PURSUANT TO FED. R. CIV. P. 56

The plaintiffs, and in particular, plaintiff IHS Long Term Care Services, Inc., by and through undersigned counsel, moves (the "Motion") pursuant to Fed. R. Civ. P. 56, for an order granting partial summary judgment in favor of the plaintiffs and against the defendant. The Motion is based upon and supported by the Plaintiffs' Memorandum of Law In Support of Motion for Partial Summary Judgment, Declaration of Amos Alter In Support of Partial Summary Judgment Motion and the exhibits attached thereto, all of which are being filed

contemporaneously herewith.

Dated: May 31, 2005
      Wilmington, Delaware

**DUANE MORRIS LLP**

/s/ Michael R. Lastowski

Michael R. Lastowski (DE I.D. 3892)
Richard W. Riley (DE I.D. 4052)
Christopher M. Winter (DE I.D. 4163)
1100 North Market Street, Suite 1200
Wilmington, DE 19801-1246
Telephone:   (302) 657-4900
Facsimile:   (302) 657-4901

-and-

**TROUTMAN SANDERS LLP**

Amos Alter, Esquire
The Chrysler Building
405 Lexington Avenue
New York, NY 10174
Telephone:   (212) 704-6000
Facsimile:   (212) 704-6288.

*Attorneys for Plaintiff Integrated Health Services of Cliff Manor, Inc. et al.*