# EXHIBIT "E"

# TO BE SUPPLIED