IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTEGRATED HEALTH SERVICES OF CLIFF MANOR, INC., a Delaware corporation, INTEGRATED HEALTH SERVICES AT RIVERBEND, INC., a Delaware Corporation, INTEGRATED HEALTH SERVICES AT SOMERSET VALLEY, INC., A Delaware corporation, ALPINE MANOR, INC., a Pennsylvania corporation, INTEGRATED HEALTH GROUP, INC., a Pennsylvania corporation, SPRING CREEK OF IHS, INC., a Pennsylvania corporation, FIRELANDS OF IHS, INC., a Pennsylvania corporation, ELM CREEK OF IHS, INC., a Pennsylvania corporation, IHS LONG TERM CARE SERVICES, INC., a Delaware corporation,<br><br>      Plaintiffs,<br><br>v.<br><br>THCI COMPANY LLC,<br><br>      Defendant. | Civil Action No. 04-910 |

## CERTIFICATE OF SERVICE

I, Richard W. Riley, certify that I am not less than 18 years of age, and that service of copies of the following documents was made on May 31, 2005, upon the individuals listed below in the manner indicated:

(1) Plaintiffs' Motion for Partial Summary Judgment Pursuant to Fed. R. Civ. P. 56 (Docket No. 70);

(2) Plaintiffs' Memorandum of Law in Support of Motion for Partial Summary Judgment (Docket No. 71); and

(3) Declaration in Support of Partial Summary Judgment Motion (Docket No. 72).

WLM\208736.1

Scott D. Cousins
Victoria W. Counihan
Dennis A. Meloro
GREENBERG TRAURIG, LLP
The Brandywine Building
1000 West Street, Suite 1540
Wilmington, DE 19801
*Via Hand Delivery*

Ronald L. Castle
ARENT FOX PLLC
1050 Connecticut Avenue, NW
Washington, DC 20036-5339
*Via First Class Mail*

Greg T. Spies
Stuart E. Bodker
McDowell, Rice, Smith & Buchanan, P.C.
605 West 47th Street, Suite 350
Kansas City, Missouri 64112-1905
*Via First Class Mail*

    Under penalty of perjury, I declare that the foregoing is true and correct.

Dated: May 31, 2005
      Wilmington, Delaware

**DUANE MORRIS LLP**

_____
Richard W. Riley (DE I.D. 4052)
1100 North Market Street, Suite 1200
Wilmington, DE 19801-1246
Telephone:   (302) 657-4900
Facsimile:    (302) 657-4901
E-mail:       rwriley@duanemorris.com

WLM\208736.1