IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTEGRATED HEALTH SERVICES OF CLIFF MANOR, INC., a Delaware corporation, INTEGRATED HEALTH SERVICES AT RIVERBEND, INC., a Delaware Corporation, INTEGRATED HEALTH SERVICES AT SOMERSET VALLEY, INC., A Delaware corporation, ALPINE MANOR, INC., a Pennsylvania corporation, INTEGRATED HEALTH GROUP, INC., a Pennsylvania corporation, SPRING CREEK OF IHS, INC., a Pennsylvania corporation, FIRELANDS OF IHS, INC., a Pennsylvania corporation, ELM CREEK OF IHS, INC., a Pennsylvania corporation, IHS LONG TERM CARE SERVICES, INC., a Delaware corporation,<br><br>        Plaintiffs,<br><br>v.<br><br>THCI COMPANY LLC,<br><br>        Defendant. | Civil Action No. 04-910 (GMS)<br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>**Related to Docket No. 72** |

## NOTICE OF FILING EXHIBIT "E" TO THE DECLARATION OF AMOS ALTER IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT

Plaintiffs, by and through their undersigned counsel, hereby file the attached copy of the "Missouri Guaranty" which is defined in, and is referenced as Exhibit "E," in the Declaration of Amos Alter in Support of Motion for Partial Summary Judgment filed on May 31, 2005 at docket number 72.

WLM\209078.1

| | |
|---|---|
| Dated: June 10, 2005<br>Wilmington, Delaware | **DUANE MORRIS LLP**<br><br>*/s/*<br>―――――――――――――――――<br>Michael R. Lastowski (DE I.D. 3892)<br>Richard W. Riley (DE I.D. 4052)<br>Christopher M. Winter (DE I.D. 4163)<br>1100 North Market Street, Suite 1200<br>Wilmington, DE 19801-1246<br>Telephone:   (302) 657-4900<br>Facsimile:   (302) 657-4901<br>-and-<br><br>**TROUTMAN SANDERS LLP**<br>Amos Alter, Esquire<br>The Chrysler Building<br>405 Lexington Avenue<br>New York, NY 10174<br>Telephone:   (212) 704-6000<br>Facsimile:   (212) 704-6288.<br><br>*Attorneys for Plaintiff Integrated Health Services of Cliff Manor, Inc. et al.* |