IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTEGRATED HEALTH SERVICES OF <br> CLIFF MANOR, INC., et al., <br><br> Plaintiffs-Counterclaim Defendants, <br><br> v. <br><br> THCI COMPANY LLC, <br><br> Defendant-Counterclaimant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No. 04-910 <br> ) <br> ) <br> ) <br> ) <br> ) |

**CROSS-MOTION BY DEFENDANT THCI COMPANY LLC FOR
PARTIAL SUMMARY JUDGMENT PURSUANT TO FED. R. CIV. P. 56**

Defendant THCI Company LLC ("THCI"), by and through undersigned counsel, cross-moves (the "Cross-Motion") pursuant to Fed. R. Civ. P. 56, for an order granting partial summary judgment in favor of THCI and against the Plaintiffs. The Cross-Motion is based upon and supported by the Defendant's Memorandum of Law in Opposition to Motion by Plaintiffs for Partial Summary Judgment and in Support of Cross-Motion for Partial Summary Judgment, Declaration of Warren Cole dated June 14, 2005, and the exhibits attached hereto, all of which are being filed contemporaneously herewith.

Dated:  June 14, 2005
        Wilmington, Delaware

**GREENBERG TRAURIG LLP**

By: _/s/_____
Scott D. Cousins (No. 3079)
Victoria W. Counihan (No. 3488)
Dennis A. Meloro (No. 4435)
The Brandywine Building
1000 West Street, Suite 1540
Wilmington, Delaware  19801
Tel:  (302) 661-7000
Fax  (302) 661-7360

-and-

**ARENT FOX PLLC**

Robert E. Grossman
Michael S. Cryan
Beth Kibel
Igor M. Tsibelman
1675 Broadway
New York, New York  10019
Tel:  (212) 484-3900
Fax:  (212) 484-3990

*Attorneys for Defendant THCI Company LLC*