IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTEGRATED HEALTH SERVICES<br>OF CLIFF MANOR, INC. et al.<br><br>    Plaintiff,<br><br>v.<br><br>THCI, COMPANY LLC,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)  Civil Action No. 04-910<br>)<br>)<br>)<br>)<br>) |

### CERTIFICATE OF SERVICE

I, Michael R. Lastowski, certify that I am not less than 18 years of age, and that service of the **Reply Declaration in Support of Motion for Partial Summary Judgment Motion** was made on June 22, 2005 upon the following in the following manner:

**First Class Mail**
Robert E. Grossman, Esquire
Michael S. Cryan, Esquire
Beth Kibel, Esquire
Igor M. Tsibelman, Esquire
Arent Fox PLLC
1675 Broadway
New York, NY 10019

**First Class Mail**
Ronald L. Castle
Arent Fox PLLC
1050 Connecticut Avenue, NW
Washington, DC 20036-5339

**Hand Delivery**
Scott D. Cousins, Esquire
Victoria W. Counihan, Esquire
Dennis A. Meloro, Esquire
Greenberg Traurig, LLP
The Brandywine Building
1000 West Street, Suite 1540
Wilmington, DE 19801

Under penalty of perjury, I declare that the foregoing is true and correct.

Dated: June 22, 2005
        Wilmington, Delaware

_____
Michael R. Lastowski