IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTEGRATED HEALTH SERVICES OF CLIFF MANOR, INC., *et al.*, | )<br>)<br>)<br>) |
| Plaintiffs-Counterclaim Defendants, | )<br>) |
| v. | ) Case No. 04-910 |
| THCI COMPANY LLC, | )<br>)<br>) |
| Defendant-Counterclaimant. | )<br>) |

## CERTIFICATE OF SERVICE

I, Dennis A. Meloro, being duly sworn according to law, deposes and says that I am employed by Greenberg Traurig, LLP, which is counsel for the Defendant-Counterclaimant and that on the 30th of June 2005, I caused to be served copies of *Reply Memorandum of Law in Further Support of the Cross-Motion by THCI for Partial Summary Judgment* upon the parties listed below in the manner indicated:

VIA HAND DELIVERY
Christopher Winter, Esq.
Michael Lastkowski, Esq.
Duane Morris LLP
1100 North Market Street, Suite 1200
Wilmington DE 19801

VIA FACSIMILE & FIRST CLASS MAIL
Robert Freilich, Esq.
Paul, Hastings, Janofsky & Walker LLP
515 South Flower Street
Los Angeles, California 90071-2228
Fax: 213-627-0705

Dated: June 30, 2005

/s/ Dennis A. Meloro
Dennis A. Meloro (No. 4435)
The Brandywine Building
1000 West Street, Suite 1540
Wilmington, Delaware 19801
(302) 661-7000
(302) 661-7360 (facsimile)