IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTEGRATED HEALTH SERVICES OF CLIFF MANOR, INC., *et al.*, <br><br> Plaintiffs-Counterclaim Defendants, <br><br> v. <br><br> THCI COMPANY LLC, <br><br> Defendant-Counterclaimant. | ) ) ) ) ) ) ) ) Case No. 04-910 (GMS) ) ) ) ) ) ) |

### MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of Robert Grossman, Esquire to represent the THCI Company, LLC in this action.

Date: July 6, 2005

Victoria W. Counihan (No. 3488)
Dennis A. Meloro (No. 4435)
Greenberg Traurig, LLP
1000 West Street, Suite 1540
Wilmington, DE 19801
(302) 661-7000

Counsel to THCI Company, LLC

### ORDER GRANTING MOTION

Dated: _____, 2005

_____
Gregory M. Sleet
United States District Court Judge

### CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I, am admitted, practicing, and in good standing as a member of the Bar of the State of New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective 1/1/05. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Robert E. Grossman
Arent Fox PLLC
1675 Broadway
New York, New York 10019
(212) 484-3900