IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTEGRATED HEALTH SERVICES OF CLIFF MANOR, INC., *et al.*, | ) ) ) ) |
| Plaintiffs-Counterclaim Defendants, | ) ) |
| v. | ) Case No. 04-910 |
| THCI COMPANY LLC, | ) ) ) |
| Defendant-Counterclaimant. | ) ) |

**CERTIFICATE OF SERVICE**

I, Dennis A. Meloro, being duly sworn according to law, deposes and says that I am employed by Greenberg Traurig, LLP, which is counsel for the Defendant-Counterclaimant and that on the 8th of July 2005, I caused to be served copies of following documents upon the parties listed below via First Class, United States Mail.

- Motion and Order for Admission Pro Hac Vice of Robert Grossman [Docket No. 80];
- Motion and Order for Admission Pro Hac Vice of Igor M. Tsibelman [Docket No. 81];
- Motion and Order for Admission Pro Hac Vice of Michael S. Cryan [Docket No. 82]

Christopher Winter, Esq.
Michael Lastkowski, Esq.
Duane Morris LLP
1100 North Market Street, Suite 1200
Wilmington DE 19801

Robert Freilich, Esq.
Paul, Hastings, Janofsky & Walker LLP
515 South Flower Street
Los Angeles, California 90071-2228

Dated: July 8, 2005

/s/ Dennis A. Meloro
Dennis A. Meloro (No. 4435)
The Brandywine Building
1000 West Street, Suite 1540
Wilmington, Delaware 19801
(302) 661-7000
(302) 661-7360 (facsimile)