*INT. HLTH. SERV. OF RIVERBEND, INC.*
*1680 MICHIGAN AVENUE*
*SUITE 736*
*MIAMI BEACH, FL 33139*

Phone: 305.538.2626
Fax: 305.538.2699

May 27, 2005

Linda S. Ross, Esq.
Honigman Miller Schwartz and Cohn LLP
2290 First National Building
660 Woodward Avenue
Detroit, MI 48226-3506

Re: Riverbend Post Acute Continuing Care Center

Dear Ms. Ross:

We are in receipt of your letter written to the State of Michigan. Please be advised that we are the licensed operators of the facility and your client is merely the owner of the bricks and mortar that makes up the physical plant of the facility. Your client has no rights in the operations of said facility and you cannot unilaterally decide that we are in default of our lease.

Be advised that any further communication with the State of Michigan of this nature may be deemed as tortuous interference on your part and may interfere with the continued safety of our residents. If necessary, any tortuous interference lawsuit will also name your law firm and you personally as defendants.

GOVERN YOURSELF ACCORDINGLY.

Regards,

[signature]

Int. Hlth. Serv. Of Riverbend, Inc.