IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

_____
                                                            )

INTEGRATED HEALTH SERVICES OF   )
CLIFF MANOR, INC., *et al.*,                )
                                                            )
      Plaintiffs-Counterclaim Defendants,   )
                                                            )
   v.                                                )  Case No. 04-910
                                                             )
THCI COMPANY LLC,                        )
                                                             )
     Defendant-Counterclaimant.        )
_____  )

**CERTIFICATE OF SERVICE**

      I, Dennis A. Meloro, being duly sworn according to law, deposes and says that I am employed by Greenberg Traurig, LLP, which is counsel for the Defendant-Counterclaimant and that on the 13th of July 2005, I caused to be served copies of the *Motion for Preliminary Injunction with Request for Expedited Consideration and Hearing* [Docket No. 86] upon the parties listed below as indicated.

VIA HAND DELIVERY
Michael Lastkowski, Esq.
Richard Riley, Esq.
Duane Morris LLP
1100 North Market Street, Suite 1200
Wilmington DE 19801

VIA FIRST CLASS MAIL
Robert Freilich, Esq.
Paul, Hastings, Janofsky & Walker LLP
515 South Flower Street
Los Angeles, California 90071-2228

VIA FIRST CLASS MAIL
Amos Alter, Esquire
Troutman Sanders LLP
The Chrysler Building
405 Lexington Avenue
New York, NY 10174

Dated: July 14, 2005                                   /s/ Dennis A. Meloro
                                                            Dennis A. Meloro (No. 4435)
                                                            The Brandywine Building
                                                            1000 West Street, Suite 1540
                                                           Wilmington, Delaware 19801
                                                           (302) 661-7000
                                                           (302) 661-7360 (facsimile)