IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTEGRATED HEALTH SERVICES OF CLIFF MANOR, INC. et al., <br><br> Plaintiffs, <br><br> v. <br><br> THCI COMPANY LLC, <br><br> Defendant. | Civil Action No. 04-910 <br><br><br> **Related to Docket No. 60** |

**NOTICE OF WITHDRAWAL OF PLAINTIFFS' MOTION FOR
LEAVE TO MAKE A DEPOSIT IN COURT [DOCKET NO. 60]**

**PLEASE TAKE NOTICE** that the Plaintiffs hereby withdraw their **Motion for Leave to Make a Deposit in Court** which was filed on March 15, 2005 at Docket No. 60.

Dated: July 22, 2005
      Wilmington, Delaware

**DUANE MORRIS LLP**

_/s/ Michael R. Lastowski_
Michael R. Lastowski (DE I.D. 3892)
Richard W. Riley (DE I.D. 4052)
Christopher M. Winter (DE I.D. 4163)
1100 North Market Street, Suite 1200
Wilmington, DE 19801-1246
Telephone:   (302) 657-4900
Facsimile:   (302) 657-4901

-and-

**TROUTMAN SANDERS LLP**
Amos Alter, Esquire
The Chrysler Building
405 Lexington Avenue
New York, NY 10174
Telephone:   (212) 704-6000
Facsimile:   (212) 704-6288

*Attorneys for Plaintiffs Integrated Health Services of Cliff Manor, Inc. et al.*

WLM\210027.1