IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTEGRATED HEALTH SERVICES OF CLIFF MANOR, INC. et al., <br><br> Plaintiffs, <br><br> v. <br><br> THCI COMPANY LLC, <br><br> Defendant. | Civil Action No. 04-910 |

## CERTIFICATE OF SERVICE

I, Richard W. Riley, certify that I am not less than 18 years of age, and that service of a copy of the **Notice of Withdrawal of Plaintiffs' Motion For a Temporary Restraining Order [Docket No. 61]** was made on July 22, 2005, upon the following in the manner indicated:

Scott D. Cousins, Esquire
Victoria W. Counihan, Esquire
Dennis A. Meloro, Esquire
GREENBERG TRAURIG, LLP
The Brandywine Building
1000 West Street, Suite 1540
Wilmington, DE 19801
*Via Hand Delivery*

Greg T. Spies, Esquire
Stuart E. Bodker, Esquire
McDowell, Rice, Smith & Buchanan, P.C.
605 West 47th Street, Suite 350
Kansas City, Missouri 64112-1905
*First Class Mail*

Ronald L. Castle, Esquire
ARENT FOX PLLC
1050 Connecticut Avenue, NW
Washington, DC 20036-5339
*Via First Class Mail*

Robert E. Grossman, Esquire
Michael S. Cryan, Esquire
Beth Kibel, Esquire
Igor M. Tsibelman, Esquire
ARENT FOX PLLC
1675 Broadway
New York, NY 10019
*Via First Class Mail*

Under penalty of perjury, I declare that the foregoing is true and correct.

Dated: July 22, 2005
Wilmington, Delaware

Richard W. Riley (DE I.D. 4052)