IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTEGRATED HEALTH SERVICES OF CLIFF MANOR, INC., a Delaware corporation, INTEGRATED HEALTH SERVICES AT RIVERBEND, INC., a Delaware Corporation, INTEGRATED HEALTH SERVICES AT SOMERSET VALLEY, INC., A Delaware corporation, ALPINE MANOR, INC., a Pennsylvania corporation, INTEGRATED HEALTH GROUP, INC., a Pennsylvania corporation, SPRING CREEK OF IHS, INC., a Pennsylvania corporation, FIRELANDS OF IHS, INC., a Pennsylvania corporation, ELM CREEK OF IHS, INC., a Pennsylvania corporation, IHS LONG TERM CARE SERVICES, INC., a Delaware corporation,<br><br>            Plaintiffs,<br><br>v.<br><br>THCI COMPANY LLC,<br><br>            Defendant. | Civil Action No. 04-910 |

## CERTIFICATE OF SERVICE

I, Richard W. Riley, certify that I am not less than 18 years of age, and that service of a copy of the **Plaintiffs' Memorandum of Law in Opposition to Preliminary Injunction Motion** was made on July 22, 2005, upon the following in the manner indicated:

Scott D. Cousins, Esquire
Victoria W. Counihan, Esquire
Dennis A. Meloro, Esquire
GREENBERG TRAURIG, LLP
The Brandywine Building
1000 West Street, Suite 1540
Wilmington, DE 19801
*Via Hand Delivery*

Ronald L. Castle, Esquire
ARENT FOX PLLC
1050 Connecticut Avenue, NW
Washington, DC 20036-5339
*Via First Class Mail*

Error! Unknown document property name.

| | |
|---|---|
| Greg T. Spies, Esquire | Robert E. Grossman, Esquire |
| Stuart E. Bodker, Esquire | Michael S. Cryan, Esquire |
| McDowell, Rice, Smith & Buchanan, P.C. | Beth Kibel, Esquire |
| 605 West 47th Street, Suite 350 | Igor M. Tsibelman, Esquire |
| Kansas City, Missouri 64112-1905 | ARENT FOX PLLC |
| ***First Class Mail*** | 1675 Broadway |
| | New York, NY 10019 |
| | ***Via First Class Mail*** |

Under penalty of perjury, I declare that the foregoing is true and correct.

Dated: July 22, 2005
       Wilmington, Delaware

_____
Richard W. Riley (DE I.D. 4052)