IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| INTEGRATED HEALTH SERVICES OF CLIFF MANOR, INC., et al., <br><br> Plaintiffs-Counterclaim Defendants, <br><br> v. <br><br> THCI COMPANY LLC, <br><br> Defendant-Counterclaimant. | ) ) ) ) ) ) ) ) Case No. 1:04-910-GMS ) ) ) ) ) |

**REQUEST FOR ORAL ARGUMENT AND NOTICE OF COMPLETION OF BRIEFING**

In accordance with this Court's procedures and Local Rule 7.1.2, Defendant-Counterclaimant THCI Company LLC ("Defendant"), by and through its undersigned attorneys, hereby notifies the Court that briefing on Defendant's Motion for Preliminary Injunction with Request for Expedited Consideration and Hearing (the "Motion") [Docket No. 86] is complete.

Pursuant to Local Rule 7.1.4, Defendant respectfully requests that oral argument be held on the Motion at the Court's earliest convenience, because Defendant is being irreparably damaged daily by actions of Plaintiffs-Counterclaim-Defendants Integrated Health Services of Cliff Manor, Inc. and eight other subsidiaries[1] ("Plaintiffs") of IHS Long-Term Care, Inc.

On July 13, 2005, Defendant filed its Motion for Preliminary Injunction with Request for Expedited Consideration and Hearing [Docket No. 86]. Motion

On July 22, 2005, Plaintiffs-Counterclaim Defendants filed their Memorandum of Law in Opposition to Preliminary Injunction Motion [Docket No. 91].

---

[1] Integrated Health Services at Riverbend, Inc.; Integrated Health Services at Somerset Valley, Inc.; Alpine Manor, Inc.; Briarcliff Nursing Home, Inc.; Integrated Health Group, Inc.; Spring Creek of IHS, Inc.; Firelands of IHS, Inc.; and Elm Creek of IHS, Inc.

On July 27, 2005, Defendant filed its Memorandum of Law in Further Support of its Motion for Preliminary Injunction and Request for Expedited Consideration and Hearing [Docket No. 93 (Docket No. 92 entered in error)].

All briefing related to the Motion has been completed. Defendant respectfully requests that the Court schedule oral argument either in person or by telephone at the soonest date and time possible to address the present Motion and related issues. Expedited consideration is requested due to the nature of the present dispute concerning Plaintiffs-Counterclaim Defendants' possession of Nine Facilities owned by Defendant and Plaintiffs-Counterclaim Defendants' failure and refusal to pay rent or vacate the Facilities.

Dated: July 27, 2005
Wilmington, Delaware

**GREENBERG TRAURIG LLP**

By: _____
Scott D. Cousins (No. 3079)
Victoria W. Counihan (No. 3488)
Dennis A. Meloro (No. 4435)
The Brandywine Building
1000 West Street, Suite 1540
Wilmington, Delaware 19801
Tel: (302) 661-7000
Fax (302) 661-7360

-and-

DEL-FS1\melorod\146491v04\7/27/05\7:46:00PM

**ARENT FOX PLLC**

Robert E. Grossman
Michael S. Cryan
Igor M. Tsibelman
1675 Broadway
New York, New York 10019
Tel: (212) 484-3900
Fax: (212) 484-3990

*Attorneys for Defendant-Counterclaimant THCI Company LLC*