Dennis Anthony Meloro
Tel. 302.661.7395
Fax 302.661.7360
melorod@gtlaw.com

July 28, 2005

VIA HAND DELIVERY
The Honorable Gregory M. Sleet
United States District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801

Re: **Integrated Health Services of Cliff Manor, Inc., et al., v. THCI Company LLC, Case No. 1:04-910-GMS**

Dear Judge Sleet:

We represent THCI Company, LLC ( the "Defendant") in the above-referenced matter. On July 27, 2005, Defendant filed its Reply Brief in Support of the Motion for Preliminary Injunction with Request for Expedited Consideration and Hearing, at docket number 92. It was discovered shortly thereafter that this was not the correct file to upload into CM/ECF. We hereby request that the docket reflect that docket number 92 was entered in error. A correct version of the Reply Brief was filed at docket number 93.

I am available at the Court's convenience should Your Honor have any questions or concerns regarding the foregoing.

Sincerely,

/s/ Dennis A. Meloro

Dennis Anthony Meloro

DAM