# TROUTMAN SANDERS LLP
ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP

THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NEW YORK 10174
www.troutmansanders.com
TELEPHONE: 212-704-6000
FACSIMILE: 212-704-6288

Amos Alter
amos.alter@troutmansanders.com

Direct Dial: 212-704-6247
Fax:         212-704-5914

August 19, 2005

Via Federal Express

Hon. Gregory M. Sleet, U.S.D.J.
United States District Court
J. Caleb Boggs Federal Building
844 N. King Street
Room 4324, Lockbox 19
Wilmington, DE 19801

RE:   Integrated Health Services v. THCI Co.: 04-910

Dear Judge Sleet:

We represent Integrated Health Services of Cliff Manor, Inc., et al. We are in receipt of a copy of the letter to you of Robert E. Grossman, dated August 18.

If a landlord, such as Mr. Grossman's client, has rent issues with a tenant, it has its remedies. These should not include a plethora of letters to Your Honor.

As for a conference, we have already advised you by our letter of July 8, in response to one of Mr. Grossman's numerous earlier letters, of our willingness to attend a conference. We have also responded positively to an inquiry by the Clerk's Office as to our willingness to mediate the appeal currently under advisement before Your Honor.

Respectfully yours,

Amos Alter

Cc (Via FedEx):  Robert E. Grossman, Esq.
                 Michael R. Lastowski, Esq.