**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| INTEGRATED HEALTH SERVICES OF CLIFF MANOR, INC., *et al.*, <br><br> Plaintiffs-Counterclaim Defendants, <br><br> v. <br><br> THCI COMPANY LLC, <br><br> Defendant-Counterclaimant. | ) ) ) ) ) ) ) ) Case No. 04-910 (GMS) ) ) ) ) ) |

**NOTICE OF ADDRESS CHANGE**

PLEASE TAKE NOTICE that effective October 17, 2005, the undersigned counsel for THCI Company LLC, has changed locations from 1000 West Street, Suite 1540, Wilmington, Delaware to the address below.

PLEASE TAKE FURTHER NOTICE that THCI Company LLC, hereby requests that all notices given or required to be given in these proceedings be served upon its counsel of record at the following address:

Greenberg Traurig, LLP<br>
The Nemours Building<br>
1007 North Orange Street, Suite 1200<br>
Wilmington, DE 19801<br>
(302) 661-7000 – telephone (no change)<br>
(302) 661-7360 – telecopier (no change)

Dated: October 17, 2005

GREENBERG TRAURIG, LLP

/s/ Dennis A. Meloro
Victoria Waston Counihan (No. 3488)
William E. Chipman, Jr. (No. 3818)
Dennis A. Meloro (No. 4435)
The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington, DE 19801
(302) 661-7000
Fax: (302) 661-7360

Counsel for THCI Company LLC