IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| INTEGRATED HEALTH SERVICES OF CLIFF MANOR, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> THCI COMPANY LLC, <br><br> Defendant. | Civil Action No. 04-910 |

### STIPULATION AND ORDER EXTENDING TIME TO RESPOND TO SECOND AMENDED COUTERCLAIMS

The parties hereby stipulate that plaintiffs and proposed counterclaim defendant ABE Briarwood Crop. shall have an extension of time, until and including Friday, December 16, 2005, in which to answer, move or otherwise respond to the Second Amended Counterclaims, filed by defendant on November 21, 2005. To the extent plaintiffs and proposed counterclaim defendant ABE Briarwood Corp. file a motion, the parties further stipulate that defendant shall have until and including January 11, 2006 in which to file an answering brief and plaintiffs and proposed counterclaim defendant ABE Briarwood Corp. shall have until and including January 25, 2006 to file a reply brief.

| GREENBERG TRAURIG, LLP | DUANE MORRIS LLP |
|---|---|
| /s/ Victoria W. Counihan | /s/ Michael R. Lastowski |
| Victoria W. Counihan (DE I.D. No. 3488) | Michael R. Lastowski (DE I.D. No. 3892) |
| Dennis A. Meloro (DE I.D. No. 4435) | Richard W. Riley (DE I.D. No. 4052) |
| 1000 West Street, Suite 1540 | 1100 North Market Street, Suite 1200 |
| Wilmington, DE 19801 | Wilmington, DE 19801-1246 |
| Telephone: (302) 661-7000 | Telephone: (302) 657-4900 |
| Facsimile: (302) 661-7360 | Facsimile: (302) 657-4901 |
| -and- | -and- |

WLM\212652.1

<div style="display: flex;">

ARENT FOX PLLC
Robert E. Grossman, Esquire
Michael S. Cryan, Esquire
Igor M. Tsibelman, Esquire
1675 Broadway
New York, NY 10019
Telephone:   (212) 484-3900
Facsimile:   (212) 484-3990
E-mail:      grossman.robert@arentfox.com
             cryan.michael@arentfox.com
             tsibelman.igor@arentfox.com

*Attorneys for Defendant THCI Company, LLC*

TROUTMAN SANDERS LLP
Amos Alter, Esquire
The Chrysler Building
405 Lexington Avenue
New York, NY 10174
Telephone:   (212) 704-6000
Facsimile:   (212) 704-6288
E-mail:      Amos.Alter@troutmansanders.com

*Attorneys for Plaintiff Integrated Health Services of Cliff Manor, Inc. et al. and proposed counterclaim defendant ABE Briarwood Corp.*

</div>

SO ORDERED this ____ day of _____, 2005.

_____
United States District Court Judge

WLM:212652.1