IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTEGRATED HEALTH SERVICES OF CLIFF MANOR, INC., a Delaware corporation, INTEGRATED HEALTH SERVICES AT RIVERBEND, INC., a Delaware Corporation, INTEGRATED HEALTH SERVICES AT SOMERSET VALLEY, INC., A Delaware corporation, ALPINE MANOR, INC., a Pennsylvania corporation, INTEGRATED HEALTH GROUP, INC., a Pennsylvania corporation, SPRING CREEK OF IHS, INC., a Pennsylvania corporation, FIRELANDS OF IHS, INC., a Pennsylvania corporation, ELM CREEK OF IHS, INC., a Pennsylvania corporation, IHS LONG TERM CARE SERVICES, INC., a Delaware corporation,<br><br>               Plaintiffs,<br><br>   v.<br><br>THCI COMPANY LLC,<br><br>              Defendant. | Civil Action No. 04-910 |

## MOTION TO DISMISS "SECOND AMENDED COUNTERCLAIMS"

Plaintiffs Integrated Health Services of Cliff Manor, Inc., *et al* ("IHS") and proposed Counterclaim Defendant Abe Briarwood Corp. ("Briarwood") hereby move this Court for an order dismissing with prejudice the Second Amended Counterclaims filed by Defendant THCI Compay LLC, pursuant to Rules 12(b), 12(b)(2), 12(b)(4) and 12(b)(5) of the Federal Rules of Civil Procedure, made applicable to this proceeding by Rule 7012 of the Federal Rules of Bankruptcy Procedure. In support thereof, IHS and Briarwood respectfully submit the accompanying Brief and Declaration of Amos Alter in support thereof.

WLM\212937.1

DUANE MORRIS LLP

*/s/ Michael R. Lastowski*
_____
Michael R. Lastowski (DE I.D. 3892)
Christopher M. Winter (DE I.D. 4163)
1100 North Market Street, Suite 1200
Wilmington, DE 19801-1246
Telephone: (302) 657-4900
Facsimile:  (302) 657-4901
E-mail:     mlastowski@duanemorris.com
            cmwinter@duanemorris.com

-and-

TROUTMAN SANDERS LLP
Amos Alter, Esquire
The Chrysler Building
405 Lexington Avenue
New York, NY 10174
Telephone:  (212) 704-6000
Facsimile:  (212) 704-6288
E-mail:     Amos.Alter@troutmansanders.com

*Attorneys for Plaintiff Integrated Health Services of Cliff Manor, Inc. et al. and Proposed Counterclaim Defendant Abe Briarwood Corp.*

WLM 212937.1