## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| INTEGRATED HEALTH SERVICES<br>OF CLIFF MANOR, INC. et al. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No. 04-910 |
| v. | ) | |
| | ) | |
| THCI, COMPANY LLC, | ) | |
| | ) | |
| Defendant. | ) | |

### CERTIFICATE OF SERVICE

I, Michael R. Lastowski, certify that I am not less than 18 years of age, and that

service of the **Memorandum of Law in Support of Motion to Dismiss Second Amended**

**Counterclaims** was made on December 16, 2005 upon the following in the following manner:

**First Class Mail**
Greg T. Spies
Stuart E. Bodker
McDowell, Rice, Smith & Buchanan, P.C.
605 West 47th Street, Suite 350
Kansas City, Missouri   64112-1905

**First Class Mail**
Ronald L. Castle
Arent Fox PLLC
1050 Connecticut Avenue, NW
Washington, DC   20036-5339

**Hand Delivery**
Scott D. Cousins, Esquire
Victoria W. Counihan, Esquire
Dennis A. Meloro, Esquire
Greenberg Traurig, LLP
The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington, DE 19801

Under penalty of perjury, I declare that the foregoing is true and correct.

Dated: December 16, 2005
         Wilmington, Delaware

Michael R. Lastowski