AO -110 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
United States District Court District of Delaware

| | |
|---|---|
| INTEGRATED HEALTH SERVICES OF CLIFF MANOR, INC., INTEGRATED HEALTH SERVICES AT RIVERBEND, INTEGRATED HEALTH SERVICES AT SOMERSET VALLEY, INC., ALPINE MANOR, INC., BRIARCLIFF NURSING HOME, INC., INTEGRATED HEALTH GROUP, INC., SPRING CREEK OF IHS, INC., FIRELANDS OF IHS, INC., ELM CREEK OF IHS, INC., IHS LONG TERM CARE SERVICES, INC., ABE BRIARWOOD CORP., JOHN DOES I THROUGH X, JOHN ROES I THROUGH Y,  Plaintiffs-Counterclaim Defendants,  v.  THCI COMPANY LLC,  Defendant-Counterclaim Plaintiff. | **SUMMONS IN A CIVIL CASE**  C.A. No. 04-910 (GMS) |

TO:    Abe Briarwood Corp.
       C/o Registered Agent
       XL Corporate Services, Inc.
       88 South "E" Street
       P.O. Box 366
       Virginia City, NV 89440

**YOU ARE HEREBY** SUMMONED and required to serve on DEFENDANT-COUNTERCLAIM PLAINTIFF'S ATTORNEYS:

Victoria Watson Counihan, Esquire
Greenberg Traurig, LLP
1007 North Orange Street, Suite 1200
Wilmington, DE 19801
(302)-661-7000

Michael S. Cryan, Esquire
Arent Fox PLLC
1675 Broadway
New York, NY 10019
(212) 484-3900

an answer to the Second Amended Counterclaims which is served on you with this summons, within Twenty (20) days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the Second Amended Counterclaims. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**PETER T. DALLEO**                        12-21-05
CLERK                                      DATE

_____
(BY) DEPUTY CLERK

# AFFIDAVIT

State of Nevada      )
                     ss.
County of Washoe     )

CLINTON WOODHAMS, being first duly sworn deposes and says:

That affiant is a citizen of the United States, over 18 years of age, licensed to serve civil process in the State of Nevada under license #322, and not a party to, nor interested in the within action affiant received the documents on **Dec 21 2005 11:51AM** and on **Dec 21 2005 2:43PM** affiant personally served a copy of the
SUMMONS IN A CIVIL CASE; SECOND AMENDED COUNTERCLAIMS

on K. BAILEY OF THE OFFICE OF XL CORPORATE SERVICES, INC., RESIDENT AGENT FOR ABE BRIARWOOD CORP

88   SOUTH "E" STREET
VIRGINIA CITY, NV 89440

Affiant does hereby affirm under penalty of perjury that the assertions of this affidavit are true.

_____
CLINTON WOODHAMS

Signed and sworn to before me on **Dec 22 2005**

by CLINTON WOODHAMS

_____
Notary Public

STEPHANIE MARTELL
Notary Public - State of Nevada
Appointment Recorded In Washoe County
No: 05-97425-2 - Expires June 9, 2009

Reno/Carson
Messenger
Service, Inc.
License #322

185 Martin St
Reno, NV 89509
775-322-2424

RNPERSI 02/07/00

0201733 - BRAN3