IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTEGRATED HEALTH SERVICES OF CLIFF MANOR, INC., INTEGRATED HEALTH SERVICES AT RIVERBEND, INTEGRATED HEALTH SERVICES AT SOMERSET VALLEY, INC., ALPINE MANOR, INC., BRIARCLIFF NURSING HOME, INC., INTEGRATED HEALTH GROUP, INC., SPRING CREEK OF IHS, INC., FIRELANDS OF IHS, INC., ELM CREEK OF IHS, INC., IHS LONG TERM CARE SERVICES, INC., ABE BRIARWOOD CORP., JOHN DOES I THROUGH X, JOHN ROES I THROUGH Y, <br><br> Plaintiffs-Counterclaim Defendants, <br><br> v. <br><br> THCI COMPANY LLC, <br><br> Defendant-Counterclaim Plaintiff. | **NOTICE OF DEPOSITION** <br><br><br><br> C.A. No. 04-910 (GMS) |

To:   Michael R. Lastowski
      Duane Morris LLP
      1100 North Market Street
      Suite 1200
      Wilmington, DE 19801

PLEASE TAKE NOTICE that pursuant to Rules 26, 30 and 45 of the Federal Rule of Civil Procedure, Defendant-Counterclaim Plaintiff THCI Company, LLC, will take the deposition of Uri Kaufman, upon oral examination, on January 20, 2006 at 10:00 a.m., or such other time as may be mutually agreed upon by the parties, at the offices of Arent Fox PLLC, 1675 Broadway, New York, New York 10019. The deposition shall

continue from day to day until completed.

    Testimony at the deposition shall be taken before a notary public and shall be record by stenographic means. You are invited to attend and cross-examine.

Dated:   Wilmington, Delaware
          January 5, 2006

                            **GREENBERG TRAURIG, LLP**

                            By: _____
                            Victoria W. Counihan (No. 3488)
                            Dennis A. Meloro (No. 4435)
                            The Nemours Building
                            1007 North Orange Street, Suite 1200
                            Wilmington, Delaware 19801
                            Tel.: (302) 661-7000
                            Fax: (302) 661-7360

                                -and-

                            **ARENT FOX PLLC**
                            Robert E. Grossman
                            Michael S. Cryan
                            Igor M. Tsibelman
                            1675 Broadway
                            New York, NY  10019
                            Tel: (212) 484-3900
                            Fax: (212) 484-3990

                            *Attorneys for Defendant-Counterclaim Plaintiff THCI Company, LLC*