## DuaneMorris®

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
LOS ANGELES
CHICAGO
HOUSTON
PHILADELPHIA
SAN DIEGO
SAN FRANCISCO
BOSTON
WASHINGTON, DC
LAS VEGAS
ATLANTA
MIAMI
PITTSBURGH
NEWARK
ALLENTOWN
WILMINGTON
HARRISBURG
PRINCETON
LAKE TAHOE

MICHAEL R. LASTOWSKI
DIRECT DIAL: 302 657 4942
E-MAIL: mlastowski@duanemorris.com

www.duanemorris.com

January 11, 2006

**BY ELECTRONIC FILING**

The Honorable Gregory M. Sleet
U.S. District Court District of Delaware
844 N. King Street
Lockbox 19
Wilmington, DE 19801

> Re:    **Integrated Health of Cliff Manor, et al. v. THCI Company;**
>         **Civil Action No. 04-910**

Dear Judge Sleet:

    In anticipation of the discovery teleconference scheduled for Friday, January 13, 2006 at 11:00 A.M. in the above-captioned matter, plaintiffs submit the following item to be presented to the Court:

    Defendant's subpoenas to nonparties in the present posture of the action, including plaintiffs' recently filed motion to dismiss the second amended counterclaims filed by defendant.

                    Yours sincerely,

                    *[signature]*

                    Michael R. Lastowski

cc:    Clerk of the Court (via hand delivery)
       Victoria Counihan, Esquire (via e-mail)
       Michael Cryan, Esquire (via e-mail)