IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTEGRATED HEALTH SERVICES OF CLIFF MANOR, INC., INTEGRATED HEALTH SERVICES AT RIVERBEND, INTEGRATED HEALTH SERVICES AT SOMERSET VALLEY, INC., ALPINE MANOR, INC., BRIARCLIFF NURSING HOME, INC., INTEGRATED HEALTH GROUP, INC., SPRING CREEK OF IHS, INC., FIRELANDS OF IHS, INC., ELM CREEK OF IHS, INC., IHS LONG TERM CARE SERVICES, INC., ABE BRIARWOOD CORP., JOHN DOES I THROUGH X, JOHN ROES I THROUGH Y,<br><br>    Plaintiffs-Counterclaim Defendants,<br><br>v.<br><br>THCI COMPANY LLC,<br><br>    Defendant-Counterclaim Plaintiff. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  C.A. No. 04-910 (GMS)<br>)<br>)<br>)<br>)<br>)<br>) |

## CERTIFICATE OF SERVICE

I, Dennis A. Meloro, being duly sworn according to law, deposes and says that I am employed by Greenberg Traurig, LLP, which is counsel for the Defendant-Counterclaimant and that on the 12th of January 2006, I caused to be served copies of the *Memorandum of Law in Opposition to Plaintiff's-Counterclaim-Defendants HIS Long Term Care, Inc.'s and Integrated Hearlth Services of Cliff Manor, Inc., et al.'s Motion to Dismiss Second Amended Counterclaims [Docket No. 114]* upon the parties listed below as indicated.

VIA HAND DELIVERY
Michael Lastkowski, Esq.
Richard Riley, Esq.
Duane Morris LLP
1100 North Market Street, Suite 1200
Wilmington DE 19801

VIA FIRST CLASS MAIL
Robert Freilich, Esq.
Paul, Hastings, Janofsky & Walker LLP
515 South Flower Street
Los Angeles, California 90071-2228

VIA FIRST CLASS MAIL
Amos Alter, Esquire
Troutman Sanders LLP
The Chrysler Building
405 Lexington Avenue
New York, NY 10174

Dated: January 12, 2006

Dennis A. Meloro (No. 4435)
The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington, Delaware 19801
(302) 661-7000
(302) 661-7360 (facsimile)