# Greenberg
# Traurig

Victoria W. Counihan
Tel. 302.661.7377
Fax 302.661.7360
CounihanV@gtlaw.com

January 26, 2006

**VIA HAND DELIVERY**

Judge Gregory M. Sleet
District Court of Delaware
844 North King Street, Room 4209
Lock Box 18
Wilmington, DE 19801

      Re:    Integrated Health Systems, Inc., et al. v. THCI Company, LLC;
             C.A. No. 04-910 (GMS)

Dear Judge Sleet:

      In preparation for the teleconference scheduled for Friday, January 27, 2006 at 12:00 p.m. in the above-referenced case, enclosed please find a copy of the transcript of the January 13, 2006 teleconference discussing a discovery dispute between the parties in this action. The parties' differing interpretations of the Court's ruling during the January 13, 2006 teleconference will be the subject of the follow up teleconference on January 27th.

                                      Respectfully,

                                      Victoria Watson Counihan

Enclosure
cc: Amos Alter, Esq.
     Richard Riley, Esq.
     Michael Cryan, Esq.

VWC/pjh

ALBANY
AMSTERDAM
ATLANTA
BOCA RATON
BOSTON
CHICAGO
DALLAS
DELAWARE
DENVER
FORT LAUDERDALE
HOUSTON
LAS VEGAS
LOS ANGELES
MIAMI
MILAN*
NEW JERSEY
NEW YORK
ORANGE COUNTY, CA
ORLANDO
PHILADELPHIA
PHOENIX
ROME*
SILICON VALLEY
TALLAHASSEE
TOKYO*
TYSONS CORNER
WASHINGTON, D.C.
WEST PALM BEACH
ZURICH
*Strategic Alliances
Tokyo-Office/Strategic Alliance

Greenberg Traurig, LLP I Attorneys at Law I Brandywine Building I 1000 West Street I Suite 1540 I Wilmington, DE 19801
Tel 302.661.7000 I Fax 302.661.7360

www.gtlaw.com