UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTEGRATED HEALTH SERVICES OF CLIFF MANOR, INC., INTEGRATED HEALTH SERVICES AT RIVERBEND, INTEGRATED HEALTH SERVICES AT SOMERSET VALLEY, INC., ALPINE MANOR, INC., BRIARCLIFF NURSING HOME, INC., INTEGRATED HEALTH GROUP, INC., SPRING CREEK OF IHS, INC., FIRELANDS OF IHS, INC., ELM CREEK OF IHS, INC., IHS LONG TERM CARE SERVICES, INC., <br><br> Plaintiffs-Counterclaim Defendants, <br><br> v. <br><br> THCI COMPANY LLC, <br><br> Defendant-Counterclaimant. | Civil Action No. 04-910 (GMS) |

### STIPULATION AND ORDER GRANTING LEAVE TO FILE AMENDED COUNTERCLAIM AND THIRD-PARTY COMPLAINT

Plaintiffs IHS Long Term Care Services, Inc., Integrated Health Services of Cliff Manor, Inc., Integrated Health Services at Riverbend, Inc., Integrated Health Services at Somerset Valley, Inc., Alpine Manor, Inc., Briarcliff Nursing Home, Inc., Integrated Health Group, Inc., Spring Creek of IHS, Inc., Firelands of IHS, Inc., and Elm Creek of IHS, Inc. (collectively, the "LTC Plaintiffs") and defendant-THCI Company, LLC ("THCI") hereby stipulate and agree as follows:

1. The LTC Plaintiffs consent and THCI is hereby granted leave to file a third amended counterclaim and third-party complaint. THCI may file its amended pleading within ten (10) days of the Court's entry of this Stipulation and Order. The LTC Plaintiffs do not concede the truth or sufficiency of the allegations of the amended pleading, which they have not seen.

2. The LTC Plaintiffs and anticipated third-party defendant Abe Briarwood Corporation ("Briarwood") shall file an answer or otherwise respond to the amended pleading filed by THCI within thirty (30) days of the filing thereof. THCI shall have up to thirty (30) days to file opposition to any responsive motion, and the LTC Plaintiffs and Briarwood shall have up to fourteen (14) days from the date of THCI's opposition to file any reply.

3. The LTC Plaintiffs' undersigned counsel shall either (a) accept service, by overnight mail, of the summons and third-party complaint on behalf of Briarwood or (b) advise THCI of counsel who have agreed to accept service on Briarwood's behalf.

4. The time for the LTC Plaintiffs or the non-party witnesses to move to quash or limit the subpoenae that have been issued as of January 30, 2006 is extended to the same time the LTC Plaintiffs have to respond to THCI's amended pleading. Any such motion will follow the same schedule set forth above.

Dated: January 31, 2006
Wilmington, Delaware.

| | |
|---|---|
| **DUANE MORRIS LLP** | **GREENBERG TRAURIG, LLP** |
| /s/ Michael R. Lastowski | /s/ Victoria W. Counihan |
| Michael Lastowski (No. 3892) | Victoria W. Counihan (No. 3488) |
| Christopher M. Winter (No. 4163) | Dennis A. Meloro (No. 4435) |
| 1100 North Market Street, Suite 1200 | The Nemours Building |
| Wilmington, Delaware 19801-1246 | 1007 North Orange Street, Suite 1200 |
| Tel.: (302) 657-4900 | Wilmington, Delaware 19801 |
| Fax: (302) 657-4901 | Tel.: (302) 661-7000 |
| | Fax: (302) 661-7360 |
| -and- | -and- |
| **TROUTMAN SANDERS LLP** | **ARENT FOX PLLC** |
| Amos Alter | Robert E. Grossman |
| The Chrysler Building | Michael S. Cryan |
| 405 Lexington Avenue | Igor M. Tsibelman |
| New York, NY 10174 | 1675 Broadway |
| Tel: (212) 704-6000 | New York, NY 10019 |
| Fax: (212) 704-6288 | Tel: (212) 484-3900 |
| | Fax: (212) 484-3990 |
| Attorneys for Plaintiffs | Attorneys for Defendant |

SO ORDERED this ____ day of _____, 2006.

_____
Hon. Gregory M. Sleet, U.S.D.J.