# Greenberg Traurig

melorod@gtlaw.com

February 14, 2006

**VIA HAND DELIVERY**

Attn: Clerk of Court
United States District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801

> **Re: Integrated Health Services of Cliff Manor, Inc., Integrated Health Services at Riverbend, Integrated Health Services at Somerset Valley, Inc., Alpine Manor, Inc., Briarcliff Nursing Home, Inc., Integrated Health Group, Inc., Spring Creek of IHS, Inc., Firelands of IHS, Inc., Elm Creek of IHS, Inc., IHS Long Term Care Services, Inc., Abe Briarwood Corp., John Does I Through X, John Roes I Through Y, Plaintiffs-Counterclaim Defendants, v. THCI COMPANY LLC, Defendant-Counterclaim Plaintiff, Civil Action No. 04-910 (GMS)**

Dear Mr. Dalleo:

Enclosed is an alias summons directed to counterclaim-defendant Abe Briarwood Corporation regarding the above-captioned proceeding. Pursuant to Local Rule 4.1(a), please return the issued summons to my attention at the Court's earliest convenience.

Thank you in advance for your assistance. Should you have any questions, please do not hesitate to contact my office.

Respectfully,

Dennis A. Meloro

Enclosure

ALBANY
AMSTERDAM
ATLANTA
BOCA RATON
BOSTON
CHICAGO
DALLAS
DELAWARE
DENVER
FORT LAUDERDALE
HOUSTON
LAS VEGAS
LOS ANGELES
MIAMI
MILAN*
NEW JERSEY
NEW YORK
ORANGE COUNTY, CA
ORLANDO
PHILADELPHIA
PHOENIX
ROME*
SACRAMENTO
SILICON VALLEY
TALLAHASSEE
TOKYO*
TYSONS CORNER
WASHINGTON, D.C.
WEST PALM BEACH
ZURICH
*Strategic Alliances
Tokyo-Office/Strategic Alliance

Greenberg Traurig, LLP | Attorneys at Law | The Nemours Building | 1007 North Orange Street | Suite 1200 | Wilmington, DE 19801
Tel 302.661.7000 | Fax 302.661.7360

www.gtlaw.com