IN UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTEGRATED HEALTH SERVICES OF CLIFF MANOR, INC., INTEGRATED HEALTH SERVICES AT RIVERBEND, INTEGRATED HEALTH SERVICES AT SOMERSET VALLEY, INC., ALPINE MANOR, INC., BRIARCLIFF NURSING HOME, INC., INTEGRATED HEALTH GROUP, INC., SPRING CREEK OF IHS, INC., FIRELANDS OF IHS, INC., ELM CREEK OF IHS, INC., and IHS LONG TERM CARE SERVICES, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>THCI COMPANY LLC,<br><br>Defendant,<br><br>v.<br><br>ABE BRIARWOOD CORPORATION and JOHN DOES 1-10,<br><br>Additional Counterclaim Defendants. | Civil Action No. 04-910 (GMS) |

**NOTICE OF SUBSTITUTION OF COUNSEL**

Pursuant to District of Delaware Local Rule 83.7, Collins J. Seitz, Jr., and Kevin F. Brady, and Connolly Bove Lodge & Hutz LLP, 1007 North Orange Street, P.O. Box 2207, Wilmington, DE 19899, hereby enter their appearance, and Victoria Watson Counihan and Greenberg Traurig, LLP, The Nemours Building, 1007 North Orange Street, Suite 1200, Wilmington, DE 19801, withdraw their appearance, as counsel for defendant, THCI Company, LLC.

| | |
|---|---|
| GREENBERG TRAURIG, LLP | CONNOLLY BOVE LODGE & HUTZ LLP |
| */s/ Victoria Watson Counihan/* | */s/ Collins J. Seitz, Jr./* |
| Victoria Watson Counihan (Bar No. 3488) | Collins J. Seitz, Jr. (Bar No. 2237) |
| 1007 North Orange Street | Kevin F. Brady (Bar No. 2248) |
| Wilmington, DE 19801 | 1007 North Orange Street |
| (302) 661-7000 | P.O. Box 2207 |
| | Wilmington, DE 19899 |
| | (302) 658-9141 |

DATED: February 16, 2006

## CERTIFICATE OF SERVICE

I certify that on February 16, 2006, copies of the foregoing Notice of Substitution of Counsel were delivered by electronic service to counsel of record as follows:

Richard William Riley, Esquire
Duane Morris LLP
1100 North Market Street
Suite 1200
Wilmington, DE 19801

_____
Collins J. Seitz, Jr. (Bar No. 2237)
Connolly Bove Lodge & Hutz LLP
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899

447224