IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| INTEGRATED HEALTH SERVICES OF CLIFF MANOR, INC., INTEGRATED HEALTH SERVICES AT RIVERBEND, INTEGRATED HEALTH SERVICES AT SOMERSET VALLEY, INC., ALPINE MANOR, INC., BRIARCLIFF NURSING HOME, INC., INTEGRATED HEALTH GROUP, INC., SPRING CREEK OF IHS, INC., FIRELANDS OF IHS, INC., ELM CREEK OF IHS, INC., and IHS LONG TERM CARE SERVICES, INC., | ) ) ) ) ) ) ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | Civil Action No. 04-910 (GMS) |
| v. | ) ) | |
| THCI COMPANY LLC, | ) ) | |
| Defendant, | ) ) | |
| v. | ) ) | |
| ABE BRIARWOOD CORPORATION and JOHN DOES 1-10, | ) ) ) | |
| Additional Counterclaim Defendants. | ) ) ) | |

### NOTICE OF SERVICE

The undersigned certifies that copies of THCI Company LLC's First Request for Production and Inspection Directed to Plaintiffs were served on February 17, 2006, by hand delivery to the following:

        Richard William Riley, Esquire
        Duane Morris LLP
        1100 North Market Street
        Suite 1200
        Wilmington, DE 19801

_____
Collins J. Seitz, Jr. (Bar No. 2237)
Connolly Bove Lodge & Hutz LLP
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899

## CERTIFICATE OF SERVICE

I certify that on February 17, 2006, copies of the foregoing Notice of Service were delivered by electronic service to counsel of record as follows:

>Richard William Riley, Esquire
>Duane Morris LLP
>1100 North Market Street
>Suite 1200
>Wilmington, DE 19801

>_____
>Collins J. Seitz, Jr. (Bar No. 2237)
>Connolly Bove Lodge & Hutz LLP
>1007 North Orange Street
>P.O. Box 2207
>Wilmington, DE 19899