

**CONNOLLY BOVE LODGE & HUTZ LLP**
ATTORNEYS AT LAW

Collins J. Seitz, Jr.
TEL      (302) 888-6278
FAX      (302) 255-4278
EMAIL    cseitz@cblh.com
REPLY TO Wilmington Office

The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington DE 19899
TEL (302) 658 9141
FAX (302) 658 5614

1990 M Street, NW, Suite 800
Washington DC 20036
TEL (202) 331 7111
FAX (202) 293 6229

WEB www.cblh.com

February 23, 2006

### BY E-FILING AND BY HAND

Peter T. Dalleo
Clerk of Court
United States District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 King Street
Wilmington, DE  19801

    Re: *Integrated Health Services of Cliff Manor Inc. et al. v. THCI Company LLC [C.A. No. 04-910(GMS)]*

Dear Mr. Dalleo:

    Enclosed is an alias summons directed to counterclaim-defendant Abe Briarwood Corporation regarding the above-captioned proceeding. Pursuant to Local Rule 4.1(a), please return the issued summons to my attention at the Court's earliest convenience.

    Thank you in advance for your assistance. Should you have any questions please do not hesitate to contact my office.

                          Respectfully,

                          Collins J. Seitz, Jr.
                          (Bar No. 2237)

CJS, Jr./rdf
Enclosure

AO 440 (Rev. 10/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
                                    District of _____DELAWARE_____

| | |
|---|---|
| INTEGRATED HEALTH SERVICES<br>    OF CLIFF MANOR, ET AL<br><br>        Plaintiffs<br><br>    v.<br><br>THCI COMPANY LLC,<br>        Defendant<br><br><br>    v.<br><br>ABE BRIARWOOD CORPORATATION and<br>JOHN DOES 1-10,<br><br>        Additional Counterclaim<br>        Defendants. | **ALIAS**<br>**SUMMONS IN A CIVIL CASE**<br><br>CIVIL ACTION NO.  04-910 |

TO:   (Name and address of Defendant-Counterclaimant)

**ABE Briarwood Corp.**
**c/o Amos Alter, Esquire**
**Troutman Sanders, LLP**
**The Chrysler Buidling**
**405 Lexington Avenue**
**New York NY 10016**

**YOU ARE HEREBY SUMMONED** and required to serve upon DEFENDANT-COUNTERCLAIM PLAINTIFF'S ATTORNEY (name and address)

Collins J. Seitz, Jr., Esquire
Kevin F. Brady, Esquire
Connolly Bove Lodge & Hutz LLP
1007 North Orange Street
Wilmington, DE  19801
(302)658-9141

an answer to the Third Amended Counterclaims which is served on you with this summons, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the Third Amended Counterclaims. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**PETER T. DALLEO**
CLERK                                                                                       DATE

_____
(By) DEPUTY CLERK

AO 440 (Rev. 10/01) Summons in a Civil Action

| RETURN OF SERVICE ||
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE |
| NAME OF SERVER (*PRINT*) | TITLE |

*Check one box below to indicate appropriate method of service*

☐   Served personally upon the defendant. Place where served: _____

_____

☐   Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and Discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐   Returned unexecuted: _____

_____

_____

[X] Other (specify):   Served ABE BRIARWOOD CORP. c/o Amos Alter, Esquire, Troutman Sanders, LLP, The Chrysler Building, 405 Lexington Avenue, New York, NY 10174

| STATEMENT OF SERVICE FEES |||
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
             Date

_____
*Signature of Server*

_____
*Address of Server*

224388

---

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.