AO 440 (Rev. 10/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Third Amended Counterclaims was made by me[1] | DATE 2/23/06 |
| NAME OF SERVER (*PRINT*) Reginald Flowers | TITLE Paralegal |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and Discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

[X] Other (specify): Served ABE BRIARWOOD CORP. c/o Amos Alter, Esquire, Troutman Sanders, LLP, The Chrysler Building, 405 Lexington Avenue, New York, NY 10174 by Federal Express after ABE BRIARWOOD CORPORATION'S counsel agreed to accept service.

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 2/23/06
    Date

Signature of Server: *Reginald Flowers*

Address of Server: 1007 North Orange Street, Wilmington, DE 19801

224388

Ref: 14100*1/RDF        Date: 02/23/2006    SHIPPING:    9.32
Dep:                    Wgt: 1.0 L          SPECIAL:     1.07
                                            HANDLING:    0.00
                        DV:       0.00      TOTAL:      10.39

Svcs: PRIORITY OVERNIGHT
TRCK: 6132 5092 1499

---

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.



## FedEx Express® Signature Proof of Delivery
## No Signature Found

Proof of delivery details appear below, however no signature is currently available for this FedEx Express shipment. Availability of signature images may take up to 5 days after delivery date. Please check again later for a signature.

**Quick Help**

**You can also track:**
- Signature Proof

**Related Links**
- Track more shipments
- My FedEx

### Shipment Information

| | | | |
|---|---|---|---|
| Tracking number: | 613250921499 | Ship date: | Feb 23, 2006 |
| Status: | Delivered | Weight: | 0.5 lbs. |
| Signed for by: | J.PHILLIPS | Delivery date: | Feb 24, 2006 09:45 |
| Service type: | Priority Envelope | | |
| Recipient: | NEW YORK, NY US | Shipper: | WILMINGTON, DE US |
| Reference: | 14100*1/RDF | | |

### Your next step

○ Online letter (no signature)
○ Fax letter (no signature)
○ Make a new request

Continue >>

**Please note**
If you have any questions about this shipment, please contact us.

Global Home | Service Info | About FedEx | Investor Relations | Careers | fedex.com Terms of Use | Privacy Policy
This site is protected by copyright and trademark laws under US and International law. All rights reserved. © 1995-2006 FedEx

https://www.fedex.com/Spod?cntry_code=us&trackingNumber=613250921499&shipYear=2006&shipM...    2/24/2006