UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTEGRATED HEALTH SERVICES OF CLIFF MANOR, INC., INTEGRATED HEALTH SERVICES AT RIVERBEND, INTEGRATED HEALTH SERVICES AT SOMERSET VALLEY, INC., ALPINE MANOR, INC., INTEGRATED HEALTH GROUP, INC., SPRING CREEK OF IHS, INC., FIRELANDS OF IHS, INC., ELM CREEK OF IHS, INC., and IHS LONG TERM CARE SERVICES, INC., <br><br>        Plaintiffs, <br><br>v. <br><br>THCI COMPANY LLC, <br><br>        Defendant, | Civil Action No. 04-910 |

## MOTION TO DISMISS AND QUASH

Plaintiffs IHS Long Term Care Services, Inc. and the other plaintiffs, additional counterclaim defendant Abe Briarwood Corporation ("Briarwood"), and two non-parties, Leonard Grunstein ("Grunstein") and Rubin Schron ("Schron"; and collectively with the Plaintiffs, Briarwood and Grunstein, the "Movants") hereby move this Court for an order (i) dismissing the Second through Seventh Counterclaims of the Third Amended Counterclaims asserted by defendant, TCHI Company LLC ("THCI"), and (ii) quashing the subpoenae addressed by THCI to non-parties Grunstein and Schron, as well as to another nonparty, Uri Kaufman. In support of this Motion, the Movants submit and rely on the Memorandum of Law in Support of Motion to Dismiss and Quash, the Declaration of Leonard Grunstein, the

DM3\347450.1

Declaration of Rubin Schron, and the Declaration of Amos Alter, Esquire, which have been filed contemporaneously with this Motion.

**DUANE MORRIS LLP**

*[signature]*

Michael R. Lastowski (DE I.D. 3892)
Richard W. Riley (DE I.D. 4052)
1100 North Market Street, Suite 1200
Wilmington, DE 19801-1246
Telephone: (302) 657-4900
Facsimile: (302) 657-4901
E-mail:     mlastowski@duanemorris.com
            cmwinter@duanemorris.com

-and-

TROUTMAN SANDERS LLP
Amos Alter, Esquire
The Chrysler Building
405 Lexington Avenue
New York, NY 10174
Telephone:   (212) 704-6000
Facsimile:   (212) 704-6288
E-mail:      Amos.Alter@troutmansanders.com

*Attorneys for Plaintiff Integrated Health Services of Cliff Manor, Inc. et al., Counterclaim Defendant Abe Briarwood Corp., Leonard Grunstein and Rubin Schron*