UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTEGRATED HEALTH SERVICES OF CLIFF MANOR, INC., INTEGRATED HEALTH SERVICES AT RIVERBEND, INTEGRATED HEALTH SERVICES AT SOMERSET VALLEY, INC., ALPINE MANOR, INC., BRIARCLIFF NURSING HOME, INC., SPRING CREEK OF IHS, INC., FIRELANDS OF IHS, INC., ELM CREEK OF IHS, INC., and IHS LONG TERM CARE SERVICES, INC., <br><br> Plaintiffs, <br><br> v. <br><br> THCI COMPANY LLC, <br><br> Defendant, <br><br> v. <br><br> ABE BRIARWOOD CORPORATION and JOHN DOES 1-10, <br><br> Additional Counterclaim Defendants, | Civil Action No. 04-910 |

DECLARATION OF AMOS ALTER
IN SUPPORT OF MOTION

AMOS ALTER declares:

1. I am of counsel to Troutman Sanders LLP, who are of counsel to the plaintiffs and additional counterclaim defendants Abe Briarwood Corporation. We also appear for nonparties Leonard Grunstein and Rubin Schron, who, together with nonparty Uri Kaufman, have purportedly been served with subpoenae by defendant. This Declaration

supports the motion to dismiss the Second through Seventh Counterclaims of the Third Amended Counterclaims, and to quash the subpoenae served on the three nonparties.

2. This Declaration is limited (i) to advising the Court that counsel have conferred by telephone (defendant's counsel declined a meeting) with regard to the protective order motion to quash the subpoenae, but were unable to resolve the issues; and (ii) to annexing (Exhibit "A" hereto) the pertinent parts of a document (namely a Stock Purchase Agreement) referenced in the Third Amended Counterclaims, but not annexed thereto. As is demonstrated in the accompanying Memorandum of Law, such a document, although omitted from the pleading, is a part thereof for purposes of a motion against the pleading.

3. I declare, under penalty of perjury, that the foregoing is true and correct. Executed on March 1L, 2006.

_____
Amos Alter

Execution Copy

# STOCK PURCHASE AGREEMENT

DATED AS OF JANUARY 28, 2003

by and between

ABE BRIARWOOD CORP.

and

INTEGRATED HEALTH SERVICES, INC.

a party to any agreement or option to purchase any real property or interest therein.

(ii) The term *"Permitted Encumbrances"* shall mean with respect to each Owned Real Property: (A) real estate Taxes, assessments and other governmental levies, fees or charges imposed with respect to such real property that are not due and payable as of the Closing Date, or that are being contested in good faith and for which appropriate reserves have been established in accordance with GAAP; (B) mechanics liens and similar Encumbrances for labor, materials or supplies provided with respect to such real property incurred in the Ordinary Course of Business for amounts that are not due and payable and that would not, individually or in the aggregate, have a Material Adverse Effect; (C) zoning, building codes and other land use Legal Requirements regulating the use or occupancy of such real property or the activities conducted thereon that are imposed by any Government Authority having jurisdictio over such real property that are not violated by the current use or occupancy of such real property or the operation of the business of Seller or any Subsidiary thereon; (D) easements, covenants, conditions, restrictions and other similar matters of record affecting title to or use of such real property that do not materially impair the use or occupancy of such real property in the operation of the business of Seller or any Subsidiary conducted thereon; and (E) Secured Indebtedness.

(b) Leased Real Property. Schedule 3.8(b) sets forth the address of each Leased Real Property, and a true and complete list of all Leases (including all amendments, extensions, renewals, guaranties and other agreements with respect thereto) for each such Leased Real Property (including the date and name of the parties to such Lease document). The Seller has made available or delivered to the Purchaser a true and complete copy of each such Lease document, and in the case of any oral Lease, has made available a written summary of th material terms of such Lease. With respect to each of the Leases, subject to the entry of the Confirmation Order and except as set forth on Schedule 3.8(b): (i) such Lease is legal, valid, binding, enforceable and in full force and effect; (ii) the Seller's or Subsidiary's possession and quiet enjoyment of the Leased Real Property under such Lease has not been disturbed, and, to the knowledge of Seller, there are no disputes with respect to such Lease; (iii) neither the Seller, any Subsidiary nor any other party to the Lease is in breach or default under such Lease; (iv) neither the Seller nor any Subsidiary has subleased, licensed or otherwise granted any Person the right to use or occupy such Leased Real Property or any portion thereof, other than to Seller's or any Subsidiaries' respective patients; (v) neither the Seller nor any Subsidiary has collaterally assigned or granted any other security interest in such Lease or any interest therein; and (vi) there are no Encumbrances on the estate or interest created by such Lease, other than Permitted Encumbrances or Encumbrances that will be released or discharged pursuant to the Confirmation Order.

