UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTEGRATED HEALTH SERVICES OF CLIFF MANOR, INC., INTEGRATED HEALTH SERVICES AT RIVERBEND, INTEGRATED HEALTH SERVICES AT SOMERSET VALLEY, INC., ALPINE MANOR, INC., INTEGRATED HEALTH GROUP, INC., SPRING CREEK OF IHS, INC., FIRELANDS OF IHS, INC., ELM CREEK OF IHS, INC., and IHS LONG TERM CARE SERVICES, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>THCI COMPANY LLC,<br><br>Defendant, | Civil Action No. 04-910 |

## STATEMENT PURSUANT TO LOCAL RULE 7.1.1

Pursuant to D. Del. Local Rule 7.1.1, counsel for Movants state that, as set forth in the Declaration of Amos Alter, Esquire (filed contemporaneously herewith), counsel has made a reasonable effort to reach agreement with opposing counsel on the matters addressed by the portion of the Motion To Dismiss And Quash which seeks to quash the subpoenae addressed by

DM3\347526.1

defendant to non-parties Leonard Grunstein and Rubin Schron, as well as to another nonparty, Uri Kaufman, and that such efforts were not successful.

DUANE MORRIS LLP

/s/ signature

Michael R. Lastowski (DE I.D. 3892)
Richard W. Riley (DE I.D. 4052)
1100 North Market Street, Suite 1200
Wilmington, DE 19801-1246
Telephone:   (302) 657-4900
Facsimile:    (302) 657-4901
E-mail: mlastowski@duanemorris.com
rwriley@duanemorris.com

-and-

TROUTMAN SANDERS LLP
Amos Alter, Esquire
The Chrysler Building
405 Lexington Avenue
New York, NY 10174
Telephone:   (212) 704-6000
Facsimile:    (212) 704-6288
E-mail:        Amos.Alter@troutmansanders.com

*Attorneys for Plaintiff Integrated Health Services of Cliff Manor, Inc. et al., Counterclaim Defendant Abe Briarwood Corp., Leonard Grunstein and Rubin Schron*
