UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTEGRATED HEALTH SERVICES OF CLIFF MANOR, INC., INTEGRATED HEALTH SERVICES AT RIVERBEND, INTEGRATED HEALTH SERVICES AT SOMERSET VALLEY, INC., ALPINE MANOR, INC., INTEGRATED HEALTH GROUP, INC., SPRING CREEK OF IHS, INC., FIRELANDS OF IHS, INC., ELM CREEK OF IHS, INC., and IHS LONG TERM CARE SERVICES, INC., <br><br>　　　　　Plaintiffs, <br><br>　　v. <br><br>THCI COMPANY LLC, <br><br>　　　　　Defendant, | Civil Action No. 04-910 |

## CERTIFICATE OF SERVICE

I, Richard W. Riley, certify that I am not less than 18 years of age, and that service of a copy each of the documents listed below were made on March 13, 2006, upon the individuals on the attached Service List in the manner indicated.

1. **Motion To Dismiss And Quash;**

2. **Memorandum Of Law In Support Of Motion To Dismiss And Quash (with accompanying Declarations).**

Under penalty of perjury, I declare that the foregoing is true and correct.

Dated: March 13, 2006
      Wilmington, Delaware

_____
Michael R. Lastowski (DE I.D. 3892)
Richard W. Riley (DE I.D. 4052)
1100 North Market Street, Suite 1200
Wilmington, DE 19801-1246
Telephone:  (302) 657-4900
Facsimile:   (302) 657-4901
E-mail:      mlastowski@duanemorris.com
               rwriley@duanemorris.com

## SERVICE LIST

David Sager, Esquire
Pitney Hardin LLP
P.O. Box 1945
Morristown, NJ 07962
*Via Regular Mail*

Collins J. Seitz, Jr., Esquire
Connolly Bove Lodge & Hutz LLP
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19801
*Via Hand Delivery*