LAW OFFICES
# MONZACK AND MONACO, P.A.
ATTORNEYS AT LAW
1201 NORTH ORANGE STREET
SUITE 400
P.O. BOX 2031
WILMINGTON, DE 19899-2031

MELVYN I. MONZACK
FRANCIS A. MONACO, JR.
RACHEL B. MERSKY
BRIAN J. MCLAUGHLIN
JOSEPH J. BODNAR
MARY ELIZABETH M. BROWDER
KEVIN J. MANGAN
EDWARD M. LILLY
MICHAEL C. HOCHMAN

(302) 656-8162
FACSIMILE: (302) 656-2769

WWW.MONLAW.COM

March 30, 2006

**VIA HAND DELIVERY**

The Honorable Gregory M. Sleet
U.S. District Court for the District of Delaware
844 King Street
Room 4209
Wilmington, DE 19801

Re: Integrated Health Services, Inc. – C.A. No. 04-910

Dear Judge Sleet:

We have been advised by David S. Sager, Esquire, counsel for THIC Company, LLC, that THIC has withdrawn the subpoena to Uri Kaufman that is the subject of a pending Motion to Quash. Consequently, the Motion is moot and is hereby withdrawn.

Respectfully Submitted,

Rachel B. Mersky
For Monzack and Monaco, P.A.
Counsel for Uri Kaufman

RBM:jrt
CC: David S. Sager, Esquire
Richard W. Riley, Esquire
Michael R. Lastowski, Esquire
Collins J. Seitz, Jr., Esquire
Kevin F. Brady, Esquire
Amos Alter, Esquire
Uri Kaufman