IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTEGRATED HEALTH SERVICES OF CLIFF MANOR, INC., INTEGRATED HEALTH SERVICES AT RIVERBEND, INTEGRATED HEALTH SERVICES AT SOMERSET VALLEY, INC., ALPINE MANOR, INC., BRIARCLIFF NURSING HOME, INC., SPRING CREEK OF IHS, INC., FIRELANDS OF IHS, INC., ELM CREEK OF IHS, INC., and IHS LONG TERM CARE SERVICES, INC., <br><br> Plaintiffs, <br><br> v. <br><br> THCI COMPANY LLC, <br><br> Defendant, <br><br> v. <br><br> ABE BRIARWOOD CORPORATION and JOHN DOES 1-10, <br><br> Additional Counterclaim Defendants, | Civil Action No. 04-910 |

## PLAINTIFFS' MOTION TO REMAND

Plaintiffs IHS Long Term Care Services, Inc. and the other plaintiffs, as well as additional counterclaim defendant Abe Briarwood Corporation (collectively, the "Movants"), hereby move this Court, pursuant to 28 U.S.C. §§ 1452(b), 1447(c) and 1367(c)(3), for an order remanding this case to the Circuit Court of the County of Platte, State of Missouri. In support of

DM3\351574.1

this Motion, the Movants submit and rely on Plaintiffs' Memorandum of Law in Support of Motion to Remand and the Declaration of Richard W. Riley in Support of Motion to Remand, which have been filed contemporaneously with this Motion.

DATED: March 30, 2006

                **DUANE MORRIS LLP**

                */s/ Michael R. Lastowski*
                Michael R. Lastowski (DE I.D. 3892)
                Richard W. Riley (DE I.D. 4052)
                1100 North Market Street, Suite 1200
                Wilmington, DE 19801-1246
                Telephone: (302) 657-4900
                Facsimile: (302) 657-4901
                E-mail: mlastowski@duanemorris.com
                              cmwinter@duanemorris.com

                -and-

                TROUTMAN SANDERS LLP
                Amos Alter, Esquire
                The Chrysler Building
                405 Lexington Avenue
                New York, NY 10174
                Telephone: (212) 704-6000
                Facsimile: (212) 704-6288
                E-mail: Amos.Alter@troutmansanders.com

                *Attorneys for Plaintiff Integrated Health*
                *Services of Cliff Manor, Inc. et al. and*
                *Counterclaim Defendant Abe Briarwood Corp.*

2