# EXHIBIT "B"

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>INTEGRATED HEALTH<br>SERVICES, INC., *et al.*,<br><br>    Debtors. | Case No. 00-389 (MFW)<br>(Chapter 11) |
| INTEGRATED HEALTH SERVICES,<br>INC., *et al.*,<br><br>    Appellant,<br><br>v.<br><br>THCI Company, LLC,<br><br>    Appellee. | Civil Action No. 03-610-GMS |

## ORDER

IT IS HEREBY ORDERED THAT:

The decision of the bankruptcy court be AFFIRMED.

Dated: March 21, 2006

UNITED STATES DISTRICT JUDGE

FILED
MAR 21 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE