# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTEGRATED HEALTH SERVICES OF CLIFF MANOR, INC., INTEGRATED HEALTH SERVICES AT RIVERBEND, INC. INTEGRATED HEALTH SERVICES AT SOMERSET VALLEY, INC., ALPINE MANOR, INC., BRIARCLIFF NURSING HOME, INC., INTEGRATED HEALTH GROUP, INC., SPRING CREEK OF IHS, INC., FIRELANDS OF IHS, INC., ELM CREEK OF IHS, INC., and IHS LONG TERM CARE SERVICES, INC., <br><br> Plaintiffs-Counterclaim Defendants, <br><br> v. <br><br> THCI COMPANY LLC, <br><br> Defendant, <br><br> v. <br><br> ABE BRIARWOOD CORPORATION and JOHN DOES 1-10, <br><br> Additional Counterclaim Defendants. | Civil Action No. 04-910 (GMS) |

## STIPULATED BRIEFING SCHEDULE

Plaintiffs and Defendant THCI Company LLC ("THCI") hereby stipulate as follows, subject to approval of the Court:

1.   The motions discussed with the Court during the March 29, 2006 teleconference shall be briefed according to the following schedule:

- Plaintiffs' Opening Brief in Support of Their Motion:        March 30, 2006

DM3\351818.1

- THCI's Opening Brief in Support of Its Motion:     April 3, 2006
- Answering Briefs on both Motions:     April 12, 2006
- Reply Briefs on both Motions:     April 21, 2006.

2.    Plaintiffs withdraw their pending motion for partial summary judgment (Docket No. 70) without prejudice to their right to re-file.

3.    THCI withdraws its pending cross-motion for partial summary judgment (Docket No. 75) without prejudice to its right to re-file.

| DUANE MORRIS LLP | CONNOLLY BOVE LODGE & HUTZ LLP |
|---|---|
| /s/ Michael Lastowski | /s/ Collins J. Seitz, Jr. |
| Michael Lastowski (No. 3892) | Collins J. Seitz, Jr. (No. 2237) |
| Christopher M. Winter (No. 4163) | Kevin F. Brady (No. 2248) |
| 1100 North Market Street, Suite 1200 | 1007 North Orange Street |
| Wilmington, Delaware 19801-1246 | Wilmington, DE 19801 |
| Tel.: (302) 657-4900 | Tel: (302) 658-9141 |
| Fax: (302) 657-4901 | Fax: (302) 658-5614 |
| -and- | -and- |
| **TROUTMAN SANDERS LLP** | **PITNEY HARDIN LLP** |
| Amos Alter | David S. Sager |
| The Chrysler Building | Paul R. Marino |
| 405 Lexington Avenue | P.O. Box 1945 |
| New York, NY 10174 | Morristown, NJ 07962 |
| Tel: (212) 704-6000 | Tel: (973) 966-6300 |
| Fax: (212) 704-6288 | Fax: (973) 966-1015 |
| *Attorneys for Plaintiffs* | *Attorneys for Defendant, THCI Company LLC* |
| Dated: March 30, 2006 | Dated: March 30, 2006 |

IT IS SO ORDERED this ____ day of _____, 2006.

_____
The Honorable Gregory M. Sleet