**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| INTEGRATED HEALTH SERVICES OF CLIFF MANOR, INC., INTEGRATED HEALTH SERVICES AT RIVERBEND, INTEGRATED HEALTH SERVICES AT SOMERSET VALLEY, INC., ALPINE MANOR, INC., BRIARCLIFF NURSING HOME, INC., INTEGRATED HEALTH GROUP, INC., SPRING CREEK OF IHS, INC., FIRELANDS OF IHS, INC., ELM CREEK OF IHS, INC., and IHS LONG TERM CARE SERVICES, INC., | ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 04-910 (GMS) |
| Plaintiffs, | ) ) |  |
| v. | ) ) |  |
| THCI COMPANY LLC, | ) ) |  |
| Defendant, | ) ) |  |
| v. | ) ) |  |
| ABE BRIARWOOD CORPORATION and JOHN DOES 1-10, | ) ) ) |  |
| Additional Counterclaim Defendants. | ) ) ) |  |

## JUDGMENT

**THIS MATTER** having been opened to the Court upon motion by defendant THCI

Company LLC ("THCI"), by its attorneys, Connolly Bove Lodge & Hutz LLP (Collins J. Seitz, Jr.,

Esq. appearing) for an Order granting partial summary judgment and evicting Integrated Health

Services of Cliff Manor, Inc., Integrated Health Services at Riverbend, Inc., Integrated Health

Services at Somerset Valley, Inc., Alpine Manor, Inc., Briarcliff Nursing Home, Inc., Integrated

Health Group, Inc., Spring Creek of IHS, Inc., Firelands of IHS, Inc., and Elm Creek of IHS, Inc.

(collectively, the "Nine Subsidiaries") and requiring them to vacate and surrender to THCI the nine

nursing home facilities currently occupied by the Nine Subsidiaries; and plaintiffs, by their attorneys

nursing home facilities currently occupied by the Nine Subsidiaries; and plaintiffs, by their attorneys

Duane Morris LLP (Michael Lastowski, Esq., appearing), having opposed the motion; and the Court

having considered the papers submitted and the argument of counsel; and there being no just reason

for delay; and  for good cause shown;

    **IT IS** on this  _____ day of _____, 2006,

    **ORDERED** that final judgment pursuant to Fed. R. Civ. P. 54(b) is granted in favor

of THCI and against the Nine Subsidiaries as follows:

    (a) THCI's motion for partial summary judgment and permanent

injunction is hereby granted in its entirety; and

    (b) the Nine Subsidiaries are evicted from and shall vacate and

surrender to THCI within thirty (30) days of the date of entry of this Order, in a manner and

providing such cooperation as is appropriate to the continuation of patient care, the nursing home

facilities located at the following addresses:

     (i) Alpine Manor, Inc.:  4144 Schaper Avenue, Erie,
       Pennsylvania;

     (ii) Integrated Health Group, Inc.:  890 Weatherwood Lane,
       Greensburg, Pennsylvania;

     (iii) Elm Creek of IHS, Inc.:  115 Elmwood Circle, West
       Carrolton, Ohio;

     (iv) Integrated Health Services of Riverbend, Inc.:  1194 Belsay
       Road, Grand Blanc, Michigan;

     (v) Firelands of IHS, Inc.:  204 West Main Street
       Route 162, New London, Ohio;

     (vi) Briarcliff Nursing Homes, Inc.:  850 N.W. 9th Street,
       Alabaster, Alabama;

(vii)   Integrated Health Services of Somerset Valley, Inc.: 1621 Route 22 West, Bound Brook, New Jersey;

(viii)  Spring Creek of IHS, Inc.: 5540 Charlesgate Road, Huber Heights, Ohio;

(ix)    Integrated Health Services of Cliff Manor, Inc.: 4700 Cliffview Drive, Kansas City, Missouri.


_____

Honorable Gregory M. Sleet, U.S.D.J.