## CERTIFICATE OF SERVICE

I, Collins J. Seitz, Jr., hereby certify that on the 3rd day of April, 2006 a true and correct copy of the Motion of THCI Company LLC for Partial Summary Judgment and Permanent Injunction was caused to be served by electronic mail on the attorney of record at the following address:

> Richard William Riley, Esquire
> Duane Morris LLP
> 1100 North Market Street
> Suite 1200
> Wilmington, DE 19801

_____
Collins J. Seitz, Jr. (Bar No. 2237)