## CERTIFICATE OF SERVICE

I, Collins J. Seitz, Jr., hereby certify that on the 3rd day of April, 2006 a true and correct copy of the Defendant's Brief in Support of Motion for Partial Summary Judgment and Permanent Injunction was caused to be served by electronic mail on the attorney of record at the following address:

Richard William Riley, Esquire
Duane Morris LLP
1100 North Market Street
Suite 1200
Wilmington, DE 19801

_____
Collins J. Seitz, Jr. (Bar No. 2237)