UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTEGRATED HEALTH SERVICES OF CLIFF MANOR, INC., INTEGRATED HEALTH SERVICES AT RIVERBEND, INTEGRATED HEALTH SERVICES AT SOMERSET VALLEY, INC., ALPINE MANOR, INC., BRIARCLIFF NURSING HOME, INC., INTEGRATED HEALTH GROUP, INC., SPRING CREEK OF IHS, INC., FIRELANDS OF IHS, INC., ELM CREEK OF IHS, INC., and IHS LONG TERM CARE SERVICES, INC., <br><br>Plaintiffs, <br><br>v. <br><br>THCI COMPANY LLC, <br><br>Defendant, <br><br>v. <br><br>ABE BRIARWOOD CORPORATION and JOHN DOES 1-10, <br><br>Additional Counterclaim Defendants. | Civil Action No. 04-910 (GMS) |

### NOTICE TO TAKE DEPOSITION OF A NON-PARTY

PLEASE TAKE NOTICE that defendant THCI Company LLC will take testimony by deposition, upon oral examination, before a person authorized by the laws of the State of Maryland to administer oaths, on April 26, 2006, commencing at 10:00 a.m. at the residence of Tony Avi Gilburt, 2801 Shadow Ridge Drive, Olney, Maryland 20832 and on any adjourned date thereof, and from day to day thereafter until completed, with respect to the subject matter of this action, at which time and place the deposition of Tony Avi Gilburt will be taken in accordance with

the attached Subpoena Duces Tecum. As counsel for Plaintiffs you are invited to attend and cross-examine.

PLEASE TAKE FURTHER NOTICE that, at the time and place aforesaid, Tony Avi Gilburt has been directed to produce each of the documents specified in the attached Subpoena Duces Tecum.

CONNOLLY BOVE LODGE & HUTZ LLP

*(signature)*

Collins J. Seitz, Jr. (Bar No. 2237)
Kevin F. Brady (Bar No. 2248)
1007 North Orange Street
Wilmington, DE 19801
Tel: (302) 658-9141
Fax: (302) 658-5614

*Attorneys for Defendant
THCI Company LLC*

OF COUNSEL:

David S. Sager
Paul R. Marino
PITNEY HARDIN LLP
P.O. Box 1945
Morristown, New Jersey 07962
Tel: (973) 966-6300
Fax: (973) 966-1015

DATED: April 4, 2006