**CERTIFICATE OF SERVICE**

I, Collins J. Seitz, Jr., hereby certify that on the 5th day of April, 2006 a true and correct copy of the Notice to Take Deposition of a Non-Party was caused to be served by electronic mail on the attorney of record at the following address:

Richard William Riley, Esquire
Duane Morris LLP
1100 North Market Street
Suite 1200
Wilmington, DE 19801

_____
Collins J. Seitz, Jr. (Bar No. 2237)