IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTEGRATED HEALTH SERVICES OF CLIFF MANOR, INC., INTEGRATED HEALTH SERVICES AT RIVERBEND, INTEGRATED HEALTH SERVICES AT SOMERSET VALLEY, INC., ALPINE MANOR, INC., BRIARCLIFF NURSING HOME, INC., SPRING CREEK OF IHS, INC., FIRELANDS OF IHS, INC., ELM CREEK OF IHS, INC., and IHS LONG TERM CARE SERVICES, INC.,<br><br>        Plaintiffs,<br><br>v.<br><br>THCI COMPANY LLC,<br><br>        Defendant,<br><br>v.<br><br>ABE BRIARWOOD CORPORATION and JOHN DOES 1-10,<br><br>        Additional Counterclaim Defendants, | Civil Action No. 04-910 |

## CERTIFICATE OF SERVICE

I, Richard W. Riley, certify that I am not less than 18 years of age, and that service of a copy each of **Plaintiffs' Reply Brief in Support of Motion to Remand** was made on April 21, 2006, upon the individuals on the attached Service List in the manner indicated.

DM3\357203.1

Under penalty of perjury, I declare that the foregoing is true and correct.

Dated: April 21, 2006
       Wilmington, Delaware

                                          Richard W. Riley (DE I.D. 4052)
                                          1100 North Market Street, Suite 1200
                                          Wilmington, DE 19801-1246
                                          Telephone:   (302) 657-4900
                                          Facsimile:    (302) 657-4901
                                          E-mail:       mlastowski@duanemorris.com

## SERVICE LIST

David Sager, Esquire
Pitney Hardin LLP
P.O. Box 1945
Morristown, NJ 07962
***Via Regular Mail***

Collins J. Seitz, Jr., Esquire
Connolly Bove Lodge & Hutz LLP
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19801
***Via Hand Delivery***

3

DM3\357203.1