## CERTIFICATE OF SERVICE

I certify that on April 21, 2006, copies of Defendant's Reply Brief in Support of Motion for Partial Summary Judgment and Permanent Injunction were served by Electronic Service to counsel of record as follows:

> Richard William Riley, Esquire
> Duane Morris LLP
> 1100 North Market Street
> Suite 1200
> Wilmington, DE 19801
>
> Amos Alter, Esquire
> Troutman Sanders LLP
> The Chrysler Building
> 405 Lexington Avenue
> New York, NY 10174

> _____
> Collins J. Seitz, Jr. (Bar No. 2237)
> Connolly Bove Lodge & Hutz LLP
> 1007 North Orange Street
> P.O. Box 2207
> Wilmington, DE 19899

Dated: April 21, 2006