**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| INTEGRATED HEALTH SERVICES OF CLIFF MANOR, INC., INTEGRATED HEALTH SERVICES AT RIVERBEND, INC. INTEGRATED HEALTH SERVICES AT SOMERSET VALLEY, INC., ALPINE MANOR, INC., BRIARCLIFF NURSING HOME, INC., INTEGRATED HEALTH GROUP, INC., SPRING CREEK OF IHS, INC., FIRELANDS OF IHS, INC., ELM CREEK OF IHS, INC., and IHS LONG TERM CARE SERVICES, INC., <br><br> Plaintiffs-Counterclaim Defendants, <br><br> v. <br><br> THCI COMPANY LLC, <br><br> Defendant, <br><br> v. <br><br> ABE BRIARWOOD CORPORATION and JOHN DOES 1-10, <br><br> Additional Counterclaim Defendants. | Civil Action No. 04-910 (GMS) |

**STIPULATED BRIEFING SCHEDULE**

In light of the number of motions currently pending and to afford counsel for THCI an opportunity to review briefing submitted by prior counsel, Plaintiffs and Defendant THCI Company LLC ("THCI") hereby stipulate that the time within which THCI may respond to

Plaintiffs' renewed motion for partial summary judgment (Docket No. 157) is extended to and including May 10, 2006.  The stipulated extension will not delay the proceedings.

| **DUANE MORRIS LLP** | **CONNOLLY BOVE LODGE & HUTZ LLP** |
|---|---|
| */s/ Michael Lastowski* | */s/ Collins J. Seitz, Jr.* |
| Michael Lastowski (No. 3892) | Collins J. Seitz, Jr. (No. 2237) |
| Christopher M. Winter (No. 4163) | Kevin F. Brady (No. 2248) |
| 1100 North Market Street, Suite 1200 | 1007 North Orange Street |
| Wilmington, Delaware 19801-1246 | Wilmington, DE 19801 |
| Tel.: (302) 657-4900 | Tel: (302) 658-9141 |
| Fax: (302) 657-4901 | Fax: (302) 658-5614 |
| -and- | -and- |
| **TROUTMAN SANDERS LLP** | **PITNEY HARDIN LLP** |
| Amos Alter | David S. Sager |
| The Chrysler Building | Paul R. Marino |
| 405 Lexington Avenue | P.O. Box 1945 |
| New York, NY 10174 | Morristown, NJ 07962 |
| Tel: (212) 704-6000 | Tel: (973) 966-6300 |
| Fax: (212) 704-6288 | Fax: (973) 966-1015 |
| *Attorneys for Plaintiffs* | *Attorneys for Defendant, THCI Company LLC* |
| Dated:  April 25, 2006 | Dated:  April 25, 2006 |

　　　　IT IS SO ORDERED this _____ day of _____, 2006.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　The Honorable Gregory M. Sleet