**CERTIFICATE OF SERVICE**

I, Collins J. Seitz, Jr., hereby certify that on the 25th day of April, 2006 a true and correct copy of the Notice to Take Deposition of a Non-Party was caused to be served by electronic mail on the attorney of record at the following address:

> Richard William Riley, Esquire
> Duane Morris LLP
> 1100 North Market Street
> Suite 1200
> Wilmington, DE 19801

    /s/ Collins J. Seitz, Jr.
    Collins J. Seitz, Jr. (Bar No. 2237)