IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| INTEGRATED HEALTH SERVICES OF CLIFF MANOR, INC., INTEGRATED HEALTH SERVICES AT RIVERBEND, INTEGRATED HEALTH SERVICES AT SOMERSET VALLEY, INC., ALPINE MANOR, INC., BRIARCLIFF NURSING HOME, INC., INTEGRATED HEALTH GROUP, INC., SPRING CREEK OF IHS, INC., FIRELANDS OF IHS, INC., ELM CREEK OF IHS, INC., and IHS LONG TERM CARE SERVICES, INC., | ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | Civil Action No. 04-910 (GMS) |
| v. | ) ) | |
| THCI COMPANY LLC, | ) ) | |
| Defendant, | ) ) | |
| v. | ) ) | |
| ABE BRIARWOOD CORPORATION and JOHN DOES 1-10, | ) ) ) ) | |
| Additional Counterclaim Defendants. | ) ) ) | |

### NOTICE OF SERVICE OF SUBPOENA

PLEASE TAKE NOTICE that on April 20, 2006, Tri-State Health Investors, LLC, c/o National Corporate Research, R.A., 515 E. Park Avenue, Tallahassee, FL 32301, was served with the Subpoena as shown by the Return of Service attached as Exhibit A.

[Signature Page Follows]

                      */s/ Collins J. Seitz, Jr.*  
                      Collins J. Seitz, Jr. (Bar No. 2237)  
                      Kevin F. Brady (Bar No. 2248)  
                      Connolly Bove Lodge & Hutz LLP  
                      1007 North Orange Street  
                      P.O. Box 2207  
                      Wilmington, DE 19899  

Dated: May 4, 2006

## **CERTIFICATE OF SERVICE**

I certify that on May 4, 2006, copies of the foregoing Notice of Service of Subpoena were delivered by electronic service to counsel of record as follows:

>Richard William Riley, Esquire
>Duane Morris LLP
>1100 North Market Street
>Suite 1200
>Wilmington, DE 19801

>*/s/ Collins J. Seitz, Jr.*
>Collins J. Seitz, Jr. (Bar No. 2237)
>Connolly Bove Lodge & Hutz LLP
>1007 North Orange Street
>P.O. Box 2207
>Wilmington, DE 19899