# **EXHIBIT A**

## RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
## District of Florida

Case Number: 04-00910(GMS)

Plaintiff:
**Integrated Health Services of Cliff Manor, Inc., et. al.,**

vs.

Defendant:
**THCI Company LLC,**

For:
Collins J. Seitz, Jr.

Wilmington, DE 19801

Received by Judicial Process & Support, Inc. on the 20th day of April, 2006 at 10:00 am to be served on **Tri-State Health Investors, Llc c/o National Corporate Research, R.A., 515 E. Park Avenue, Tallahassee, FL 32301**.

I, J. Lee Vause, Jr., do hereby affirm that on the **20th day of April, 2006** at **12:30 pm, I:**

**CORPORATE - REGISTERED AGENT:** served by delivering a true copy of the **Subpoena and with Exhibits and a witness fee check in the amount of $45.00** with the date and hour of service endorsed thereon by me, to: **Trish Tadlock** as **Registered Agent** for **Tri-State Health Investors, Llc c/o National Corporate Research, R.A.**, and informed said person of the contents therein, in compliance with state statutes.

Under Penalties of Perjury, I declare I have read the foregoing document and the facts stated in it are true. NO NOTARY REQUIRED PURSUANT TO F.S. 92.525(2)

J. Lee Vause, Jr.
I.D. #81 2nd Circuit

**Judicial Process & Support, Inc.**
19 W. Flagler St.
Suite 312
Miami, FL 33130
(305) 347-3353
Our Job Serial Number: 2006003686
Ref: 06-4118

Copyright © 1992-2005 Database Services, Inc. - Process Server's Toolbox V5.9d