IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| INTEGRATED HEALTH SERVICES OF CLIFF MANOR, INC., INTEGRATED HEALTH SERVICES AT RIVERBEND, INTEGRATED HEALTH SERVICES AT SOMERSET VALLEY, INC., ALPINE MANOR, INC., BRIARCLIFF NURSING HOME, INC., INTEGRATED HEALTH GROUP, INC., SPRING CREEK OF IHS, INC., FIRELANDS OF IHS, INC., ELM CREEK OF IHS, INC., and IHS LONG TERM CARE SERVICES, INC., <br><br>        Plaintiffs, <br><br>        v. <br><br>THCI COMPANY LLC, <br><br>        Defendant, <br><br>        v. <br><br>ABE BRIARWOOD CORPORATION and JOHN DOES 1-10, <br><br>        Additional Counterclaim Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 04-910 (GMS) |

## NOTICE OF SERVICE OF SUBPOENA

PLEASE TAKE NOTICE that on May 9, 2006, Murray Forman, 405 Lexington Avenue, 39th Floor, New York, New York 10174-0002 was served with the Subpoena as shown by the Return of Service attached as Exhibit A.

[Signature Page Follows]

*/s/ Collins J. Seitz, Jr.*
Collins J. Seitz, Jr. (Bar No. 2237)
Kevin F. Brady (Bar No. 2248)
Connolly Bove Lodge & Hutz LLP
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899

Dated: May 10, 2006

## CERTIFICATE OF SERVICE

I certify that on May 10, 2006, copies of the foregoing Notice of Service of Subpoena were delivered by electronic service to counsel of record as follows:

>Richard William Riley, Esquire
>Duane Morris LLP
>1100 North Market Street
>Suite 1200
>Wilmington, DE 19801

>/s/ Collins J. Seitz, Jr.
>Collins J. Seitz, Jr. (Bar No. 2237)
>Connolly Bove Lodge & Hutz LLP
>1007 North Orange Street
>P.O. Box 2207
>Wilmington, DE 19899