IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTEGRATED HEALTH SERVICES OF CLIFF MANOR, INC., INTEGRATED HEALTH SERVICES AT RIVERBEND, INC. INTEGRATED HEALTH SERVICES AT SOMERSET VALLEY, INC., ALPINE MANOR, INC., BRIARCLIFF NURSING HOME, INC., INTEGRATED HEALTH GROUP, INC., SPRING CREEK OF IHS, INC., FIRELANDS OF IHS, INC., ELM CREEK OF IHS, INC., and IHS LONG TERM CARE SERVICES, INC., <br><br>　　　　Plaintiffs-Counterclaim Defendants, <br><br>v. <br><br>THCI COMPANY LLC, <br><br>　　　　Defendant, <br><br>v. <br><br>ABE BRIARWOOD CORPORATION and JOHN DOES 1-10, <br><br>　　　　Additional Counterclaim Defendants. | Civil Action No. 04-910 (GMS) |

**DEFENDANT THCI COMPANY LLC'S RENEWED CROSS-MOTION FOR PARTIAL SUMMARY JUDGMENT AND RESPONSE TO PLAINTIFFS' RENEWED MOTION FOR PARTIAL SUMMARY JUDGMENT PURSUANT TO FED. R. CIV. P. 56**

On May 31, 2005, Plaintiffs filed their motion for partial summary judgment and papers in support thereof (Docket Nos. 70, 71, 72, and 74) ("Plaintiffs' Motion"). On June 15, 2005, THCI Company LLC ("THCI") filed its opposition to Plaintiffs' Motion, cross-motion for partial summary judgment, and papers in support thereof (Docket No. 75) (the "Opposition and

Cross-Motion"). On June 22, 2005 Plaintiffs filed their reply and declaration in support of Plaintiffs' Motion (Docket Nos. 76 and 77). On June 29, 2005, THCI filed its reply in support of the Opposition and Cross-Motion (Docket No. 78). Plaintiffs' Motion and THCI's Opposition and Cross-Motion were withdrawn without prejudice by so-ordered stipulation entered on March 31, 2006 (Docket No. 147). On April 12, 2006 Plaintiffs renewed Plaintiffs' Motion and the papers filed in support thereof (Docket No. 157) ("Plaintiffs' Renewed Motion").

In response to Plaintiffs' Renewed Motion, THCI, by and through its undersigned counsel, hereby renews its Opposition and Cross-Motion (Docket No. 75), and all papers supporting that Opposition and Cross Motion (Docket Nos. 75 and 78), which are incorporated by reference herein.

                                        CONNOLLY BOVE LODGE & HUTZ LLP

                                        */s/ Collins J. Seitz, Jr.*

                                        Collins J. Seitz, Jr. (Bar No. 2237)
                                        Kevin F. Brady (Bar No. 2248)
                                        1007 North Orange Street
                                        Wilmington, DE 19801
                                        Tel: (302) 658-9141
                                        Fax: (302) 658-5614

                                        *Attorneys for Defendant*
                                        *THCI Company LLC*

OF COUNSEL:

David S. Sager
Paul R. Marino
PITNEY HARDIN LLP
P.O. Box 1945
Morristown, New Jersey 07962
Tel: (973) 966-6300
Fax: (973) 966-1015

DATED: May 10, 2006

## CERTIFICATE OF SERVICE

I certify that on May 10, 2006, copies of Defendant THCI Company LLC's Renewed Cross-Motion for Partial Summary Judgment and Response to Plaintiffs' Renewed Motion for Partial Summary Judgment Pursuant to Fed.R.Civ.P. 56 were served by LexisNexis File & Serve to counsel of record as follows:

>Richard William Riley, Esquire
>Duane Morris LLP
>1100 North Market Street
>Suite 1200
>Wilmington, DE 19801

>*/s/ Collins J. Seitz, Jr.*
>Collins J. Seitz, Jr. (Bar No. 2237)
>Connolly Bove Lodge & Hutz LLP
>1007 North Orange Street
>P.O. Box 2207
>Wilmington, DE 19899