

CONNOLLY BOVE LODGE & HUTZ LLP

ATTORNEYS AT LAW

The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington DE 19899
TEL (302) 658 9141
FAX (302) 658 5614

1990 M Street, NW, Suite 800
Washington DC 20036
TEL (202) 331 7111
FAX (202) 293 6229

Wells Fargo Center
South Tower, Suite 3150
355 South Grand Avenue
Los Angeles CA 90071
TEL (213) 787 2500
FAX (213) 687 0498

WEB www.cblh.com

Collins J. Seitz, Jr.
**TEL**       (302) 888-6278
**FAX**      (302) 255-4278
**EMAIL**   cseitz@cblh.com
**REPLY TO**   Wilmington Office

May 10, 2006

By Electronic Mail and Hand Delivery

Honorable Gregory M. Sleet
United States District Court
J. Caleb Boggs Federal Building
844 N. King Street - Room 4324
Wilmington, Delaware 19801

**Re:**    *Integrated Health Services v. THCI Company, LLC*
         *Civil Action No. 04-910 (GMS)*

Dear Judge Sleet:

On behalf of THCI Company LLC ("THCI"), enclosed please find a courtesy copy of THCI's response to Plaintiffs' Renewed Motion for Partial Summary Judgment (Docket No. 157). At Your Honor's request, the parties withdrew their respective motions for partial summary judgment as reflected in their stipulation dated March 30, 2006. Shortly thereafter, however, Plaintiffs renewed their motion (without leave), which does nothing except further burden the Court's docket. Although THCI has no choice but to file its enclosed response, we respectfully urge that Plaintiffs' renewed motion not impact or delay the Court's consideration of the more pressing and straightforward motions, including THCI's motion for an order directing Plaintiffs to relinquish control of nine nursing home facilities owned by THCI due to Plaintiffs' failure to pay any rent for the past year. (See Docket Nos. 149, 150, and 151).

The relief sought by THCI has become even more urgent in light of recent events. Plaintiffs recently sent checks to THCI in the amount of approximately $420,000 (Plaintiffs owe THCI more than $9 million), but Plaintiffs subsequently stopped payment on those checks. Moreover, Plaintiffs refuse to vacate the nine nursing home facilities despite their failure to pay rent or real estate taxes or to comply with any other obligations incident to their tenancy. THCI's pending

Honorable Gregory M. Sleet
May 10, 2006
Page 2

motion seeks to remedy this situation.  Although Plaintiffs' renewed motion can be decided in due course, it is unrelated to and should not delay resolution of more pressing issues.

Thank you for the Court's courtesies and consideration.

Respectfully,


/s/ Collins J. Seitz, Jr.

Collins J. Seitz, Jr.
(Bar No. 2237)

CJS,Jr./saj
Enclosure
cc:    Michael R. Lastowski, Esquire (w/enc.) (by electronic mail)
        Amos Alter, Esquire (w/enc.) (by electronic mail)
        David S. Sager, Esquire (w/enc.) (by electronic mail)
        (463915)