IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTEGRATED HEALTH SERVICES OF CLIFF MANOR, INC., INTEGRATED HEALTH SERVICES AT RIVERBEND, INTEGRATED HEALTH SERVICES AT SOMERSET VALLEY, INC., ALPINE MANOR, INC., BRIARCLIFF NURSING HOME, INC., SPRING CREEK OF IHS, INC., FIRELANDS OF IHS, INC., ELM CREEK OF IHS, INC., and IHS LONG TERM CARE SERVICES, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>THCI COMPANY LLC,<br><br>Defendant,<br><br>v.<br><br>ABE BRIARWOOD CORPORATION and JOHN DOES 1-10,<br><br>Additional Counterclaim Defendants, | Civil Action No. 04-910-GMS |

**NOTICE OF ENTRY OF APPEARANCE**

TO: **CLERK OF THE COURT**
**ALL COUNSEL LISTED ON ATTACHED CERTIFICATE OF SERVICE**

PLEASE ENTER the appearance of Daniel J. DeFranceschi and the firm Richards, Layton & Finger, P.A., in the above-captioned action as counsel to Plaintiffs Integrated Health Services of Cliff Manor, Inc., Integrated Health Services at Riverbend, Integrated Health Services at Somerset Valley, Inc., Alpine Manor, Inc., Briarcliff Nursing Home, Inc., Spring

RLF1-3014402-1

Creek of IHS, Inc., Firelands of IHS, Inc., Elm Creek of IHS, Inc., and IHS Long Term Care Services, Inc. and to Counterclaim Defendant Abe Briarwood Corporation.

Dated:  May 16, 2006
       Wilmington, Delaware

_____
Daniel J. DeFranceschi (DE Bar No. 2732)
Richards, Layton & Finger, P.A.
One Rodney Square
Wilmington, DE 19899
(302) 651-7700
Fax: (302) 651-7701
Email: defranceschi@rlf.com

*Counsel for Plaintiffs and Counterclaim*
*Defendant Abe Briarwood Corporation*