## CERTIFICATE OF SERVICE

I, Daniel J. DeFranceschi, hereby certify that on May 16, 2006, I electronically filed the foregoing Notice of Entry of Appearance with the Clerk of Court using CM/ECF.

I further certify that on May 16, 2006, the foregoing Notice of Entry of Appearance was sent to the following participants by First Class U.S. Mail:

Michael R. Lastowski
Richard W. Riley
Duane Morris, LLP
1100 North Market Street
Suite 1200
Wilmington, DE 19801-1246

Collins J. Seitz, Jr.
Kevin F. Brady
Connolly Bove Lodge & Hutz LLP
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19801

Amos Alter
Troutman Sanders LLP
The Chrysler Building
405 Lexington Avenue
New York, NY 10174

David S. Sager
Paul R. Marino
Pitney Hardin LLP
P.O. Box 1945
Morristown, NJ 07962

_____
Daniel J. DeFranceschi (#2732)
defranceschi@rlf.com