IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTEGRATED HEALTH SERVICES OF CLIFF MANOR, INC., INTEGRATED HEALTH SERVICES AT RIVERBEND, INTEGRATED HEALTH SERVICES AT SOMERSET VALLEY, INC., ALPINE MANOR, INC., BRIARCLIFF NURSING HOME, INC., SPRING CREEK OF IHS, INC., FIRELANDS OF IHS, INC., ELM CREEK OF IHS, INC., and IHS LONG TERM CARE SERVICES, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>THCI COMPANY LLC,<br><br>Defendant,<br><br>v.<br><br>ABE BRIARWOOD CORPORATION and JOHN DOES 1-10,<br><br>Additional Counterclaim Defendants, | Civil Action No. 04-910 (GLS)<br><br><br><br><br><br><br><br><br><br>Related to D.I. 76, 77, 157 and 166 |

**PLAINTIFFS' RENEWED REPLY MEMORANDUM IN SUPPORT OF RENEWED MOTION FOR PARTIAL SUMMARY JUDGMENT PURSUANT TO FED. R. CIV. P. 56**

Plaintiffs, and in particular Plaintiff IHS Long Term Care Services, Inc. (collectively, "Plaintiffs"), by and through their undersigned counsel, file this reply memorandum in opposition to Defendant THCI Company LLC's Renewed Cross-Motion for Partial Summary Judgment and Response to Plaintiffs' Renewed Motion for Partial Summary Judgment Pursuant to Fed. R. Civ. P. 56 filed on May 10, 2006 at Docket No. 166 and in further support of

Plaintiffs' Renewed Motion for Partial Summary Judgment Pursuant to Fed. R. Civ. P. 56 filed on April 12, 2006 at Docket No. 157. Plaintiffs hereby renew the Plaintiffs' Reply Memorandum of Law in Support of Motion for Partial Summary Judgment filed on June 22, 2005 at Docket No. 76 and accompanying Reply Declaration in Support of Partial Summary Judgment Motion filed on July 22, 2005 at Docket No. 77, which are incorporated herein as though fully set forth at length.

DATED: May 16, 2006

                        **DUANE MORRIS LLP**

*/s/*

Michael R. Lastowski (DE I.D. 3892)
Richard W. Riley (DE I.D. 4052)
1100 North Market Street, Suite 1200
Wilmington, DE 19801-1246
Telephone: (302) 657-4900
Facsimile: (302) 657-4901
E-mail:    mlastowski@duanemorris.com
             cmwinter@duanemorris.com

-and-

TROUTMAN SANDERS LLP
Amos Alter, Esquire
The Chrysler Building
405 Lexington Avenue
New York, NY 10174
Telephone:   (212) 704-6000
Facsimile:    (212) 704-6288
E-mail:       Amos.Alter@troutmansanders.com

*Attorneys for Plaintiff Integrated Health Services of Cliff Manor, Inc. et al. and Counterclaim Defendant Abe Briarwood Corp. and non-parties Leonard Grunstein and Rubin Schron*