IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTEGRATED HEALTH SERVICES OF CLIFF MANOR, INC., et al., | : <br> : <br> : |
| Plaintiffs, | : <br> : |
| v. | :     Civil Action No. 04-910-GMS |
| | : |
| THCI COMPANY, LLC, | : <br> : |
| Defendant. | : |

**ORDER**

At Wilmington this **17th** day of **May, 2006**.

IT IS ORDERED that as a result of discussions with counsel on Wednesday, May 17, 2006, further teleconferences are scheduled to enable the Court to more fully evaluate the parties prior negotiations, the status of the case, and the appropriateness of further mediation. A teleconference with Judge Thynge and **plaintiffs only** has been scheduled for **Tuesday, May 30, 2006 at 4:00 p.m. Eastern Time to be initiated by plaintiffs' counsel.** A teleconference with Judge Thynge and the **defense only** has been scheduled for **Wednesday, May 31, 2006 at 4:00 p.m. Eastern Time to be initiated by defense counsel.**

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE