IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTEGRATED HEALTH SERVICES OF CLIFF MANOR, INC., INTEGRATED HEALTH SERVICES AT RIVERBEND, INC. INTEGRATED HEALTH SERVICES AT SOMERSET VALLEY, INC., ALPINE MANOR, INC., BRIARCLIFF NURSING HOME, INC., INTEGRATED HEALTH GROUP, INC., SPRING CREEK OF IHS, INC., FIRELANDS OF IHS, INC., ELM CREEK OF IHS, INC., and IHS LONG TERM CARE SERVICES, INC., <br><br>Plaintiffs-Counterclaim Defendants, <br><br>v. <br><br>THCI COMPANY LLC, <br><br>Defendant, <br><br>v. <br><br>ABE BRIARWOOD CORPORATION and JOHN DOES 1-10, <br><br>Additional Counterclaim Defendants. | Civil Action No. 04-910 (GMS) |

**DEFENDANT THCI COMPANY LLC'S RENEWED
REPLY MEMORANDUM IN SUPPORT OF RENEWED
CROSS-MOTION FOR PARTIAL SUMMARY JUDGMENT**

THCI Company LLC ("THCI"), by and through its undersigned counsel, files this reply memorandum in further support of THCI's Renewed Cross-Motion for Partial Summary Judgment filed on May 10, 2006 (Docket No. 166). THCI hereby renews THCI's Reply Memorandum of Law in Further Support of the Cross-Motion for Partial Summary Judgment

filed on June 29, 2005 (Docket No. 78), which is incorporated by reference herein as though fully set forth at length.

                              CONNOLLY BOVE LODGE & HUTZ LLP

                              /s/ Collins J. Seitz, Jr.
                              Collins J. Seitz, Jr. (Bar No. 2237)
                              Kevin F. Brady (Bar No. 2248)
                              1007 North Orange Street
                              Wilmington, DE 19801
                              Tel: (302) 658-9141
                              Fax: (302) 658-5614

                              *Attorneys for Defendant*
                              *THCI Company LLC*

OF COUNSEL:

David S. Sager
Paul R. Marino
PITNEY HARDIN LLP
P.O. Box 1945
Morristown, New Jersey 07962
Tel: (973) 966-6300
Fax: (973) 966-1015

DATED: May 23, 2006

**CERTIFICATE OF SERVICE**

I, Collins J. Seitz, Jr., hereby certify that on the 23rd day of May, 2006 a true and correct copy of Defendant THCI Company LLC's Renewed Reply Memorandum in Support of Renewed Cross-Motion for Partial Summary Judgment was caused to be served by electronic mail on the attorney of record at the following address:

> Richard William Riley, Esquire
> Duane Morris LLP
> 1100 North Market Street
> Suite 1200
> Wilmington, DE 19801

_____
Collins J. Seitz, Jr. (Bar No. 2237)