# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTEGRATED HEALTH SERVICES OF CLIFF MANOR, INC., et al., : : : | |
| Plaintiffs, : | |
| v. : | Civil Action No. 04-910-GMS |
| THCI COMPANY, LLC, : : | |
| Defendant. : | |

## **ORDER**

At Wilmington this **6th** day of **June, 2006**.

IT IS ORDERED that based upon a joint teleconference with counsel and a teleconference with defense counsel, the Magistrate Judge will not be scheduling a mediation at this time.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE