IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTEGRATED HEALTH SERVICES OF CLIFF MANOR, INC., INTEGRATED HEALTH SERVICES AT RIVERBEND, INTEGRATED HEALTH SERVICES AT SOMERSET VALLEY, INC., ALPINE MANOR, INC., BRIARCLIFF NURSING HOME, INC., SPRING CREEK OF IHS, INC., FIRELANDS OF IHS, INC., ELM CREEK OF IHS, INC., and IHS LONG TERM CARE SERVICES, INC., <br><br>    Plaintiffs, <br><br> v. <br><br> THCI COMPANY LLC, <br><br>    Defendant, <br><br> v. <br><br> ABE BRIARWOOD CORPORATION and JOHN DOES 1-10, <br><br>    Additional Counterclaim Defendants, | Civil Action No. 04-910 |

**NOTICE OF SERVICE OF DISCOVERY REQUESTS**

Pursuant to Del. Dist. LR 5.4, I hereby certify that on June 15, 2006, **Plaintiffs' First Interrogatories and Plaintiffs' First Document Request** were served as indicated on the following:

> David Sager, Esquire
> Pitney Hardin LLP
> P.O. Box 1945
> Morristown, NJ 07962
> *Via Regular Mail*

DM3\371634.1

        Collins J. Seitz, Jr., Esquire
        Connolly Bove Lodge & Hutz LLP
        1007 North Orange Street
        P.O. Box 2207
        Wilmington, DE 19801
        *Via Hand-Delivery*

Dated: June 15, 2006          **DUANE MORRIS LLP**
      Wilmington, Delaware

                                          /s/ Michael R. Lastowski
                                    Michael R. Lastowski (DE I.D. 3892)
                                    Christopher M. Winter (DE I.D. 4163)
                                    1100 North Market Street, Suite 1200
                                    Wilmington, DE 19801
                                    Telephone:   (302) 657-4900
                                    Facsimile:    (302) 657-4901
                                    E-mail:        mlastowski@duanemorris.com

                                    *Attorneys for Plaintiff Integrated Health*
                                    *Services of Cliff Manor, Inc. et al. and*
                                    *Counterclaim Defendant Abe Briarwood Corp. and*
                                    *non-parties Leonard Grunstein and Rubin Schron*

DM3\371634.1