

**CONNOLLY BOVE LODGE & HUTZ LLP**
ATTORNEYS AT LAW

The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington DE 19899
TEL (302) 658 9141
FAX (302) 658 5614

Collins J. Seitz, Jr.
TEL       (302) 888-6278
FAX       (302) 255-4278
EMAIL     cseitz@cblh.com
REPLY TO  Wilmington Office

1990 M Street, NW, Suite 800
Washington DC 20036
TEL (202) 331 7111
FAX (202) 293 6229

Wells Fargo Center
South Tower, Suite 3150
355 South Grand Avenue
Los Angeles CA 90071
TEL (213) 787 2500
FAX (213) 687 0498

WEB www.cblh.com

June 27, 2006

**By E-File**

Honorable Gregory M. Sleet
United States District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street - Room 4324
Wilmington, Delaware 19801

Re:   *Integrated Health Services v. THCI Company, LLC*
      **Civil Action No. 04-910 (GMS)**

Dear Judge Sleet:

This firm represents THCI Company LLC ("THCI"). As Your Honor may recall from prior conferences in this matter, I had suggested a short hearing to address Plaintiffs' refusal to pay rent or to vacate nine nursing home facilities owned by THCI that is the subject of THCI's pending motion (Docket No. 149).

Briefing has now been completed on all outstanding motions. I believe that such a hearing likely will save valuable judicial resources in this case because, despite plaintiffs' attempts to complicate the record, the underlying issues are straightforward. Accordingly, and recognizing the Court's busy docket, I respectfully suggest that the Court schedule a hearing lasting no more than one hour.

Thank you for Your Honor's consideration.

Respectfully,

Collins J. Seitz, Jr.
(Bar No. 2237)

CJS,Jr./saj
cc:   Michael R. Lastowski, Esquire
      Amos Alter, Esquire
      David S. Sager, Esquire
      (473123)