IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| INTEGRATED HEALTH SERVICES OF CLIFF MANOR, INC., INTEGRATED HEALTH SERVICES AT RIVERBEND, INTEGRATED HEALTH SERVICES AT SOMERSET VALLEY, INC., ALPINE MANOR, INC., BRIARCLIFF NURSING HOME, INC., INTEGRATED HEALTH GROUP, INC., SPRING CREEK OF IHS, INC., FIRELANDS OF IHS, INC., ELM CREEK OF IHS, INC., and IHS LONG TERM CARE SERVICES, INC., | ) ) ) ) ) ) ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | Civil Action No. 04-910 (GMS) |
| v. | ) ) | |
| THCI COMPANY LLC, | ) ) | |
| Defendant, | ) ) | |
| v. | ) ) | |
| ABE BRIARWOOD CORPORATION and JOHN DOES 1-10, | ) ) ) ) | |
| Additional Counterclaim Defendants. | ) ) ) | |

### NOTICE OF SERVICE OF SUBPOENA

PLEASE TAKE NOTICE that on July 5, 2006, Uri Kaufman, 195 Broadway, Lawrence, New York, was served with the Subpoena as shown by the Return of Service attached as Exhibit A.

/s/ Collins J. Seitz, Jr.
Collins J. Seitz, Jr. (Bar No. 2237)
Kevin F. Brady (Bar No. 2248)
Connolly Bove Lodge & Hutz LLP
1007 North Orange Street, P.O. Box 2207
Wilmington, DE 19899
(302) 658-9141

Dated: July 6, 2006

## CERTIFICATE OF SERVICE

I certify that on July 6, 2006, copies of the foregoing Notice of Service of Subpoena were delivered by electronic service to counsel of record as follows:

        Richard William Riley, Esquire
        Duane Morris LLP
        1100 North Market Street
        Suite 1200
        Wilmington, DE 19801

        */s/ Collins J. Seitz, Jr.*
        Collins J. Seitz, Jr. (Bar No. 2237)
        Connolly Bove Lodge & Hutz LLP
        1007 North Orange Street
        P.O. Box 2207
        Wilmington, DE 19899