## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| INTEGRATED HEALTH SERVICES OF CLIFF MANOR, INC., INTEGRATED HEALTH SERVICES AT RIVERBEND, INTEGRATED HEALTH SERVICES AT SOMERSET VALLEY, INC., ALPINE MANOR, INC., BRIARCLIFF NURSING HOME, INC., INTEGRATED HEALTH GROUP, INC., SPRING CREEK OF IHS, INC., FIRELANDS OF IHS, INC., ELM CREEK OF IHS, INC., and IHS LONG TERM CARE SERVICES, INC., ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 04-910 (GMS) |
| Plaintiffs, ) ) |  |
| v. ) |  |
| THCI COMPANY LLC, ) ) |  |
| Defendant, ) ) |  |
| v. ) |  |
| ABE BRIARWOOD CORPORATION and JOHN DOES 1-10, ) ) ) |  |
| Additional Counterclaim Defendants. ) ) ) |  |

### NOTICE TO TAKE DEPOSITION OF A NON-PARTY

PLEASE TAKE NOTICE that defendant THCI Company LLC will take testimony by deposition, upon oral examination, before a person authorized by the laws of the State of New York to administer oaths, on July 31, 2006, commencing at 10:00 a.m. at the office of Pitney Hardin LLP, 7 Times Square, New York, NY 10036-7311 and on any adjourned date thereof, and from day to day thereafter until completed, with respect to the subject matter of this action, at which

time and place the deposition of Murray Forman will be taken in accordance with the attached

Subpoena Duces Tecum.  As counsel for Plaintiffs you are invited to attend and cross-examine.

       PLEASE TAKE FURTHER NOTICE that, on July 31, 2006 at the location above,

Murray Forman has been directed to produce each of the documents specified in the attached

Subpoena Duces Tecum.

CONNOLLY BOVE LODGE & HUTZ LLP

Collins J. Seitz, Jr. (Bar No. 2237)
Kevin F. Brady (Bar No. 2248)
1007 North Orange Street
Wilmington, DE 19801
Tel: (302) 658-9141
Fax: (302) 658-5614

*Attorneys for Defendant*
*THCI Company LLC*

OF COUNSEL:

David S. Sager
Paul R. Marino
PITNEY HARDIN LLP
P.O. Box 1945
Morristown, New Jersey  07962
Tel: (973) 966-6300
Fax: (973) 966-1015


DATED:  July 14, 2006

## CERTIFICATE OF SERVICE

I, Collins J. Seitz, Jr., hereby certify that on the 14th day of June, 2006 a true and correct copy of the Notice to Take Deposition of a Non-Party was caused to be served by electronic mail on the attorney of record at the following address:

Richard William Riley, Esquire
Duane Morris LLP
1100 North Market Street
Suite 1200
Wilmington, DE 19801

Collins J. Seitz, Jr. (Bar No. 2237)