# Duane Morris

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
LOS ANGELES
CHICAGO
HOUSTON
PHILADELPHIA
SAN DIEGO
SAN FRANCISCO
BOSTON
WASHINGTON, DC
LAS VEGAS
ATLANTA
MIAMI
PITTSBURGH
NEWARK
ALLENTOWN
WILMINGTON
HARRISBURG
PRINCETON
LAKE TAHOE

MICHAEL R. LASTOWSKI
DIRECT DIAL: 302.657.4942
E-MAIL: mlastowski@duanemorris.com

www.duanemorris.com

July 25, 2006

Via E-Filing

Hon. Gregory M. Sleet, U.S.D.J.
United States District Court
J. Caleb Boggs Federal Building
844 N. King Street - Room 4324
Wilmington, DE 19801

    Re:    Integrated Health v. THCI Co.: 04-910 (GMS)

Dear Judge Sleet:

    We are the attorneys for plaintiffs and additional counterclaim defendant Abe Briarwood Corporation (collectively, "Plaintiffs"). We have moments ago filed a motion to amend the Scheduling Order in this case (Docket No. 183), seeking *inter alia* to stay discovery proceedings until the motion for a remand to State court, currently under advisement, has been decided. Because that motion can and should also be construed as a motion for a protective order, we are requesting a conference with the Court for the motion, treating it as one for a protective order. Please treat our filed motion as our statement of the issues here involved for the conference. A copy of that motion, exhibits thereto omitted, accompanies this letter.

    This matter was discussed between out-of-State co-counsel in an attempt to resolve this without Court intervention, but that attempt was unsuccessful.

                      Respectfully yours,

                      Michael R. Lastowski

cc: (via e-mail)    Collins J. Seitz, Esq. (w/o encl.)
                      David S. Sager, Esq. (w/o encl.)
                      Aurora Cassirer, Esq. (w/o encl.)
                      Daniel J. DeFranceschi, Esq. (w/o encl.)