**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| INTEGRATED HEALTH SERVICES OF CLIFF MANOR, INC., INTEGRATED HEALTH SERVICES AT RIVERBEND, INTEGRATED HEALTH SERVICES AT SOMERSET VALLEY, INC., ALPINE MANOR, INC., BRIARCLIFF NURSING HOME, INC., INTEGRATED HEALTH GROUP, INC., SPRING CREEK OF IHS, INC., FIRELANDS OF IHS, INC., ELM CREEK OF IHS, INC., and IHS LONG TERM CARE SERVICES, INC., | Civil Action No. 04-910 (GMS) |
| Plaintiffs, | |
| v. | |
| THCI COMPANY LLC, | |
| Defendant, | |
| v. | |
| ABE BRIARWOOD CORPORATION and JOHN DOES 1-10, | |
| Additional Counterclaim Defendants. | |

**ORDER REQUIRING PLAINTIFFS TO VACATE NINE NURSING**
**HOME FACILITIES BY AUGUST 31, 2006**

THIS MATTER having been opened to the Court upon motion by defendant THCI Company LLC ("THCI"), by its attorneys, Connolly Bove Lodge & Hutz LLP (Collins J. Seitz, Jr., Esquire appearing), for an Order granting partial summary judgment and evicting Integrated Health Services of Cliff Manor, Inc., Integrated Health Services at Riverbend, Inc., Integrated Health Services at Somerset Valley, Inc., Alpine Manor, Inc., Briarcliff Nursing Home, Inc., Integrated Health Group, Inc., Spring Creek of IHS, Inc., Firelands of IHS, Inc., and Elm Creek of IHS, Inc. (collectively, the "Nine Subsidiaries") and requiring them to vacate and surrender to THCI the nine

nursing home facilities currently occupied by the Nine Subsidiaries; and plaintiffs, by their attorneys Duane Morris LLP (Michael Lastowski, Esquire appearing), having consented to vacate each of the nine facilities on August 31, 2006 by letter to the Court dated July 28, 2006; and there being no just reason for delay; and for good cause shown;

IT IS this _____ day of _____, 2006,

ORDERED that, in accordance with Federal Rule of Civil Procedure 54(b), THCI's motion for partial summary judgment and permanent injunction (Docket No. 149) is hereby granted in favor of THCI and against the Nine Subsidiaries; and it is further

ORDERED that on August 31, 2006, the Nine Subsidiaries shall vacate and surrender to THCI the following nursing home facilities and shall provide such cooperation as is appropriate to the continuation of patient care:

   (1)     Alpine Manor, Inc.
           4144 Schaper Avenue
           Erie, Pennsylvania;

   (2)     Integrated Health Group, Inc.
           890 Weatherwood Lane
           Greensburg, Pennsylvania;

   (3)     Elm Creek of IHS, Inc.
           115 Elmwood Circle
           West Carrolton, Ohio;

   (4)     Integrated Health Services of Riverbend, Inc.
           1194 Belsay Road
           Grand Blanc, Michigan;

   (5)     Firelands of IHS, Inc.
           204 West Main Street
           Route 162, New London, Ohio;

   (6)     Briarcliff Nursing Homes, Inc.
           850 N.W. 9th Street
           Alabaster, Alabama;

(7)     Integrated Health Services of Somerset Valley, Inc.
        1621 Route 22 West
        Bound Brook, New Jersey;

(8)     Spring Creek of IHS, Inc.
        5540 Charlesgate Road
        Huber Heights, Ohio;

(9)     Integrated Health Services of Cliff Manor, Inc.
        4700 Cliffview Drive
        Kansas City, Missouri.


_____
Honorable Gregory M. Sleet, U.S.D.J.