IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTEGRATED HEALTH SERVICES OF CLIFF MANOR, INC., a Delaware corporation, INTEGRATED HEALTH SERVICES AT RIVERBEND, INC., a Delaware Corporation, INTEGRATED HEALTH SERVICES AT SOMERSET VALLEY, INC., A Delaware corporation, ALPINE MANOR, INC., a Pennsylvania corporation, INTEGRATED HEALTH GROUP, INC., a Pennsylvania corporation, SPRING CREEK OF IHS, INC., a Pennsylvania corporation, FIRELANDS OF IHS, INC., a Pennsylvania corporation, ELM CREEK OF IHS, INC., a Pennsylvania corporation, IHS LONG TERM CARE SERVICES, INC., a Delaware corporation,<br><br>               Plaintiffs,<br><br>v.<br><br>THCI COMPANY LLC,<br><br>               Defendant,<br><br>ABE BRIARWOOD CORPORATION and JOHN DOES 1-10,<br><br>               Additional Counterclaim Defendants. | Civil Action No. 04-910 |

## **CONSENT ORDER**

Upon the subjoined consent of the parties,

IT IS this _____ day of August, 2006,

ORDERED, that effective at the end of the day on August 31, 2006, except as the parties may otherwise agree in writing, the respective plaintiffs shall be deemed to have

vacated, and defendant shall be deemed to have accepted possession of, the nine nursing home facilities covered by this proceeding; and from and after that date defendant shall be responsible for patient care and for the expenses of the nine facilities; and it is further

ORDERED, that plaintiffs are not obligated to turn over any of the cash or receivables associated with the facilities; and should defendant or its designees collect any such receivables, such monies shall be held in trust for the benefit of the respective plaintiffs, and the recipient shall transmit such funds to the appropriate plaintiff promptly on receipt.

_____
The Honorable Gregory M. Sleet
United States District Judge

CONSENTED TO:

_____August \_\_\_\_, 2006
Michael Lastowski (DE 3892)
Richard William Riley (DE 4052)
DUANE MORRIS LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801

Daniel J. DeFranceschi (DE 2732)
Jason M. Madron (DE 4431)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801

Amos Alter, Esq.
Aurora Cassirer, Esq.
TROUTMAN SANDERS LLP
The Chrysler Building
405 Lexington Avenue
New York, NY 10174

*Attorneys for Plaintiff and Additional Counterclaim Defendant Abe Briarwood Corporation*

_____ August ____, 2006
Collins J. Seitz, Jr. (DE 2237)
Kevin F. Brady (DE 2248)
CONNOLLY BOVE LODGE & HUTZ LLP
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19801

David S. Sage, Esq.
Paul R. Marino, Esq.
PITNEY HARDIN LLP
P.O. Box 1945
Morristown, NJ 07962

*Attorneys for Defendant*

3

RLF1-3045021-1