IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTEGRATED HEALTH SERVICES OF CLIFF MANOR, INC., a Delaware corporation, INTEGRATED HEALTH SERVICES AT RIVERBEND, INC., a Delaware Corporation, INTEGRATED HEALTH SERVICES AT SOMERSET VALLEY, INC., A Delaware corporation, ALPINE MANOR, INC., a Pennsylvania corporation, INTEGRATED HEALTH GROUP, INC., a Pennsylvania corporation, SPRING CREEK OF IHS, INC., a Pennsylvania corporation, FIRELANDS OF IHS, INC., a Pennsylvania corporation, ELM CREEK OF IHS, INC., a Pennsylvania corporation, IHS LONG TERM CARE SERVICES, INC., a Delaware corporation,<br><br>     Plaintiffs,<br><br>v.<br><br>THCI COMPANY LLC,<br><br>     Defendant,<br><br>ABE BRIARWOOD CORPORATION and JOHN DOES 1-10,<br><br>     Additional Counterclaim Defendants. | Civil Action No. 04-910 |

## CONSENT ORDER

Upon the subjoined consent of the parties,

IT IS this _____ day of August, 2006,

ORDERED, that effective at the end of the day on August 31, 2006, except as the parties may otherwise agree in writing, the respective plaintiffs shall be deemed to have

RLF1-3045022-1

vacated, and defendant shall be deemed to have accepted possession of, the nine nursing home facilities covered by this proceeding; and from and after that date defendant shall be responsible for patient care and for the expenses of the nine facilities; and it is further

ORDERED, that upon turning over the facilities, Plaintiffs shall turn over to defendant or its designees the cash on hand, and the receivables, which cash and receivables, and their proceeds, shall be held in trust for the purpose of paying the payroll and payables in existence as of the date of the turnover. When such obligations are paid in full, defendant or its designees may keep any balance.

_____
The Honorable Gregory M. Sleet
United States District Judge

CONSENTED TO:

_____August ___, 2006
Michael Lastowski (DE 3892)
Richard William Riley (DE 4052)
DUANE MORRIS LLP
1100 North Market Street, Suite 1200
Wilmington, DE  19801

Daniel J. DeFranceschi (DE 2732)
Jason M. Madron (DE 4431)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, DE  19801

Amos Alter, Esq.
Aurora Cassirer, Esq.
TROUTMAN SANDERS LLP
The Chrysler Building
405 Lexington Avenue
New York, NY  10174

*Attorneys for Plaintiff and Additional Counterclaim
Defendant Abe Briarwood Corporation*

_____August \_\_\_\_, 2006
Collins J. Seitz, Jr. (DE 2237)
Kevin F. Brady (DE 2248)
CONNOLLY BOVE LODGE & HUTZ LLP
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19801

David S. Sage, Esq.
Paul R. Marino, Esq.
PITNEY HARDIN LLP
P.O. Box 1945
Morristown, NJ 07962

*Attorneys for Defendant*

3