**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| INTEGRATED HEALTH SERVICES OF CLIFF MANOR, INC., INTEGRATED HEALTH SERVICES AT RIVERBEND, INTEGRATED HEALTH SERVICES AT SOMERSET VALLEY, INC., ALPINE MANOR, INC., BRIARCLIFF NURSING HOME, INC., INTEGRATED HEALTH GROUP, INC., SPRING CREEK OF IHS, INC., FIRELANDS OF IHS, INC., ELM CREEK OF IHS, INC., and IHS LONG TERM CARE SERVICES, INC., <br><br> Plaintiffs, <br><br> v. <br><br> THCI COMPANY LLC, <br><br> Defendant, <br><br> v. <br><br> ABE BRIARWOOD CORPORATION and JOHN DOES 1-10, <br><br> Additional Counterclaim Defendants. | Civil Action No. 04-910 (GMS) |

**DEFENDANT'S RESPONSE**
**TO PLAINTIFFS' MOTION TO AMEND SCHEDULING ORDER**

| | |
|---|---|
| OF COUNSEL: <br> PITNEY HARDIN LLP <br> David S. Sager <br> Paul R. Marino <br> P.O. Box 1945 <br> Morristown, NJ  07962-1945 <br> (973) 966-6300 | CONNOLLY BOVE LODGE & HUTZ LLP <br> Collins J. Seitz, Jr. (Bar No. 2237) <br> Kevin F. Brady (Bar No. 2248) <br> 1007 North Orange Street <br> Wilmington, DE 19801 <br> (302) 658-9141 |
| DATED:  August 8, 2006 | *Attorneys for Defendant* <br> *THCI Company LLC* |

THCI Company LLC ("THCI") submits this opposition to the Motion to Amend Scheduling Order filed by plaintiff IHS Long Term Care Services, Inc. ("LTC"), the nine other plaintiffs who are subsidiaries of LTC (the "Nine Subsidiaries"), and additional counterclaim defendant ABE Briarwood Corporation ("Briarwood" and collectively with LTC and the Nine Subsidiaries, "Plaintiffs").

During teleconferences on January 13, 2006, and February 28, 2006, the Court directed that discovery proceed in this case notwithstanding Plaintiffs' argument that such discovery was premature. *See* Docket Nos. 119 (1/13/06 Hearing Transcript at 17-18) and 139 (2/28/06 Hearing Transcript at 15). On February 28, 2006, the Court advised Plaintiffs that they should not raise discovery disputes with the court until "after a full meet-and-confer, or several, however many it takes to come to be sure that [the parties] are truly at an impasse." Docket No. 139 (2/28/06 Hearing Transcript at 19-20). The Court further advised Plaintiffs that if the parties were, in fact, at an impasse, Plaintiffs should call chambers and request a teleconference. *Id.* at 20. Finally, the Court advised Plaintiffs that they did not have "leave to freely file [discovery] motions." *Id.; see also* Honorable Gregory M. Sleet's Discovery Dispute Resolution Rule at www.ded.uscourts.gov/GMSdiscovery-1.htm.

Despite the Court's instruction, Plaintiffs immediately filed one discovery motion (Docket No. 133 – Motion to Quash) and now have filed a motion seeking to stay discovery. Plaintiffs have shown no regard for the Court's Rules, and their motion can and should be denied on that basis alone. To the extent the Court requires a substantive response to Plaintiffs' motion, THCI will file such a response at this Court's request in accordance with the Court's procedures.

## CONCLUSION

THCI respectfully requests that Plaintiffs' Motion to Amend Scheduling Order be denied.

                                                CONNOLLY BOVE LODGE & HUTZ LLP

                                                /s/ Collins J. Seitz, Jr.
                                                Collins J. Seitz, Jr. (Bar No. 2237)
                                                Kevin F. Brady (Bar No. 2248)
                                                1007 North Orange Street
                                                Wilmington, DE 19801
                                                Tel: (302) 658-9141
                                                Fax: (302) 658-5614

                                                *Attorneys for Defendant*
                                                *THCI Company LLC*

OF COUNSEL:

David S. Sager
Paul R. Marino
PITNEY HARDIN LLP
P.O. Box 1945
Morristown, New Jersey 07962
Tel: (973) 966-6300
Fax: (973) 966-1015


DATED: August 8, 2006

## CERTIFICATE OF SERVICE

I certify that on August 8, 2006, copies of THCI's Opposition to Plaintiffs' Motion to Amend Scheduling Order were delivered by electronic service to counsel of record as follows:

Richard William Riley, Esquire
Duane Morris LLP
100 North Market Street
Suite 1200
Wilmington, DE 19801

Daniel J. DeFranceschi, Esquire
Richards, Layton & Finger
One Rodney Square
920 North King Street
Wilmington, DE 19801

Aurora Cassirer, Esquire
Troutman Sanders LLP
The Chrysler Building
405 Lexington Avenue
New York, NY 10174

_____
Collins J. Seitz, Jr. (Bar No. 2237)
Connolly Bove Lodge & Hutz LLP
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899

Dated: August 8, 2006