**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| INTEGRATED HEALTH SERVICES OF CLIFF MANOR, INC., INTEGRATED HEALTH SERVICES AT RIVERBEND, INTEGRATED HEALTH SERVICES AT SOMERSET VALLEY, INC., ALPINE MANOR, INC., BRIARCLIFF NURSING HOME, INC., INTEGRATED HEALTH GROUP, INC., SPRING CREEK OF IHS, INC., FIRELANDS OF IHS, INC., ELM CREEK OF IHS, INC., and IHS LONG TERM CARE SERVICES, INC., | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| Plaintiffs, | ) Civil Action No. 04-910 (GMS) |
| v. | ) |
| THCI COMPANY LLC, | ) |
| Defendant, | ) |
| v. | ) |
| ABE BRIARWOOD CORPORATION and JOHN DOES 1-10, | ) |
| Additional Counterclaim Defendants. | ) |

**NOTICE OF SERVICE**

The undersigned certifies that copies of THCI Company LLC's Responses and Objections to Plaintiffs' First Interrogatories and First Document Request were served on August 9, 2006, by hand delivery to the following:

>Michael R. Lastowski, Esquire
>Christopher M. Winter, Esquire
>Richard William Riley, Esquire
>Duane Morris LLP
>1100 North Market Street
>Suite 1200
>Wilmington, DE 19801

                                    */s/ Kevin F. Brady*
                             Collins J. Seitz, Jr. (Bar No. 2237)
                             Kevin F. Brady (Bar No. 2248)
                             Connolly Bove Lodge & Hutz LLP
                             1007 North Orange Street
                             P.O. Box 2207
                             Wilmington, DE 19899

OF COUNSEL:

David S. Sager
Paul R. Marino
PITNEY HARDIN LLP
P.O. Box 1945
Morristown, New Jersey 07962
Tel: (973) 966-6300
Fax: (973) 966-1015


DATED: August 9, 2006

## **CERTIFICATE OF SERVICE**

I certify that on August 9, 2006, copies of the foregoing Notice of Service were delivered by hand delivery to counsel of record as follows:

>Michael R. Lastowski, Esquire
>Christopher M. Winter, Esquire
>Richard William Riley, Esquire
>Duane Morris LLP
>1100 North Market Street
>Suite 1200
>Wilmington, DE 19801

>    */s/ Kevin F. Brady*
>Kevin F. Brady (Bar No. 2248)
>Connolly Bove Lodge & Hutz LLP
>1007 North Orange Street
>P.O. Box 2207
>Wilmington, DE 19899