## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| INTEGRATED HEALTH SERVICES OF CLIFF MANOR, INC., INTEGRATED HEALTH SERVICES AT RIVERBEND, INTEGRATED HEALTH SERVICES AT SOMERSET VALLEY, INC., ALPINE MANOR, INC., BRIARCLIFF NURSING HOME, INC., INTEGRATED HEALTH GROUP, INC., SPRING CREEK OF IHS, INC., FIRELANDS OF IHS, INC., ELM CREEK OF IHS, INC., and IHS LONG TERM CARE SERVICES, INC., | ) ) ) ) ) ) ) ) ) ) ) |
|  Plaintiffs, | ) ) ) |
|  v. | ) ) |
| THCI COMPANY LLC, | ) ) |
|  Defendant, | ) ) ) |
|  v. | ) ) |
| ABE BRIARWOOD CORPORATION and JOHN DOES 1-10, | ) ) ) ) |
|  Additional Counterclaim Defendants. | ) ) ) ) |

Civil Action No. 04-910 (GMS)

## <u>NOTICE TO TAKE DEPOSITION OF A NON-PARTY</u>

PLEASE TAKE NOTICE that defendant THCI Company LLC will take testimony by deposition, upon oral examination, before a person authorized by the laws of the State of New York to administer oaths, on September 1, 2006, commencing at 10:00 a.m. at the office of Troutman Sanders LLP, The Chrysler Building, 405 Lexington Avenue, New York, NY 10174, and on any adjourned date thereof, and from day to day thereafter until completed, with respect to the subject matter of this action, at which time and place the deposition of Murray Forman will be taken

in accordance with the attached Subpoena Duces Tecum.  As counsel for Plaintiffs you are invited to attend and cross-examine.

CONNOLLY BOVE LODGE & HUTZ LLP

Collins J. Seitz, Jr. (Bar No. 2237)
Kevin F. Brady (Bar No. 2248)
1007 North Orange Street
Wilmington, DE 19801
Tel: (302) 658-9141
Fax: (302) 658-5614

*Attorneys for Defendant*
*THCI Company LLC*

OF COUNSEL:

David S. Sager
Paul R. Marino
PITNEY HARDIN LLP
P.O. Box 1945
Morristown, New Jersey  07962
Tel: (973) 966-6300
Fax: (973) 966-1015


DATED:  August 11, 2006

## CERTIFICATE OF SERVICE

I, Collins J. Seitz, Jr., hereby certify that on the 11th day of August, 2006 a true and correct copy of the Notice to Take Deposition of a Non-Party was caused to be served by electronic mail on the attorney of record at the following address:

> Richard William Riley, Esquire
> Duane Morris LLP
> 1100 North Market Street
> Suite 1200
> Wilmington, DE 19801
>
> Daniel J. DeFranceschi, Esquire
> Richards, Layton & Finger
> One Rodney Square
> 920 North King Street
> Wilmington, DE 19801

Collins J. Seitz, Jr. (Bar No. 2237)