IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTEGRATED HEALTH SERVICES OF CLIFF MANOR, INC., INTEGRATED HEALTH SERVICES AT RIVERBEND, INTEGRATED HEALTH SERVICES AT SOMERSET VALLEY, INC., ALPINE MANOR, INC., BRIARCLIFF NURSING HOME, INC., INTEGRATED HEALTH GROUP, SPRING CREEK OF IHS, INC., FIRELANDS OF IHS, INC., ELM CREEK OF IHS, INC., and IHS LONG TERM CARE SERVICES, INC., <br><br> Plaintiffs, <br><br> v. <br><br> THCI COMPANY LLC, <br><br> Defendant, <br><br> v. <br><br> ABE BRIARWOOD CORPORATION and JOHN DOES 1-10, <br><br> Additional Counterclaim Defendants, | Civil Action No. 04-910 (GMS) |

## CERTIFICATE OF SERVICE

I, Jason M. Madron, do hereby certify that on August 15, 2006 a copy of the foregoing **Plaintiffs' Reply on Its Motion to Amend Scheduling Order** was served on the parties on the attached list and in the manner indicated thereon.

Jason M. Madron (No. 4431)

RLF1-3048323-1

## Service List

**Via Hand Delivery:**

Michael R. Lastowski, Esq.
Richard W. Riley, Esq.
DUANE MORRIS, LLP
1100 N. Market Street, Suite 1200
Wilmington, DE 19801-1246

Collins J. Seitz, Jr., Esq.
Kevin F. Brady, Esq.
CONNOLLY BOVE LODGE & HUTZ LLP
1007 N. Orange Street
P.O. Box 2207
Wilmington, DE 19801

**Via First Class Mail:**

Amos Alter, Esq.
Aurora Cassirer, Esq.
TROUTMAN SANDERS LLP
The Chrysler Building
405 Lexington Avenue
New York, NY 10174

David S. Sage, Esq.
Paul R. Marino, Esq.
PITNEY HARDIN LLP
P.O. Box 1945
Morristown, NJ 07962