IN THE UNITED STATED DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| INTEGRATED HEALTH SERVICES OF, CLIFF MANOR, INC., et al., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 04-910 (GMS) |
| THCI, COMPANY LLC, | ) ) | |
| Defendant. | ) ) | |

## ORDER

WHEREAS, on July 25, 2006, the plaintiffs in the above-captioned action filed a Motion to Amend the Scheduling Order (D.I. 183);

WHEREAS, the motion requests a discovery suspension until the court's disposition of the plaintiffs' motion to remand the case to state court;

WHEREAS, the court previously had ordered the parties to proceed with discovery in the case, regardless of pending motions; and

WHEREAS, the court concludes that it is in the interest of justice to deny the plaintiffs' request to amend;

IT IS HEREBY ORDERED that:

1.  The plaintiffs' Motion to Amend the Scheduling Order (D.I. 183) is DENIED.

Dated: September 11 , 2006                     /s/ Gregory M. Sleet
                                               _____
                                               UNITED STATES DISTRICT JUDGE