**CONNOLLY BOVE LODGE & HUTZ LLP**
ATTORNEYS AT LAW

The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington DE 19899
TEL (302) 658 9141
FAX (302) 658 5614

1990 M Street, NW, Suite 800
Washington DC 20036
TEL (202) 331 7111
FAX (202) 293 6229

Wells Fargo Center
South Tower, Suite 3150
355 South Grand Avenue
Los Angeles CA 90071
TEL (213) 787 2500
FAX (213) 687 0498

WEB www.cblh.com

Collins J. Seitz, Jr.
TEL       (302) 888-6278
FAX      (302) 255-4278
EMAIL   cseitz@cblh.com
REPLY TO   Wilmington Office

September 19, 2006

BY ELECTRONIC FILING

Honorable Gregory M. Sleet, U.S.D.J.
United States District Court
J. Caleb Boggs Federal Building
844 N. King Street - Room 4324
Wilmington, Delaware 19801

Re: Integrated Health Services v. THCI Company, LLC
Civil Action No. 04-910 (GMS)

Dear Judge Sleet:

In anticipation of the discovery teleconference scheduled for September 21, 2006 at 10:00 a.m. in the above-captioned matter, the parties jointly submit the following items to be presented to the Court:

Defendant's Issues:

- Plaintiffs' refusal to disclose documents and instruction prohibiting testimony relating to the sale of Abe Briarwood Corporation;

- Plaintiffs' counsel's refusal to provide dates on which THCI may depose Murray Forman;

Plaintiffs' Issues:

- Defendant's failure, despite promises of production by several dates long past, to produce the documents it had agreed to produce in response to plaintiffs' Request for Production.

Honorable Gregory M. Sleet, U.S.D.J.
September 19, 2006
Page 2

- Extension of the discovery cutoff date to allow for completion of items noticed before the cutoff date, and a concomitant extension of the time to make substantive motions.

Thank you for Your Honor's consideration.

Respectfully,

Collins J. Seitz, Jr.
(Bar No. 2237)

CJS,Jr./saj
cc:   Clerk of the Court
      Michael R. Lastowski, Esquire (by electronic service)
      Aurora Cassirer, Esquire (by electronic service)
      David S. Sager, Esquire (by electronic service)