**CONNOLLY BOVE LODGE & HUTZ LLP**
ATTORNEYS AT LAW

The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington DE 19899
TEL (302) 658 9141
FAX (302) 658 5614

Collins J. Seitz, Jr.
TEL      (302) 888-6278
FAX      (302) 255-4278
EMAIL    cseitz@cblh.com
REPLY TO Wilmington Office

1990 M Street, NW, Suite 800
Washington DC 20036
TEL (202) 331 7111
FAX (202) 293 6229

Wells Fargo Center
South Tower, Suite 3150
355 South Grand Avenue
Los Angeles CA 90071
TEL (213) 787 2500
FAX (213) 687 0498

WEB www.cblh.com

September 27, 2006

**BY ELECTRONIC FILING
AND HAND DELIVERY**

Honorable Gregory M. Sleet, U.S.D.J.
United States District Court
J. Caleb Boggs Federal Building
844 N. King Street - Room 4324
Wilmington, Delaware 19801

  Re:  *Integrated Health Services v. THCI Company, LLC*
       Civil Action No. 04-910 (GMS)

Dear Judge Sleet:

  Counsel are pleased to report that the parties have settled this litigation according to the terms and conditions of the stipulation and order filed with this letter. We thank the Court for assisting the parties to resolve this litigation.

  If the Court has any questions, counsel are available to respond.

                              Respectfully,

                              *Collins J. Seitz, Jr.*
                              Collins J. Seitz, Jr.
                              (Bar No. 2237)

                              *Kevin F. Brady*
                              Bar No. 2248

CJS,Jr./saj
  cc:  Clerk of the Court
       Michael R. Lastowski, Esquire (by electronic service)
       Aurora Cassirer, Esquire (by electronic service)
       David S. Sager, Esquire (by electronic service)
       (490333)