IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTEGRATED HEALTH SERVICES OF CLIFF MANOR, INC., INTEGRATED HEALTH SERVICES AT RIVERBEND, INTEGRATED HEALTH SERVICES AT SOMERSET VALLEY, INC., ALPINE MANOR, INC., BRIARCLIFF NURSING HOME, INC., INTEGRATED HEALTH GROUP, INC., SPRING CREEK OF IHS, INC., FIRELANDS OF IHS, INC., ELM CREEK OF IHS, INC. and IHS LONG TERM CARE SERVICES, INC., | : : : : : : : : : : : : |
| Plaintiffs, | : : |
| v. | :  Civil Action No. 04-910 (GMS) : |
| THCI COMPANY LLC, | : : |
| Defendant, | : : |
| v. | : : |
| ABE BRIARWOOD CORPORATION and JOHN DOES 1-10, | : : : |
| Additional Counterclaim Defendants. | : : |

### SUBSTITUTION OF COUNSEL

PLEASE ENTER MY APPEARANCE on behalf of THCI Company LLC in the above captioned matter.

/s/ Lisa C. McLaughlin
LISA C. McLAUGHLIN, ESQUIRE (#3113)
PHILLIPS, GOLDMAN & SPENCE, P.A.
1200 North Broom Street
Wilmington, DE 19806
(302) 655-4200

PLEASE NOTE MY WITHDRAWAL as counsel for THCI Company LLC in the above captioned matter, substitute counsel having entered her appearance.

_/s/ Collins J. Seitz, Jr._
COLLINS J. SEITZ, JR., ESQUIRE (#2237)
CONNOLLY BOVE LODGE & HUTZ, LLP
The Nemours Building
1007 N. Orange Street
P.O. Box 2207
Wilmington, DE  19899
(302) 778-1200