## CERTIFICATE OF SERVICE

      I hereby that on March 28, 2007, copies of the attached Substitution of Counsel were served upon the following by electronic service and via regular first-class U.S. Mail:

Richard William Riley, Esquire
Duane Morris LLP
1100 North Market Street
Suite 1200
Wilmington, DE 19801

Daniel J. DeFranceschi, Esquire
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

_____
LISA C. McLAUGHLIN, ESQUIRE (#3113)