## CERTIFICATE OF SERVICE

I hereby that on March 28, 2007, copies of the attached Affidavit of Robert W. Heyert in Support of the Motion by THCI Company, LLC to Enforce the Stipulation and Order of Settlement and Dismissal were served upon the following by electronic service and via regular first-class U.S. Mail:

Richard William Riley, Esquire
Duane Morris LLP
1100 North Market Street
Suite 1200
Wilmington, DE 19801

Daniel J. DeFranceschi, Esquire
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

/s/ Lisa C. McLaughlin
_____
LISA C. McLAUGHLIN, ESQUIRE (#3113)