IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTEGRATED HEALTH SERVICES OF CLIFF MANOR, INC., INTEGRATED HEALTH SERVICES AT RIVERBEND, INTEGRATED HEALTH SERVICES AT SOMERSET VALLEY, INC., ALPINE MANOR, INC., BRIARCLIFF NURSING HOME, INC., INTEGRATED HEALTH GROUP, INC., SPRING CREEK OF IHS, INC., FIRELANDS OF IHS, INC., ELM CREEK OF IHS, INC. and IHS LONG TERM CARE SERVICES, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>THCI COMPANY LLC,<br><br>Defendant,<br><br>and,<br><br>ABE BRIARWOOD CORPORATION and JOHN DOES 1-10,<br><br>Additional Counterclaim Defendant. | Civil Action No.: 04-910 (GMS) |

**MOTION AND ORDER
FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of Joseph A. Dickson to represent Defendant THCI Company LLC in this matter.

Signed: _____
LISA C. McLAUGHLIN, ESQUIRE (#3113)
PHILLIPS, GOLDMAN & SPENCE, P.A.
1200 North Broom Street
Wilmington, DE 19806
(302) 655-4200
Attorneys for Defendant THCI Company LLC

Date:

1057018.2

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: _____    _____
                                  United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of <u>the State of New Jersey</u> and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

Date: March 7, 2007                Signed: _____
                                          Joseph A. Dickson, Esq.
                                          Wolff & Samson, PC
                                          One Boland Drive
                                          West Orange, New Jersey  07052

1057018 2

## CERTIFICATE OF SERVICE

I hereby that on March 29, 2007, copies of the attached Motion and Order *Pro Hac Vice* of Joseph A. Dickson, Esquire were served upon the following by electronic service and via regular first-class U.S. Mail:

Richard William Riley, Esquire
Duane Morris LLP
1100 North Market Street
Suite 1200
Wilmington, DE 19801

Daniel J. DeFranceschi, Esquire
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

Aurora Cassirer, Esqurie
Troutman Sanders, LLP
The Chrysler Building
405 Lexington Avenue
New York, NY 10174

_____
LISA C. McLAUGHLIN, ESQUIRE (#3113)