IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTEGRATED HEALTH SERVICES OF CLIFF MANOR, INC., INTEGRATED HEALTH SERVICES AT RIVERBEND, INTEGRATED HEALTH SERVICES AT SOMERSET VALLEY, INC., ALPINE MANOR, INC., BRIARCLIFF NURSING HOME, INC., INTEGRATED HEALTH GROUP, INC., SPRING CREEK OF IHS, INC., FIRELANDS OF IHS, INC., ELM CREEK OF IHS, INC. and IHS LONG TERM CARE SERVICES, INC., : : : : : : : : : : | |
| Plaintiffs, : | |
| v. : | Civil Action No. 04-910 (GMS) |
| THCI COMPANY LLC, : | |
| Defendant, : | |
| v. : | |
| ABE BRIARWOOD CORPORATION and JOHN DOES 1-10, : | |
| Additional Counterclaim Defendants. : | |

## AFFIDAVIT OF SERVICE

STATE OF DELAWARE   )
                                        )   SS:
NEW CASTLE COUNTY   )

I, Lisa C. McLaughlin, being duly sworn, deposes and says, under the penalty of perjury, that:

1. I am over the age of eighteen years and employed by Phillips, Goldman & Spence, P.A., 1200 North Broom Street, Wilmington, DE 19806.

2. I am not a party to the above-captioned proceedings

3. On March 29, 2007, I caused to be served via first class on Aurora Cassirer, Esquire, at Troutman Sanders LLP, The Chrysler Building, 405 Lexington Avenue, New York, NY 10174, true and correct copies of the following documents:

1. **Substitution of Counsel**

2. **Motion by THCI Co., LLC to Enforce the Stipulation and Order of Settlement and Dismissal.**

3. **Brief in Support of Motion to Enforce the Stipulation and Order of Settlement and Dismissal.**

4. **Affidavit of Robert W. Heyert in Support of the Motion by THCI Co., LLC to Enforce the Stipulation and Order of Settlement and Dismissal.**

_____
LISA C. McLAUGHLIN, ESQUIRE (#3113)

SWORN TO SUBSCRIBED before me on this 29th day of March, 2007

_____
NOTARY PUBLIC

My Commissions Expires: 1-10-10

TANYA L. BIRDSELL
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires Jan. 10, 2010