IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTEGRATED HEALTH SERVICES OF CLIFF MANOR, INC., INTEGRATED HEALTH SERVICES AT RIVERBEND, INTEGRATED HEALTH SERVICES AT SOMERSET VALLEY, INC., ALPINE MANOR, INC., BRIARCLIFF NURSING HOME, INC., INTEGRATED HEALTH GROUP, SPRING CREEK OF IHS, INC., FIRELANDS OF IHS, INC., ELM CREEK OF IHS, INC., and IHS LONG TERM CARE SERVICES, INC., <br><br> Plaintiffs, <br><br> v. <br><br> THCI COMPANY LLC, <br><br> Defendant, <br><br> v. <br><br> ABE BRIARWOOD CORPORATION and JOHN DOES 1-10, <br><br> Additional Counterclaim Defendants, | Civil Action No. 04-910 (GMS) |

### STIPULATION AND ORDER EXTENDING TIME FOR BRIEFING SCHEDULE ON MOTION BY THCI COMPANY, LLC TO ENFORCE THE STIPULATION AND ORDER OF SETTLEMENT AND DISMISSAL

The Parties hereby stipulate that Plaintiffs shall have an extension of time, through and including Friday, April 20, 2007, in which to file their answering brief in opposition to the *Motion by THCI Company, LLC to Enforce the Stipulation and Order of Settlement and*

RLF1-3137325-1

*Dismissal* [Docket No. 206], filed March 28, 2007.

| PHILLIPS, GOLDMAN & SPENCE, P.A. | RICHARDS, LAYTON & FINGER, P.A. |
|---|---|
| /s/ Lisa C. McLaughlin | /s/ Daniel J. DeFranceschi |
| Lisa C. McLaughlin (DE 3113) | Daniel J. DeFranceschi (DE 2732) |
| 1200 North Broom Street | Jason M. Madron (DE 4431) |
| Wilmington, DE 19801 | One Rodney Square |
| Telephone: (302) 655-4200 | 920 North King Street |
| Facsimile: (302) 655-4210 | Wilmington, DE 19801 |
|  | Telephone: (302) 651-7700 |
|  | Facsimile: (302) 657-7701 |

-and-

-and-

WOLFF & SAMSON PC
Catherine P Wells, Esquire
Drew Dickson, Esquire
Nancy A. Del Pizzo, Esquire
The Offices at Crystal Lake
One Boland Drive
West Orange, NJ 07052
Telephone: (973) 325-1500
Facsimile: (973) 325-1501

TROUTMAN SANDERS LLP
Amos Alter, Esquire
The Chrysler Building
405 Lexington Avenue
New York, NY 10174
Telephone: (212) 704-6000
Facsimile: (212) 704-6288

*Attorneys for Defendant THCI Company, LLC*

*Attorneys for Plaintiffs Integrated Health Services of Cliff Manor, Inc et al*

SO ORDERED this ___ day of April, 2007.

_____
The Honorable Gregory M. Sleet
United States District Court Judge