# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I, Jason M. Madron, hereby certify that on the 20th day of April, 2007, I electronically

filed the **Declaration in Opposition** with the Clerk of the Court using CM/ECF which will send

notifications of such filing to the following :

Amos Alter
amos.alter@troutmansanders.com

Kevin F. Brady
kbrady@cblh.com
kt@cblh.com
mwinchell@cblh.com

Daniel J. DeFranceschi
defranceschi@rlf.com
rbgroup@rlf.com

Michael R. Lastowski
mlastowski@duanemorris.com

Jason Michael Madron
madron@rlf.com
rbgroup@rlf.com

Lisa C. McLaughlin
lcm@pgslaw.com

Rachel B. Mersky
rmersky@monlaw.com

Richard William Riley
rwriley@duanemorris.com

David S. Sager
dsager@pitneyhardin.com

I, Jason M. Madron, hereby certify that on the 20th day of April, 2007, I sent via First

Class Mail (Non-Local) the **Declaration in Opposition** to the following participants:

**<u>Via First Class Mail</u>**

Catherine P. Wells
Drew Dickson
Nancy A. Del Pizzo
Wolff & Samson PC
The Offices at Crystal Lake
One Boland Drive
West Orange, NJ 07502

Amos Alter
Troutman Sanders LLP
The Chrysler Building
405 Lexington Avenue
New York, NY 10174

Jason M. Madron (No. 4431)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
Telephone: (302) 651-7700
Facsimile: (302) 651-7701
E-mail: <u>Madron@rlf.com</u>