(c) Compliance with Laws To the knowledge of the Seller, the Real Property is in compliance with all applicable building, zoning, subdivision, health and safety and other land use Legal Requirements, including, without limitation, The Americans with Disabilities Act of 1990, as amended, and all insurance requirements affecting the Real Property (collectively, the *"Real Property Laws"*), and Seller has received no notice that the current use or occupancy

Schedule 3.8(b) - Leased Real Property

Leased Real Property of Integrated Health Services, Inc.:

| Entity | Facility DBA | Subsidiary | Address | City | ST | Zip Code | Landlord | Lease Commencement Date | Lease Expiration Date |
|---|---|---|---|---|---|---|---|---|---|
| 20110[1] | Integrated Health Services at Briarcliff | Briarcliff Nursing Home, Inc. | 850 N.W. 9th St | Alabaster | AL | 35007 | Meditrust of Alabama | 08/13/87 | 05/31/06 |
| 20502 | Florida Laundry Services | Florida Laundry Services, Inc. | 2770 West 2nd Avenue | Hialeah | FL | 33010 | Rolando Blanco | 09/01/88 | 2/1/04 |
| 55503 | Hospice of Orange-Osceola | Hospice of Integrated Health Services, Inc. | 1 Winterpark Bldg, ;801 Lee Road, Suite D | Winterpark | FL | 32789 | Florida Roofing, Sheet Metal, and Air Conditioning Association, Inc. | 08/01/00 | 07/31/03 |
| 20364 | IHS of Northern Jacksonville | Integrated Health Services of Jacksonville, Inc. | 12740 Lanier Rd. | Jacksonville | FL | 32226 | Dunn's Creek LTD | 08/01/01 | 08/01/11 |
| 20531 | CAO Of Georgia | Integrated Health Services, Inc./ Health Care Properties III, Inc. | 1355 Roswell Rd, Ste 680 | Marietta | GA | 30062 | Town and Country Shopping Center, LLC | 08/29/94 | 09/30/03 |
| 20510 | Carrollton Nursing and Rehabilitation Center | HCPIII Carrollton, Inc. | 2327 North Highway 27 | Carrollton | GA | 30117 | Great Oaks Nursing Home, Inc. | 2/1/1987; 4/16/98 (Amend. & Restat.) | 01/31/22 |
| 20511 | Cedar Valley Nursing and Rehabilitation Center | HCPIII Cedartown, Inc. | 225 Philpot Street | Cedartown | GA | 30125 | Great Oaks Nursing Home, Inc. | 2/1/1987; 4/16/98 (Amend. & Restat.) | 01/31/22 |
| 20512 | Chestnut Ridge Nursing and Rehabilitation Center | HCPIII Cummings, Inc. | 125 Samaritan Drive | Cumming | GA | 30130 | Great Oaks Nursing Home, Inc. | 2/1/1987; 4/16/98 (Amend. & Restat.) | 01/31/22 |
| 20513 | Haralson Nursing and Rehabilitation Center | HCPIII Bremen, Inc. | 315 Field Street - PO Box 728 | Bremen | GA | 30110 | Great Oaks Nursing Home, Inc. | 2/1/1987; 4/16/98 (Amend. & Restat.) | 01/31/22 |
| 20514 | Hart Care Center | HCPIII Hartwell, Inc. | 261 Fairview Ave. - PO Box 766 | Hartwell | GA | 30643 | Frederica Acres, Inc. | 04/30/92 | 04/30/12 |
| 20515 | Heart of Georgia | HCPIII Eastman, Inc. | 801 Legion Drive - PO Box 4216 | Eastman | GA | 31023 | Randy Conley, Executor under the will of Lucile Conley…S.C. Cadwell | 09/26/94 | 05/31/14 |
| 20361 | Integrated Media Services | Integrated Management-Westcliff, Inc. | 2573 Sidney Lanier Drive | Brunswick | GA | 31525 | Brunswick and Glynn County Development | | N/A |
| 20517 | Macon Manor Nursing and Rehabilitation Center | HCPIII Macon, Inc. | 4373 Houston Ave. | Macon | GA | 31206 | Thurmond, Ford, Lockhart Joint Venture | 09/01/81 | 01/31/17 |

| Entity | Facility DBA | Subsidiary | Address | City | ST | Zip Code | Landlord | Lease Commencement Date | Lease Expiration Date |
|---|---|---|---|---|---|---|---|---|---|
| 20484 | Maine Center for Integrated Rehabilitation | Maine Head Trauma, Inc. | Dunbar Rd., PO Box 8116 | Winslow | ME | 04901 | Hussey and Hussey LLC | 06/01/00 | 05/31/05 |
| 20485 | Maine Center for Integrated Rehabilitation | Maine Head Trauma, Inc. | 125 John Roberts Road, #12 | South Portland | ME | 04106 | S-J Realty | 10/01/01 | 09/30/06 |
| 50801 | Hospice of Integrated Health Services-Detroit | Hospice of IHS - Michigan, Inc. f/k/a Samaritan Care, Inc | 2445 Northwestern Highway, Suite 105 | Southfield | MI | 48075 | SOP-Crescent Centre L.L.C. | | 11/30/03 |
| 20123[1] | Integrated Health Services of Michigan at Riverbend | Integrated Health Services of Riverbend, Inc. | 11941 Belsay Rd | Grand Blanc | MI | 48439 | Meditrust of Michigan, Inc. | 05/05/88 | 05/31/05 |
| 20122[1] | Integrated Health Service of Kansas City at Alpine North | Integrated Health Services of Cliff Manor, Inc. | 4700 Cliffview Dr. | Kansas City | MO | 64150 | Meditrust of Missouri, Inc. | 03/24/88 | 05/31/05 |
| 20113 | Integrated Health Services of St. Louis at Gravois | Gravois Health Care, Inc. | 10954 Kennerly Rd. | St. Louis | MO | 63128 | HR Acquisition I Corporation | 6/15/1994; 5/31/01 (Amend. & Restat.) | 06/30/04 |
| 20351 | IHS of Dunn | IHS Acquisition XXXIII, Inc. | 711 Susan Tart Road | Dunn | NC | 28334 | The Carrolton of Dunn, Inc. | 03/01/98 | 02/28/08 |
| 20352 | IHS of Fayetteville | IHS Acquisition XXXIII, Inc. | 2743 Legion Road | Fayetteville | NC | 28304 | The Carrolton of Fayetteville, Inc. | 03/01/98 | 02/28/08 |
| 20350 | IHS of Lumberton | IHS Acquisition XXXIII, Inc. | 1170 Linkhaw Road | Lumberton | NC | 28358 | The Carrolton of Lumberton, Inc. | 03/01/98 | 02/28/08 |
| 20353 | IHS of Nash | IHS Acquisition XXXIII, Inc. | 7369 Hunter Hill Road | Rocky Mountain | NC | 27803 | The Carrolton of Nash, Inc. | 03/01/98 | 02/28/08 |
| 20354 | IHS of Williamston | IHS Acquisition XXXIII, Inc. | 119 Gatling Street | Williamston | NC | 27892 | The Carrolton of Williamston, Inc. | 03/01/98 | 02/28/08 |
| 20355 | Plumblee Nursing Center | IHS Acquisition XXXIII, Inc. | 1064 US Highway 64 East | Plymouth | NC | 27962 | The Carrolton of Plymouth, Inc. | 03/01/98 | 02/28/08 |
| 20132[1] | Integrated Health Services of NJ at Somerset Valley | Integrated Health Services at Somerset Valley, Inc. | 1621 Rt. 22 West | Bound Brook | NJ | 08805 | Meditrust | 12/30/86 | 05/31/05 |
| 20638 | Albuquerque Care Center f/k/a Horizon Health Care Nursing Center | IHS Acquisition No. 151, Inc. | 239 Elm St. NE | Albuquerque | NM | 87102 | Spencer Investment Company | 12/07/87 | 12/31/11 |
| 20636 | Bloomfield Nursing and Rehabilitation Center f/k/a Hacienda de Salud - Bloomfield | IHS Acquisition No. 151, Inc. | 803 Hacienda Lane | Bloomfield | NM | 87413 | N.M. Bloomfield Three Plus One Limited Company | 02/24/95 | 04/30/10 |
| 20631 | Casa Arena Blanca Nursing Center | IHS Acquisition No. 151, Inc. | 205 Moonglow | Alamogordo | NM | 88310 | LTC | | |

30600262_V13.DOC

| Entity | Facility DBA | Subsidiary | Address | City | ST | Zip Code | Landlord | Lease Commencement Date | Lease Expiration Date* |
|---|---|---|---|---|---|---|---|---|---|
| 20663 | North Las Vegas Care Center | IHS Acquisition No. 151, Inc. | 3215 E. Cheyenne Ave. | Las Vegas | NV | 89030 | Nevada Associates Enterprises Limited Partnership | 10/28/98 (Amended and Restated) | 07/31/03 |
| 32810[2] | Arcadia Nursing Center | Integrated Health Services of Arcadia, Inc. | East Main St. - Box 511 | Coolville | OH | 45723 | HCIC | Currently managed to be converted to lease | |
| 20668 | Auburn Manor | IHS Acquisition No. 151, Inc. | 375 Glenn Avenue | Wash. Cour. | OH | 43160 | Nationwide Health Properties | 10/01/91 | 09/30/06 |
| 20670 | Boardman Community Care Center | IHS Acquisition No. 151, Inc. | 5665 South Avenue | Youngstown | OH | 44512 | Nationwide Health Properties | 10/27/1997 (Amended and Restated) | 10/31/09 |
| 20672 | Colonial Manor | IHS Acquisition No. 151, Inc. | 196 Colonial Drive | Youngstown | OH | 44505 | Little Forest Medical Center, LLC | 06/21/84 | 12/31/10 |
| 32811[2] | Eagle Creek Nursing Center | Integrated Health Services of Eagle Creek, Inc. | 141 Spruce Lane | West Union | OH | 45693 | HCIC | Currently managed to be converted to lease | |
| 20674 | Heritage Care Center | IHS Acquisition No. 151, Inc. | 100 Rogers Lane | Shelby | OH | 44875 | Cardinal Nursing Homes, Inc. | 06/09/80 | 06/30/10 |
| 32801 | Heritage Manor Nursing Center | Integrated Health Services of Heritage Manor, Inc. | 24 North Hamilton Street | Minster | OH | 45865 | HCIC | Currently managed to be converted to lease | |
| 32802 | Hickory Creek of Athens | Integrated Health Services of Athens, Inc. | 51 E. Fourth St. | The Plains | OH | 45780 | HCIC | Currently managed to be converted to lease | |
| 20675 | Horizon Village Nursing and Rehabilitation Center | IHS Acquisition No. 151, Inc. | 2473 North Rd. NE | Warren | OH | 44483 | Nationwide Health Properties | 10/27/1997 (Amended and Restated) | 10/31/09 |
| 20677 | Hudson Elms Nursing Home | IHS Acquisition No. 151, Inc. | 563 W. Streetsboro Rd. | Hudson | OH | 44236 | Hudson Care Corp. | 04/01/91 | 03/31/06 |
| 20678 | Imperial Skilled Care Center | IHS Acquisition No. 151, Inc. | 4121 Tod Avenue | Warren | OH | 44485 | Little Forest Medical Center, LLC | 06/21/84 | 12/31/10 |
| 32807[2] | Indian Hills Health and Rehabilitation Center | Integrated Health Services of Indian Hills, Inc. | 1500 East 191st St. | Euclid | OH | 44117 | HCIC | Currently managed to be converted to lease | |
| 20170[1] | Integrated Health Services of Huber Heights at Spring Creek | Spring Creek of IHS, Inc. | 5440 Charlesgate Rd. | Huber Heights | OH | 45424 | Meditrust of Ohio, Inc. | 12/07/90 | 05/31/06 |
| 20171[1] | Integrated Health Services of New London at Firelands | Firelands of IHS, Inc. | 204 W. Main St., Rt. 162 | New London | OH | 44851 | Meditrust of Ohio, Inc. | 12/07/90 | 05/31/06 |
| 20173[1] | Integrated Health Services of West Carrollton at Elm Creek | Elm Creek of IHS, Inc. | 115 Elmwood Circle | West Carrollton | OH | 45449 | Meditrust of Ohio, Inc. | 12/07/90 | 05/31/06 |

S-73

| Entity | Facility DBA | Subsidiary | Address | City | ST | Zip Code | Landlord | Lease Commencement Date | Lease Expiration Date* |
|---|---|---|---|---|---|---|---|---|---|
| 20680 | Ridge Crest Care Center | IHS Acquisition No. 151, Inc. | 1926 Ridge Avenue | Warren | OH | 44484 | Warren Associates Limited Partnership | 03/23/89 | 03/31/04 |
| 20681 | Rosewood Manor | IHS Acquisition No. 151, Inc. | 935 Rosewood Dr. | Galion | OH | 44833 | Nationwide Health Properties | 10/27/87; 10/27/1997 (Amend. & Restat.) | 10/31/09 |
| 32804[2] | Scenic Hills Nursing Center | Integrated Health Services of Scenic Hills, Inc. | 311 Buckridge Rd. | Bidwell | OH | 45614 | HCIC | Currently managed to be converted to lease | |
| 32820[2] | Southern Hills Health and Rehabilitation Center | Integrated Health Services at Southern Hills, Inc. | 19530 Bagley Rd. | Middleburg Heights | OH | 44130 | HCIC | Currently managed to be converted to lease | |
| 20682 | Village Care Center | IHS Acquisition No. 151, Inc. | 925 Wagner Avenue | Galion | OH | 44833 | Cardinal Nursing Homes, Inc. | 06/09/80 | 06/30/10 |
| 20685 | Integrated Health Services at Bryant Nursing Center f/k/a Bryant Nursing Center | IHS Acquisition No. 151, Inc. | 1100 E. Ninth St. | Edmond | OK | 73034 | Health Care Property Investors, Inc. | 08/01/98 | 07/31/08 |
| 20744 | Integrated Specialty Hospital of Edmond f/k/a HSH – Edmond | IHS Acquisition No. 167, Inc. | 1100 E. Ninth St. | Edmond | OK | 73034 | covered under Bryant Nursing lease | | |
| 20688 | IHS Greenery of Canonsburg f/k/a Greenery-Meadowlands | IHS Acquisition No. 135, Inc. | 2200 Hill Church-Houston Rd. | Canonsburg | PA | 15317 | HRESI Properties Trust | 1/1/2000 (Amended and Restated) | 12/31/10 |
| 32806[2] | Indian Creek Nursing Center | Integrated Health Services at Indian Creek, Inc. | 222 West Edison Ave | New Castle | PA | 16101 | HCIC | Currently managed to be converted to lease | |
| 20131 | Integrated Health Services of Mountain View | Mountain View Nursing Center, Inc. | Rt. 7 Sandy Hill Rd | Greensburg | PA | 15601 | Capstone Capital of Pennsylvania, Inc., … | 6/15/1994; 5/31/01 (Amend. & Restat.) | 06/30/04 |
| 20130[1] | Integrated Health Services of Erie at Bayside | Alpine Manor, Inc. | 4114 Schaper Ave | Erie | PA | 16508 | Meditrust at Alpine, Inc. | 12/30/87 | 05/31/06 |
| 20141[1] | Integrated Health Services of Greater Pittsburgh | Integrated Health Group (Integrated Health of Locust Valley Road, Inc. - general partner) | 890 Weatherwood Lane | Greensburg | PA | 15601 | Meditrust of Mountainview, Inc. | 12/17/91 | 05/31/06 |
| 50805 | Samaritan Care Hospice of Pennsylvania | Hospice of Integrated Health Services, Inc. | 6798 Butler Pike, Suite 126 | Blue Bell | PA | 19422 | Watertower Office Associates, L.P. | | 04/30/04 |
| 32885[2] | Sycamore Creek Nursing Center | Integrated Health Services at Sycamore Creek, Inc. | 234 Coraopolis Rd. | Coraopolis | PA | 15108 | HCIC | Currently managed to be converted to lease | |
| 20532 | Camp Care | Magnolia Manor – Inman, Inc | 59 Blackstock Rd. | Inman | SC | 29349 | Camp Care, Inc. | 08/01/93 | 09/30/11 |

30600262_V15.DOC

*Lease Guaranties*

| Landlord | Fac. No. | Fac. Name and State | Date of Lease Reviewed | Same Prov. | Lease Guaranty | Guarantor | Guaranty Terms | Guarantor's Financial/Reporting Requirements |
|---|---|---|---|---|---|---|---|---|
| Karell | #526 | Shamrock, GA | 3/1/92<br>8/93 – 1st Amendment (A)<br>3/11/98 – 2nd A<br>3/25/98 – 3rd A<br>7/31/98 – 4th A |  | Yes | Health Care Properties III Incorporated, a North Carolina corporation | Full | Certified Fin. Stmts. w/in 120 days after fiscal year end (§32.1) |
| Karell | #635 | Casa Real, NM | 1/91<br>1/91 – A<br>7/1/91 – 2nd A<br>7/1/91 – 3rd A | Yes | Yes | Integrated Health Services, Inc. | No guaranty in the file | None stated in the Lease |
| Karell | #636 | Bloomfield, NM | 2/24/95 | Yes | Yes | Integrated Health Services, Inc. | No guaranty in the file | None stated in the Lease |
| Karell | #637 | Espanola, NM | 2/24/95<br>12/23/96 – 1st A<br>12/1/01 – A | Yes | Yes | Integrated Health Services, Inc. | No guaranty in the file | None stated in the Lease |
| Karell | #639 | Santa Fe, NM | 6/1/88<br>12/7/88 – 1st A<br>Missing – 2nd A<br>2/6/89 – 3rd A<br>4/26/96 – 4th A<br>12/1/01 – A | Yes | Yes | Integrated Health Services, Inc. | No guaranty in the file | None stated in the Lease |
| Karell | #641 | Silver City, NM | 2/24/95<br>12/23/96 – 1st A<br>12/1/01 – A | Yes | Yes | Integrated Health Services, Inc. | No guaranty in the file | None stated in the Lease |
| Karell | #645 | Sunshine Haven (Lordsburg), NM | 2/24/95<br>12/23/96 – 1st A<br>12/1/01 – A | Yes | Yes | Integrated Health Services, Inc. | No guaranty in the file | None stated in the Lease |
| Karell | #648 | Red Rocks, NM | 7/31/92 | Yes | Yes | Integrated Health Services, Inc. | No guaranty in the file | None stated in the Lease |
| Karell | #680 | Ridge Crest, OH | 3/23/89 | Yes | Yes | Integrated Health Services, Inc. | No guaranty in the file | None stated in the Lease |

| Landlord | Fac. No. | Fac. Name and State | Date of Lease Reviewed | Same Prov. | Lease Guaranty | Guarantor | Guaranty Terms | Guarantor's Financial/Reporting Requirements |
|---|---|---|---|---|---|---|---|---|
| Karell | #713 | Bonham, TX | 5/6/81 | • Yes | • Yes | • Integrated Health Services, Inc. | • No guaranty in file | • None stated in the Lease |
|  |  |  | 12/1/01 - A | • No | • Yes | • Jewell Enterprises, a partnership by general partners, T.R. Jewell, Billy Jewell, Morris Edwards, A.V. Jewell and Harold Nash, also modification of lease purports full guaranty by Peter N. Kern | • Full | • None |
| Meditrust | #110 | Briarcliff, AL | 8/13/87<br>12/30/87 – 1st A<br>[Undated] – 2nd A<br>4/30/93 – 3rd A<br>(Lease Mod. Agt) |  | Yes | Integrated Health Services, Inc. | No guaranty in file | • Consolidated Financials w/in 90 days after fiscal year end and financial statements w/in 45 days after each fiscal quarter (§23.2)<br>• Event of default if Guarantor becomes insolvent or bankrupt<br>• Event of default if Guarantor fails to maintain certain net worth, liquidity or ratios |
| Meditrust | #122 | Alpine North, MO | 3/24/88<br>4/30/93 – Lease Mod. Agt. |  | Yes | Integrated Health Services, Inc. | No guaranty in file | • Consolidated Financials w/in 90 days after fiscal year end and 45 days after each fiscal quarter (§23.2)<br>• Event of default if Guarantor becomes insolvent or bankrupt<br>• Event of default if Guarantor fails to maintain certain net worth, liquidity or ratios |

| Landlord | Fac. No. | Name and State | Date of Lease Reviewed | Same Prov. | Lease Guaranty | Guarantor | Guaranty Terms | Financial Reporting Requirements |
|---|---|---|---|---|---|---|---|---|
| Meditrust | #123 | Riverbend, MI | 5/5/88<br>4/30/93 – Lease Mod. Agt. | | Yes | Integrated Health Services, Inc. | No guaranty in file | • Consolidated Financials w/in 90 days after fiscal year end and 45 days after each fiscal quarter (§23.2)<br>• Event of default if Guarantor becomes insolvent or bankrupt<br>• Event of default if Guarantor fails to maintain certain net worth, liquidity or ratios |
| Meditrust | #130 | Erie at Bayside, PA | 12/30/87<br>3/23/89 – 1st A<br>4/30/93 – Lease Mod. Agreement | | Yes | Integrated Health Services, Inc. | No guaranty in file | • Consolidated Financials w/in 90 days after fiscal year end and financial statements 45 days after each fiscal quarter (§23.2)<br>• Event of default if Guarantor becomes insolvent or bankrupt<br>• Event of default if Guarantor fails to maintain certain net worth, liquidity or ratios |
| Meditrust | #132 | Somerset, NJ | 12/30/86<br>4/30/93 – Lease Mod. Agreement | | No | | | • Event of default if Integrated becomes insolvent or bankrupt<br>• Event of default if Integrated fails to maintain certain net worth, liquidity or ratios |

| Landlord | Fac. No. | Fac. Name and State | Date of Lease Reviewed | Same Prov. | Lease Guaranty | Guarantor | Guaranty Terms | Guarantor's Financial/Reporting Requirements |
|---|---|---|---|---|---|---|---|---|
| Meditrust | #141 | Greater Pittsburg, PA | 12/17/91 4/30/93 – Lease Mod. Agreement | | Yes | Integrated Health Services, Inc. | Full | • Consolidated Financials w/in 90 days after fiscal year end, plus other terms specified in Section 23.2 (See also §7.4 re: financial covenants)<br>• Event of default if Guarantor becomes insolvent or bankrupt<br>• Event of default if Guarantor fails to maintain certain net worth, liquidity or ratios |
| Meditrust | #170 | Spring Creek, OH | 12/7/90 4/30/93 – Lease Mod. Agreement | | Yes | Integrated Health Services, Inc. | Full | • Consolidated Financials w/in 90 days after fiscal year end, plus other terms specified in Section 23.2 (See also §7.4 re: financial covenants)<br>• Event of default if Guarantor becomes insolvent or bankrupt<br>• Event of default if Guarantor fails to maintain certain net worth, liquidity or ratios |
| Meditrust | #171 | Firelands, OH | 12/7/90 4/30/93 – Lease Mod. Agreement | | Yes | Integrated Health Services, Inc. | Full | • Consolidated Financials w/in 90 days after fiscal year end, plus other terms specified in Section 23.2 (See also §7.4 re: financial covenants)<br>• Event of default if Guarantor becomes insolvent or bankrupt<br>• Event of default if... |

| Landlord | Fac. No. | Fac. Name and State | Date of Lease Reviewed | Same Prov. | Lease Guaranty | Guarantor | Guaranty Terms | Requirements |
|---|---|---|---|---|---|---|---|---|
| Meditrust | #173 | Elm Creek, OH | 12/7/90<br>4/30/93 – Lease Mod. Agreement | | Yes | Integrated Health Services, Inc. | Full | • Consolidated Financials w/in 90 days after fiscal year end, plus other terms specified in Section 23.2 (See also §7.4 re: financial covenants)<br>• Event of default if Guarantor becomes insolvent or bankrupt<br>• Event of default if Guarantor fails to maintain certain net worth, liquidity or ratios |
| Meditrust | #174 | Carriage by the Lake, OH | 12/7/90<br>4/30/93 – Lease Mod. Agreement | | Yes | Integrated Health Services, Inc. | Full | • Consolidated Financials w/in 90 days after fiscal year end, plus other terms specified in Section 23.2 (See also §7.4 re: financial covenants)<br>• Event of default if Guarantor becomes insolvent or bankrupt<br>• Event of default if Guarantor fails to maintain certain net worth, liquidity or ratios |
| E. Bishop | #510 | Carrollton, GA | 2/1/87 – Main Lease [Missing]<br>1/31/92 – Lease Ext. & Mod. Agt. (Missing Pgs.)<br>3/14/95 – 2nd A<br>4/16/98 – Amend. & Rest. A. to Lease | | Yes | Angell Care Incorporated | No guaranty in file | None stated in the Lease |

3000262_v15.DOC