File Number: 2006091201415
Date Filed: 09/11/2006 03:48 PM
Pedro A. Cortés
Secretary of the Commonwealth

# UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**A. NAME & PHONE OF CONTACT AT FILER [optional]**
Robert M. Hirsh, Esq.   (212) 484-3900

**B. SEND ACKNOWLEDGMENT TO:  (Name and Address)**

Corporation Service Company
Acct # 30044

Commonwealth of Pennsylvania
UCC1 Initial Filing 1 Page(s)

T0625563013

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1. DEBTOR'S EXACT FULL LEGAL NAME** - Insert only one debtor name (1a or 1b) - do not abbreviate or combine names

| | | | | |
|---|---|---|---|---|
| **1a. ORGANIZATION'S NAME** Alpine Manor, Inc., c/o National Corporate Research, Ltd. | | | | |
| OR **1b. INDIVIDUAL'S LAST NAME** | FIRST NAME | MIDDLE NAME | | SUFFIX |
| **1c. MAILING ADDRESS** 600 North 2nd Street | CITY Harrisburg | STATE PA | POSTAL CODE 17101 | COUNTRY USA |
| **1d. SEE INSTRUCTIONS** | **ADD'L INFO RE ORGANIZATION DEBTOR** | **1e. TYPE OF ORGANIZATION** Corporation | **1f. JURISDICTION OF ORGANIZATION** Pennsylvania | **1g. ORGANIZATIONAL ID #, if any** PA929062  ☐ NONE |

**2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - Insert only one debtor name (2a or 2b) - do not abbreviate or combine names

| | | | | |
|---|---|---|---|---|
| **2a. ORGANIZATION'S NAME** | | | | |
| OR **2b. INDIVIDUAL'S LAST NAME** | FIRST NAME | MIDDLE NAME | | SUFFIX |
| **2c. MAILING ADDRESS** | CITY | STATE | POSTAL CODE | COUNTRY |
| **2d. SEE INSTRUCTIONS** | **ADD'L INFO RE ORGANIZATION DEBTOR** | **2e. TYPE OF ORGANIZATION** | **2f. JURISDICTION OF ORGANIZATION** | **2g. ORGANIZATIONAL ID #, if any**  ☐ NONE |

**3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P)** - Insert only one secured party name (3a or 3b)

| | | | | |
|---|---|---|---|---|
| **3a. ORGANIZATION'S NAME** PharMerica, Inc. | | | | |
| OR **3b. INDIVIDUAL'S LAST NAME** | FIRST NAME | MIDDLE NAME | | SUFFIX |
| **3c. MAILING ADDRESS** 175 Kelsey Lane | CITY Tampa | STATE FL | POSTAL CODE 33619 | COUNTRY USA |

**4. This FINANCING STATEMENT covers the following collateral:**

Secured Party shall have a blanket lien on all unencumbered accounts receivable of the Debtor (Alpine Manor, Inc.).

**5. ALTERNATIVE DESIGNATION [if applicable]:** ☐ LESSEE/LESSOR  ☐ CONSIGNEE/CONSIGNOR  ☐ BAILEE/BAILOR  ☐ SELLER/BUYER  ☐ AG. LIEN  ☐ NON-UCC FILING

**6.** ☐ This FINANCING STATEMENT is to filed [for record] (or recorded) in the REAL ESTATE RECORDS. Attach Addendum [if applicable]  **7.** Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE] [optional]  ☐ All Debtors  ☐ Debtor 1  ☐ Debtor 2

**8. OPTIONAL FILER REFERENCE DATA**
372516-2

FILING OFFICE COPY— UCC FINANCING STATEMENT (FORM UCC1) (REV. 05/22/02)

American LegalNet, Inc.
www.USCourtForms.com

File Number: 2006091201201
Date Filed: 09/11/2006 03:48 PM
Pedro A. Cortés
Secretary of the Commonwealth

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]
Robert M. Hirsh, Esq.　(212) 484-3900

B. SEND ACKNOWLEDGMENT TO:　(Name and Address)

Corporation Service Company
Acct # 30044

Commonwealth of Pennsylvania
UCC1 Initial Filing 1 Page(s)

T0625563012

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

| 1a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| Briarcliff Nursing Home, Inc. | | | |

| OR 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 240 North 3rd Street | Harrisburg | PA | 17101 | USA |

| 1d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 1e. TYPE OF ORGANIZATION | 1f. JURISDICTION OF ORGANIZATION | 1g. ORGANIZATIONAL ID #, if any |
|---|---|---|---|---|
| | | Corporation | Pennsylvania | PA945606　☐ NONE |

2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (2a or 2b) - do not abbreviate or combine names

| 2a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| | | | |

| OR 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

| 2d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | 2g. ORGANIZATIONAL ID #, if any |
|---|---|---|---|---|
| | | | | ☐ NONE |

3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| PharMerica, Inc. | | | |

| OR 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 175 Kelsey Lane | Tampa | FL | 33619 | USA |

4. This FINANCING STATEMENT covers the following collateral:

Secured Party shall have a blanket lien on all unencumbered accounts receivable of the Debtor (Briarcliff Nursing Home, Inc.).

| 5. ALTERNATIVE DESIGNATION [if applicable]: | ☐ LESSEE/LESSOR | ☐ CONSIGNEE/CONSIGNOR | ☐ BAILEE/BAILOR | ☐ SELLER/BUYER | ☐ AG. LIEN | ☐ NON-UCC FILING |
|---|---|---|---|---|---|---|

| 6. ☐ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS. Attach Addendum [if applicable] | 7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) [optional] | ☐ All Debtors | ☐ Debtor 1 | ☐ Debtor 2 |
|---|---|---|---|---|

8. OPTIONAL FILER REFERENCE DATA
372516-1

FILING OFFICE COPY — UCC FINANCING STATEMENT (FORM UCC1) (REV. 05/22/02)

American LegalNet, Inc.
www.USCourtForms.com

File Number: 2006091201263
Date Filed: 09/11/2006 03:48 PM
Pedro A. Cortés
Secretary of the Commonwealth

# UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]
Robert M. Hirsh, Esq.     (212) 484-3900

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

Corporation Service Company
Acct # 30044

Commonwealth of Pennsylvania
UCC1 Initial Filing 1 Page(s)

T0625563017

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| Elm Creek of IHS, Inc., c/o National Corporate Research, Ltd. | | | | |
| OR | 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| | | | | |
| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 600 North 2nd Street | Harrisburg | PA | 17101 | USA |

| 1d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 1e. TYPE OF ORGANIZATION | 1f. JURISDICTION OF ORGANIZATION | 1g. ORGANIZATIONAL ID #, if any | |
|---|---|---|---|---|---|
| | | Corporation | Pennsylvania | PA1582135 | □ NONE |

2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (2a or 2b) - do not abbreviate or combine names

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| | | | | |
| OR | 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| | | | | |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| | | | | |

| 2d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | 2g. ORGANIZATIONAL ID #, if any | |
|---|---|---|---|---|---|
| | | | | | □ NONE |

3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| PharMerica, Inc. | | | | |
| OR | 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| | | | | |
| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 175 Kelsey Lane | Tampa | FL | 33619 | USA |

4. This FINANCING STATEMENT covers the following collateral:

Secured Party shall have a blanket lien on all unencumbered accounts receivable of the Debtor (Elm Creek of IHS, Inc.).

| 5. ALTERNATIVE DESIGNATION [if applicable]: | □ LESSEE/LESSOR | □ CONSIGNEE/CONSIGNOR | □ BAILEE/BAILOR | □ SELLER/BUYER | □ AG. LIEN | □ NON-UCC FILING |
|---|---|---|---|---|---|---|
| 6. □ THIS FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS. Attach Addendum [if applicable] | | 7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE] [optional] | | □ All Debtors | □ Debtor 1 | □ Debtor 2 |

8. OPTIONAL FILER REFERENCE DATA
372516-6

FILING OFFICE COPY— UCC FINANCING STATEMENT (FORM UCC1) (REV. 05/22/02)

American LegalNet, Inc.
www.USCourtForms.com

File Number: 2006091201249
Date Filed: 09/11/2006 03:48 PM
Pedro A. Cortés
Secretary of the Commonwealth

# UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**A. NAME & PHONE OF CONTACT AT FILER [optional]**
Robert M. Hirsh, Esq.     (212) 484-3900

**B. SEND ACKNOWLEDGMENT TO:   (Name and Address)**

Corporation Service Company
Acct # 30044

Commonwealth of Pennsylvania
UCC1 Initial Filing 1 Page(s)

T0625563016

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1. DEBTOR'S EXACT FULL LEGAL NAME** - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

| 1a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| Firelands of IHS, Inc., c/o National Corporate Research, Ltd. | | | |
| OR 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| | | | |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 600 North 2nd Street | Harrisburg | PA | 17101 | USA |

| 1d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 1e. TYPE OF ORGANIZATION | 1f. JURISDICTION OF ORGANIZATION | 1g. ORGANIZATIONAL ID #, if any | |
|---|---|---|---|---|---|
| | | Corporation | Pennsylvania | PA1582139 | ☐ NONE |

**2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - insert only one debtor name (2a or 2b) - do not abbreviate or combine names

| 2a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| | | | |
| OR 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| | | | |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

| 2d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | 2g. ORGANIZATIONAL ID #, if any | |
|---|---|---|---|---|---|
| | | | | | ☐ NONE |

**3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P)** - insert only one secured party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| PharMerica, Inc. | | | |
| OR 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| | | | |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 175 Kelsey Lane | Tampa | FL | 33619 | USA |

**4. This FINANCING STATEMENT covers the following collateral:**

Secured Party shall have a blanket lien on all unencumbered accounts receivable of the Debtor (Firelands of IHS, Inc.).

**5. ALTERNATIVE DESIGNATION [if applicable]:** ☐ LESSEE/LESSOR  ☐ CONSIGNEE/CONSIGNOR  ☐ BAILEE/BAILOR  ☐ SELLER/BUYER  ☐ AG. LIEN  ☐ NON-UCC FILING

**6.** ☐ This FINANCING STATEMENT is to filed [for record] (or recorded) in the REAL ESTATE RECORDS.  **7. Check to REQUEST SEARCH REPORT(S)** on Debtor(s)  ☐ All Debtors  ☐ Debtor 1  ☐ Debtor 2

**8. OPTIONAL FILER REFERENCE DATA**

372516-5

American LegalNet, Inc.
www.USCourtForms.com

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**A. NAME & PHONE OF CONTACT AT FILER [optional]**
Robert M. Hirsh, Esq.    (212) 484-3900

**B. SEND ACKNOWLEDGMENT TO:** (Name and Address)

Arent Fox PLLC
1675 Broadway
New York, New York 10019

DELAWARE DEPARTMENT OF STATE
U.C.C. FILING SECTION
FILED 05:06 PM 09/05/2006
INITIAL FILING NUM: 6308050 4
AMENDMENT NUMBER: 0000000
SRV: 060821290

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1. DEBTOR'S EXACT FULL LEGAL NAME** - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

| | | | | |
|---|---|---|---|---|
| **1a. ORGANIZATION'S NAME** Heart of Georgia NRC, LLC | | | | |
| **1b. INDIVIDUAL'S LAST NAME** | FIRST NAME | | MIDDLE NAME | SUFFIX |
| **1c. MAILING ADDRESS** 815 Legion Drive | CITY Eastman | STATE GA | POSTAL CODE 31023 | COUNTRY USA |
| **1d. SEE INSTRUCTIONS** ADD'L INFO RE ORGANIZATION DEBTOR | **1e. TYPE OF ORGANIZATION** LLC | **1f. JURISDICTION OF ORGANIZATION** DE | **1g. ORGANIZATIONAL ID #, if any** DE3691951 | ☐ NONE |

**2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - insert only one debtor name (2a or 2b) - do not abbreviate or combine names

| | | | | |
|---|---|---|---|---|
| **2a. ORGANIZATION'S NAME** | | | | |
| **2b. INDIVIDUAL'S LAST NAME** | FIRST NAME | | MIDDLE NAME | SUFFIX |
| **2c. MAILING ADDRESS** | CITY | STATE | POSTAL CODE | COUNTRY |
| **2d. SEE INSTRUCTIONS** ADD'L INFO RE ORGANIZATION DEBTOR | **2e. TYPE OF ORGANIZATION** | **2f. JURISDICTION OF ORGANIZATION** | **2g. ORGANIZATIONAL ID #, if any** | ☐ NONE |

**3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P)** - insert only one secured party name (3a or 3b)

| | | | | |
|---|---|---|---|---|
| **3a. ORGANIZATION'S NAME** PharMerica, Inc. | | | | |
| **3b. INDIVIDUAL'S LAST NAME** | FIRST NAME | | MIDDLE NAME | SUFFIX |
| **3c. MAILING ADDRESS** 175 Kelsey Lane | CITY Tampa | STATE FL | POSTAL CODE 33619 | COUNTRY USA |

**4. This FINANCING STATEMENT covers the following collateral:**

Secured Party shall have a blanket lien on all unencumbered accounts receivable of the Debtor (Heart of Georgia NRC, LLC).

**5. ALTERNATIVE DESIGNATION** [if applicable]: ☐ LESSEE/LESSOR  ☐ CONSIGNEE/CONSIGNOR  ☐ BAILEE/BAILOR  ☐ SELLER/BUYER  ☐ AG. LIEN  ☐ NON-UCC FILING
**6.** ☐ THIS FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS. Attach Addendum [if applicable]  **7. Check to REQUEST SEARCH REPORT(S) on Debtor(s)** [ADDITIONAL FEE] [optional] ☐ All Debtors ☐ Debtor 1 ☐ Debtor 2
**8. OPTIONAL FILER REFERENCE DATA**

American LegalNet, Inc.
www.USCourtForms.com

FILING OFFICE COPY— UCC FINANCING STATEMENT (FORM UCC1) (REV. 05/22/02)

354614-009

File Number: 2006091201299
Date Filed: 09/11/2006 03:48 PM
Pedro A. Cortés
Secretary of the Commonwealth

# UCC FINANCING STATEMENT
**FOLLOW INSTRUCTIONS (front and back) CAREFULLY**

**A. NAME & PHONE OF CONTACT AT FILER [optional]**
Robert M. Hirsh, Esq.     (212) 484-3900

**B. SEND ACKNOWLEDGMENT TO:** (Name and Address)

Corporation Service Company
Acct # 30044

Commonwealth of Pennsylvania
UCC1 Initial Filing 1 Page(s)

T0625563014

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1. DEBTOR'S EXACT FULL LEGAL NAME** - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| Integrated Health of Locust Valley Road, Inc., c/o National Corporate Research, Ltd. | | | | |
| OR | 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| | | | | |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 600 North 2nd Street | Harrisburg | PA | 17101 | USA |

| 1d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 1e. TYPE OF ORGANIZATION | 1f. JURISDICTION OF ORGANIZATION | 1g. ORGANIZATIONAL ID #, if any |
|---|---|---|---|---|
| | | Corporation | Pennsylvania | PA1056926 ☐ NONE |

**2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - insert only one debtor name (2a or 2b) - do not abbreviate or combine names

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| | | | | |
| OR | 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| | | | | |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

| 2d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | 2g. ORGANIZATIONAL ID #, if any |
|---|---|---|---|---|
| | | | | ☐ NONE |

**3. SECURED PARTY'S NAME** (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| PharMerica, Inc. | | | | |
| OR | 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| | | | | |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 175 Kelsey Lane | Tampa | FL | 33619 | USA |

**4. This FINANCING STATEMENT covers the following collateral:**

Secured Party shall have a blanket lien on all unencumbered accounts receivable of the Debtor (Integrated Health of Locust Valley Road, Inc.).

**5. ALTERNATIVE DESIGNATION [if applicable]:** ☐ LESSEE/LESSOR ☐ CONSIGNEE/CONSIGNOR ☐ BAILEE/BAILOR ☐ SELLER/BUYER ☐ AG. LIEN ☐ NON-UCC FILING

**6.** ☐ THIS FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS. Attach Addendum [if applicable] **7. Check to REQUEST SEARCH REPORT(S) on Debtor(s)** [optional] ☐ All Debtors ☐ Debtor 1 ☐ Debtor 2

**8. OPTIONAL FILER REFERENCE DATA**
372516-3

American LegalNet, Inc.
www.USCourtForms.com

FILING OFFICE COPY— UCC FINANCING STATEMENT (FORM UCC1) (REV. 05/22/02)

# STATE OF FLORIDA UNIFORM COMMERCIAL CODE FINANCING STATEMENT FORM

**A. NAME & DAYTIME PHONE NUMBER OF CONTACT PERSON**
Robert M. Hirsh, Esq.     (212) 484-3900

**B. SEND ACKNOWLEDGEMENT TO:**

Name         Arent Fox PLLC

Address      1675 Broadway

Address

City/State/Zip   New York, New York 10019

*DELAWARE DEPARTMENT OF STATE*
*U.C.C. FILING SECTION*
*FILED 05:07 PM 09/05/2006*
*INITIAL FILING NUM: 6308052 0*
*AMENDMENT    NUMBER: 0000000*
*SRV: 060821303*

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1. DEBTOR'S EXACT FULL LEGAL NAME – INSERT ONLY ONE DEBTOR NAME (1a OR 1b) – Do Not Abbreviate Combine or Combine Names**

| 1a. ORGANIZATION'S NAME  Tri-State Healthcare of Kansas City, LLC | | | | |
|---|---|---|---|---|
| 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | | MIDDLE NAME | SUFFIX |
| 1c. MAILING ADDRESS 4700 Cliffview Drive | CITY Kansas City | | STATE MO | POSTAL CODE 64150 | COUNTRY USA |
| 1d. TAX ID# 010795207 | REQUIRED ADD'L INFO RE: ORGANIZATION DEBTOR | 1e. TYPE OF ORGANIZATION LLC | 1f. JURISDICTION OF ORGANIZATION Florida | 1g. ORGANIZATIONAL ID# L03000031114 ☐ NONE |

**2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME – INSERT ONLY ONE DEBTOR NAME (2a OR 2b) – Do Not Abbreviate or Combine Names**

| 2a. ORGANIZATION'S NAME  Integrated Health Services of Cliff Manor, Inc. | | | | |
|---|---|---|---|---|
| 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | | MIDDLE NAME | SUFFIX |
| 2c. MAILING ADDRESS 4700 Cliffview Drive | CITY Kansas City | | STATE MO | POSTAL CODE 64150 | COUNTRY USA |
| 2d. TAX ID# | REQUIRED ADD'L INFO RE: ORGANIZATION DEBTOR | 2e. TYPE OF ORGANIZATION Corporation | 2f. JURISDICTION OF ORGANIZATION Delaware | 2g. ORGANIZATIONAL ID# 2143706 ☐ NONE |

**3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) – INSERT ONLY ONE SECURED PARTY NAME (3a OR 3b)**

| 3a. ORGANIZATION'S NAME  PharMerica, Inc. | | | |
|---|---|---|---|
| 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| 3c. MAILING ADDRESS 175 Kelsey Lane | CITY Tampa | STATE FL | POSTAL CODE 33619 | COUNTRY USA |

**4. This FINANCING STATEMENT covers the following collateral:**

Secured Party shall have a blanket lien on all unencumbered accounts receivable of the Debtor(s) (Tri-State Healthcare of Kansas City, LLC and Integrated Health Services of Cliff Manor, Inc.).

| 5. ALTERNATE DESIGNATION (if applicable) | ☐ LESSEE/LESSOR | ☐ CONSIGNEE/CONSIGNOR | ☐ BAILEE/BAILOR |
|---|---|---|---|
| | ☐ AG. LIEN | ☐ NON-UCC FILING | ☐ SELLER/BUYER |

**6. Florida DOCUMENTARY STAMP TAX – YOU ARE REQUIRED TO CHECK EXACTLY ONE BOX**

☐ All documentary stamps due and payable or to become due and payable pursuant to s. 201.22 F.S., have been paid.

☒ Florida Documentary Stamp Tax is not required.

**7. OPTIONAL FILER REFERENCE DATA**

STANDARD FORM - FORM UCC-1 (REV.12/2001)        Filing Office Copy        Approved by the Secretary of State, State of Florida

2002 © American LegalNet, Inc.

35/1614-010

DELAWARE DEPARTMENT OF STATE
U.C.C. FILING SECTION
FILED 05:16 PM 09/05/2006
INITIAL FILING NUM: 6308069 4
AMENDMENT NUMBER: 0000000
SRV: 060821436

# STATE OF FLORIDA UNIFORM COMMERCIAL CODE FINANCING STATEMENT FORM

**A. NAME & DAYTIME PHONE NUMBER OF CONTACT PERSON**
Robert M. Hirsh, Esq.    (212) 484-3900

**B. SEND ACKNOWLEDGEMENT TO:**

Name        Arent Fox PLLC

Address      1675 Broadway

Address

City/State/Zip   New York, New York 10019

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1. DEBTOR'S EXACT FULL LEGAL NAME – INSERT ONLY ONE DEBTOR NAME (1a OR 1b) – Do Not Abbreviate Combine or Combine Names**

| 1a. ORGANIZATION'S NAME | Tri-State Healthcare of Grand Blanc, LLC | | | |
|---|---|---|---|---|
| 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | | MIDDLE NAME | SUFFIX |
| 1c. MAILING ADDRESS 11941 Belsay Road | CITY Grand Blanc | STATE MI | POSTAL CODE 48439 | COUNTRY USA |
| 1d. TAX ID# 010795211 | REQUIRED ADD'L INFO RE: ORGANIZATION DEBTOR | 1e. TYPE OF ORGANIZATION LLC | 1f. JURISDICTION OF ORGANIZATION Florida | 1g. ORGANIZATIONAL ID# L03000031113 ☐ NONE |

**2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME – INSERT ONLY ONE DEBTOR NAME (2a OR 2b) – Do Not Abbreviate or Combine Names**

| 2a. ORGANIZATION'S NAME | Integrated Health Services of Riverbend, Inc., c/o National Corporate Research, Ltd. | | | |
|---|---|---|---|---|
| 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | | MIDDLE NAME | SUFFIX |
| 2c. MAILING ADDRESS 712 Abbott Road | CITY East Lansing | STATE MI | POSTAL CODE 48823 | COUNTRY USA |
| 2d. TAX ID# | REQUIRED ADD'L INFO RE: ORGANIZATION DEBTOR | 2e. TYPE OF ORGANIZATION Corporation | 2f. JURISDICTION OF ORGANIZATION Delaware | 2g. ORGANIZATIONAL ID# 2144394 ☐ NONE |

**3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) – INSERT ONLY ONE SECURED PARTY NAME (3a OR 3b)**

| 3a. ORGANIZATION'S NAME | PharMerica, Inc. | | | |
|---|---|---|---|---|
| 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | | MIDDLE NAME | SUFFIX |
| 3c. MAILING ADDRESS 175 Kelsey Lane | CITY Tampa | STATE FL | POSTAL CODE 33619 | COUNTRY USA |

**4. This FINANCING STATEMENT covers the following collateral:**

Secured Party shall have a blanket lien on all unencumbered accounts receivable of the Debtor(s) (Tri-State Healthcare of Grand Blanc, LLC and Integrated Health Services of Riverbend, Inc.).

**5. ALTERNATE DESIGNATION (if applicable)**  ☐ LESSEE/LESSOR  ☐ CONSIGNEE/CONSIGNOR  ☐ BAILEE/BAILOR  ☐ AG. LIEN  ☐ NON-UCC FILING  ☐ SELLER/BUYER

**6. Florida DOCUMENTARY STAMP TAX – YOU ARE REQUIRED TO CHECK EXACTLY ONE BOX**

☐ All documentary stamps due and payable or to become due and payable pursuant to s. 201.22 F. S., have been paid.

☒ Florida Documentary Stamp Tax is not required.

**7. OPTIONAL FILER REFERENCE DATA**

STANDARD FORM - FORM UCC-1 (REV.12/2001)          Filing Office Copy          Approved by the Secretary of State, State of Florida

2002 © American LegalNet, Inc.

354/n14-011

## UCC FINANCING STATEMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**A. NAME & PHONE OF CONTACT AT FILER [optional]**
Robert M. Hirsh, Esq.    (212) 484-3900

**B. SEND ACKNOWLEDGMENT TO:** (Name and Address)

Arent Fox PLLC
1675 Broadway
New York, New York 10019

DELAWARE DEPARTMENT OF STATE
U.C.C. FILING SECTION
FILED 05:06 PM 09/05/2006
INITIAL FILING NUM: 6308048 8
AMENDMENT   NUMBER: 0000000
SRV: 060821281

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1. DEBTOR'S EXACT FULL LEGAL NAME** - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| Macon Manor NRC, LLC | | | | |
| OR 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | | MIDDLE NAME | SUFFIX |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 4373 Houston Avenue | Macon | GA | 31206 | USA |

| 1d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 1e. TYPE OF ORGANIZATION | 1f. JURISDICTION OF ORGANIZATION | 1g. ORGANIZATIONAL ID #, if any | |
|---|---|---|---|---|---|
| | | LLC | DE | DE3691950 | ☐ NONE |

**2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - insert only one debtor name (2a or 2b) - do not abbreviate or combine names

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| | | | | |
| OR 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | | MIDDLE NAME | SUFFIX |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

| 2d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | 2g. ORGANIZATIONAL ID #, if any | |
|---|---|---|---|---|---|
| | | | | | ☐ NONE |

**3. SECURED PARTY'S NAME** (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| PharMerica, Inc. | | | | |
| OR 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | | MIDDLE NAME | SUFFIX |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 175 Kelsey Lane | Tampa | FL | 33619 | USA |

**4. This FINANCING STATEMENT covers the following collateral:**

Secured Party shall have a blanket lien on all unencumbered accounts receivable of the Debtor (Macon Manor NRC, LLC).

| 5. ALTERNATIVE DESIGNATION [if applicable]: | ☐ LESSEE/LESSOR | ☐ CONSIGNEE/CONSIGNOR | ☐ BAILEE/BAILOR | ☐ SELLER/BUYER | ☐ AG. LIEN | ☐ NON-UCC FILING |
|---|---|---|---|---|---|---|
| 6. ☐ THIS FINANCING STATEMENT is to be filed (for record) (or recorded) in the REAL ESTATE RECORDS. Attach Addendum | | 7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE] [optional] | | ☐ All Debtors | ☐ Debtor 1 | ☐ Debtor 2 |

**8. OPTIONAL FILER REFERENCE DATA**

American LegalNet, Inc.
www.USCourtForms.com

FILING OFFICE COPY— UCC FINANCING STATEMENT (FORM UCC1) (REV. 05/22/02)

354/614-028

CTY#   YEAR   UCC #
**0332006-06340**
Filed and Recorded Sep-07-2006 03:16pm

*Jay C. Stephenson*

Jay C. Stephenson
Clerk of Superior Court Cobb Cty. Ga.

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**A. NAME & PHONE OF CONTACT AT FILER [optional]**
Robert M. Hirsh, Esq.   (212) 484-3900

**B. SEND ACKNOWLEDGMENT TO:** (Name and Address)

David Holcomb
900 Old Roswell Lakes Pkwy Ste
310  Roswell, Ga 30076
678-795-1005

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1. DEBTOR'S EXACT FULL LEGAL NAME** - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| Peach Eighteen Properties, LLC | | | | |

| OR 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
|---|---|---|---|---|

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 801 Legion Drive | Eastman | GA | 31023 | USA |

| 1d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 1e. TYPE OF ORGANIZATION | 1f. JURISDICTION OF ORGANIZATION | 1g. ORGANIZATIONAL ID #, if any |
|---|---|---|---|---|
| | | LLC | GA | GA0343421   ☐ NONE |

**2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - insert only one debtor name (2a or 2b) - do not abbreviate or combine names

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|

| OR 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
|---|---|---|---|---|

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|

| 2d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | 2g. ORGANIZATIONAL ID #, if any |
|---|---|---|---|---|
| | | | | ☐ NONE |

**3. SECURED PARTY'S NAME** (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| PharMerica, Inc. | | | | |

| OR 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
|---|---|---|---|---|

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 175 Kelsey Lane | Tampa | FL | 33619 | USA |

**4. This FINANCING STATEMENT covers the following collateral:**

Secured Party shall have a blanket lien on all unencumbered accounts receivable of the Debtor (Peach Eighteen Properties, LLC).

| 5. ALTERNATIVE DESIGNATION [if applicable]: | ☐ LESSEE/LESSOR | ☐ CONSIGNEE/CONSIGNOR | ☐ BAILEE/BAILOR | ☐ SELLER/BUYER | ☐ AG. LIEN | ☐ NON-UCC FILING |
|---|---|---|---|---|---|---|
| 6. ☐ This FINANCING STATEMENT is to filed [for record] (or recorded) in the REAL ESTATE RECORDS. Attach Addendum [if applicable] | | 7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE] [optional] | | ☐ All Debtors | ☐ Debtor 1 | ☐ Debtor 2 |

**8. OPTIONAL FILER REFERENCE DATA**

FILING OFFICE COPY— UCC FINANCING STATEMENT (FORM UCC1) (REV. 05/22/02)

American LegalNet, Inc.
www.USCourtForms.com

3521614-007

**STATE OF FLORIDA UNIFORM COMMERCIAL CODE FINANCING STATEMENT FORM**

**A. NAME & DAYTIME PHONE NUMBER OF CONTACT PERSON**
Robert M. Hirsh, Esq.    (212) 484-3900

**B. SEND ACKNOWLEDGEMENT TO:**

CSC
P.O. Box 5828
Tallahassee, FL  32314
(800) 342-8086

**FLORIDA SECURED TRANSACTION REGISTRY**

# FILED

**2006 Sep 06 AM 12:00**

**\*\*\*\*  20060359475X  \*\*\*\***

**\*\*\*C \* 09060679833701-25.00\*\*\*25.00\*\*\***

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1. DEBTOR'S EXACT FULL LEGAL NAME – INSERT ONLY ONE DEBTOR NAME (1a OR 1b) – Do Not Abbreviate Combine or Combine Names**

| 1a. ORGANIZATION'S NAME  Peach Eighteen Properties, LLC | | | | |
|---|---|---|---|---|
| 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
| 1c. MAILING ADDRESS<br>1680 Michigan Avenue, Suite 736 | CITY<br>Miami Beach | STATE<br>FL | POSTAL CODE<br>33139 | COUNTRY<br>USA |
| 1d. TAX ID#<br>200168733 | REQUIRED ADD'L INFO<br>RE: ORGANIZATION<br>DEBTOR | 1e. TYPE OF ORGANIZATION<br>LLC | 1f. JURISDICTION OF ORGANIZATION<br>Florida | 1g. ORGANIZATIONAL ID#<br>L03000031462  ☐ NONE |

**2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME – INSERT ONLY ONE DEBTOR NAME (2a OR 2b) – Do Not Abbreviate or Combine Names**

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 2d. TAX ID# | REQUIRED ADD'L INFO<br>RE: ORGANIZATION<br>DEBTOR | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | 2g. ORGANIZATIONAL ID#<br>☐ NONE |

**3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) – INSERT ONLY ONE SECURED PARTY NAME (3a OR 3b)**

| 3a. ORGANIZATION'S NAME  PharMerica, Inc. | | | | |
|---|---|---|---|---|
| 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
| 3c. MAILING ADDRESS<br>175 Kelsey Lane | CITY<br>Tampa | STATE<br>FL | POSTAL CODE<br>33619 | COUNTRY<br>USA |

**4. This FINANCING STATEMENT covers the following collateral:**

Secured Party shall have a blanket lien on all unencumbered accounts receivable of the Debtor (Peach Eighteen Properties, LLC).

| 5. ALTERNATE DESIGNATION (if applicable) | ☐ LESSEE/LESSOR | ☐ CONSIGNEE/CONSIGNOR | ☐ BAILEE/BAILOR |
|---|---|---|---|
| | ☐ AG. LIEN | ☐ NON-UCC FILING | ☐ SELLER/BUYER |

**6. Florida DOCUMENTARY STAMP TAX – YOU ARE REQUIRED TO CHECK EXACTLY ONE BOX**

☐ All documentary stamps due and payable or to become due and payable pursuant to s. 201.22 F. S., have been paid.

☒ Florida Documentary Stamp Tax is not required.

**7. OPTIONAL FILER REFERENCE DATA**

STANDARD FORM - FORM UCC-1 (REV.12/2001)          Filing Office Copy          Approved by the Secretary of State, State of Florida

2002 © American LegalNet, Inc.

354614-007

File Number: 2006091201251
Date Filed: 09/11/2006 03:48 PM
Pedro A. Cortés
Secretary of the Commonwealth

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]
Robert M. Hirsh, Esq.    (212) 484-3900

B. SEND ACKNOWLEDGMENT TO:   (Name and Address)

Corporation Service Company
Acct # 30044

Commonwealth of Pennsylvania
UCC1 Initial Filing 1 Page(s)

T0625563015

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S EXACT FULL LEGAL NAME - Insert only one debtor name (1a or 1b) - do not abbreviate or combine names

| | | | | |
|---|---|---|---|---|
| 1a. ORGANIZATION'S NAME | | | | |
| Spring Creek of IHS, Inc., c/o National Corporate Research, Ltd. | | | | |
| OR 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 600 North 2nd Street | Harrisburg | PA | 17101 | USA |

| 1d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 1e. TYPE OF ORGANIZATION | 1f. JURISDICTION OF ORGANIZATION | 1g. ORGANIZATIONAL ID #, if any |
|---|---|---|---|---|
| | | Corporation | Pennsylvania | PA1582141   ☐ NONE |

2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - Insert only one debtor name (2a or 2b) - do not abbreviate or combine names

| | | | | |
|---|---|---|---|---|
| 2a. ORGANIZATION'S NAME | | | | |
| OR 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

| 2d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | 2g. ORGANIZATIONAL ID #, if any |
|---|---|---|---|---|
| | | | | ☐ NONE |

3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - Insert only one secured party name (3a or 3b)

| | | | | |
|---|---|---|---|---|
| 3a. ORGANIZATION'S NAME | | | | |
| PharMerica, Inc. | | | | |
| OR 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 175 Kelsey Lane | Tampa | FL | 33619 | USA |

4. This FINANCING STATEMENT covers the following collateral:

Secured Party shall have a blanket lien on all unencumbered accounts receivable of the Debtor (Spring Creek of IHS, Inc.).

| 5. ALTERNATIVE DESIGNATION [if applicable]: | ☐ LESSEE/LESSOR | ☐ CONSIGNEE/CONSIGNOR | ☐ BAILEE/BAILOR | ☐ SELLER/BUYER | ☐ AG. LIEN | ☐ NON-UCC FILING |
|---|---|---|---|---|---|---|

| 6. ☐ THIS FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS. Attach Addendum [if applicable] | 7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) ADDITIONAL FEE] [optional] | ☐ All Debtors | ☐ Debtor 1 | ☐ Debtor 2 |
|---|---|---|---|---|

8. OPTIONAL FILER REFERENCE DATA
372516-4

FILING OFFICE COPY— UCC FINANCING STATEMENT (FORM UCC1) (REV. 05/22/02)

American LegalNet, Inc.
www.USCourtForms.com

**STATE OF FLORIDA UNIFORM COMMERCIAL CODE FINANCING STATEMENT FORM**

A. NAME & DAYTIME PHONE NUMBER OF CONTACT PERSON
Robert M. Hirsh    (212) 484-3900

B. SEND ACKNOWLEDGEMENT TO:

Name    CSC
Addre    P.O. Box 5828
Addre    Tallahassee, FL  32314
City/St    (800) 342-8086

FLORIDA SECURED TRANSACTION REGISTRY

# FILED
## 2006 Sep 01 AM 12:00
**\*\*\*\*  200603569356  \*\*\*\***

\*\*\*C \* 09010679670101-25.00\*\*\*25.00\*\*\*
\*\*\*C \* 09010679670102-3.00\*\*\*3.00\*\*\*

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

---

**1. DEBTOR'S EXACT FULL LEGAL NAME – INSERT ONLY ONE DEBTOR NAME (1a OR 1b) – Do Not Abbreviate Combine or Combine Names**

| 1a. ORGANIZATION'S NAME  Tri-State Healthcare of Alabaster, LLC | | | | |
|---|---|---|---|---|
| 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | | MIDDLE NAME | SUFFIX |
| 1c. MAILING ADDRESS 850 NW 9th Street | CITY Alabaster | STATE AL | POSTAL CODE 35007 | COUNTRY USA |
| 1d. TAX ID# 010795223 | REQUIRED ADD'L INFO RE: ORGANIZATION DEBTOR | 1e. TYPE OF ORGANIZATION LLC | 1f. JURISDICTION OF ORGANIZATION Florida | 1g. ORGANIZATIONAL ID# L03000031118 ☐ NONE |

**2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME – INSERT ONLY ONE DEBTOR NAME (2a OR 2b) – Do Not Abbreviate or Combine Names**

| 2a. ORGANIZATION'S NAME  Briarcliff Nursing Home, Inc. | | | | |
|---|---|---|---|---|
| 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | | MIDDLE NAME | SUFFIX |
| 2c. MAILING ADDRESS 240 North 3rd Street | CITY Harrisburg | STATE PA | POSTAL CODE 17101 | COUNTRY USA |
| 2d. TAX ID# | REQUIRED ADD'L INFO RE: ORGANIZATION DEBTOR | 2e. TYPE OF ORGANIZATION Corporation | 2f. JURISDICTION OF ORGANIZATION Pennsylvania | 2g. ORGANIZATIONAL ID# 945606 ☐ NONE |

**3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) – INSERT ONLY ONE SECURED PARTY NAME (3a OR 3b)**

| 3a. ORGANIZATION'S NAME  PharMerica, Inc. | | | | |
|---|---|---|---|---|
| 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | | MIDDLE NAME | SUFFIX |
| 3c. MAILING ADDRESS 175 Kelsey Lane | CITY Tampa | STATE FL | POSTAL CODE 33619 | COUNTRY USA |

**4. This FINANCING STATEMENT covers the following collateral:**

Secured Party shall have a blanket lien on all unencumbered accounts receivable of the Debtor(s) (Tri-State Healthcare of Alabaster, LLC and Briarcliff Nursing Home, Inc.).

**5. ALTERNATE DESIGNATION (if applicable)**    ☐ LESSEE/LESSOR    ☐ CONSIGNEE/CONSIGNOR    ☐ BAILEE/BAILOR
☐ AG. LIEN    ☐ NON-UCC FILING    ☐ SELLER/BUYER

**6. Florida DOCUMENTARY STAMP TAX – YOU ARE REQUIRED TO CHECK EXACTLY ONE BOX**

☐ All documentary stamps due and payable or to become due and payable pursuant to s. 201.22 F. S, have been paid.

☒ Florida Documentary Stamp Tax is not required.

**7. OPTIONAL FILER REFERENCE DATA**

STANDARD FORM - FORM UCC-1 (REV.12/2001)    Filing Office Copy    Approved by the Secretary of State, State of Florida

2006 © American LegalNet, Inc.

34 8815 -001

**STATE OF FLORIDA UNIFORM COMMERCIAL CODE FINANCING STATEMENT FORM**

FLORIDA SECURED TRANSACTION REGISTRY

# FILED
## 2006 Sep 11 AM 12:00
**\*\*\*\* 200603632732 \*\*\*\***
\*\*\*C \* 09010679670601-25.00\*\*\*25.00\*\*\*

A. NAME & DAYTIME PHONE NUMBER OF CONTACT PERSON
Robert M. Hirsh, Esq.    (212) 484-3900

B. SEND ACKNOWLEDGMENT TO:
Name:    CSC
Addr:    P.O. Box 5828
Addr:    Tallahassee, FL 32314
City:    (800) 342-8086

---

**1. DEBTOR'S EXACT FULL LEGAL NAME – INSERT ONLY ONE DEBTOR NAME (1a**

| 1a. ORGANIZATION'S NAME | Tri-State Healthcare of Boundbrook, LLC | | | | |
|---|---|---|---|---|---|
| 1b. INDIVIDUAL'S LAST NAME | | FIRST NAME | | | |
| 1c. MAILING ADDRESS 1621 Route 22 West | | CITY Bound Brook | STATE NJ | POSTAL CODE 08805 | COUNTRY USA |
| 1d. TAX ID# 010795215 | REQUIRED ADD'L INFO RE: ORGANIZATION DEBTOR | 1e. TYPE OF ORGANIZATION LLC | 1f. JURISDICTION OF ORGANIZATION Florida | 1g. ORGANIZATIONAL ID# L03000031111 ☐ NONE | |

**2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME – INSERT ONLY ONE DEBTOR NAME (2a OR 2b) – Do Not Abbreviate or Combine Names**

| 2a. ORGANIZATION'S NAME | | | | | |
|---|---|---|---|---|---|
| 2b. INDIVIDUAL'S LAST NAME | | FIRST NAME | MIDDLE NAME | | SUFFIX |
| 2c. MAILING ADDRESS | | CITY | STATE | POSTAL CODE | COUNTRY |
| 2d. TAX ID# | REQUIRED ADD'L INFO RE: ORGANIZATION DEBTOR | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | 2g. ORGANIZATIONAL ID# ☐ NONE | |

**3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) – INSERT ONLY ONE SECURED PARTY NAME (3a OR 3b)**

| 3a. ORGANIZATION'S NAME | PharMerica, Inc. | | | | |
|---|---|---|---|---|---|
| 3b. INDIVIDUAL'S LAST NAME | | FIRST NAME | MIDDLE NAME | | SUFFIX |
| 3c. MAILING ADDRESS 175 Kelsey Lane | | CITY Tampa | STATE FL | POSTAL CODE 33619 | COUNTRY USA |

4. This FINANCING STATEMENT covers the following collateral:

Secured Party shall have a blanket lien on all unencumbered accounts receivable of the Debtor (Tri-State Healthcare of Boundbrook, LLC).

| 5. ALTERNATE DESIGNATION (if applicable) | ☐ LESSEE/LESSOR | ☐ CONSIGNEE/CONSIGNOR | ☐ BAILEE/BAILOR |
|---|---|---|---|
| | ☐ AG. LIEN | ☐ NON-UCC FILING | ☐ SELLER/BUYER |

6. Florida DOCUMENTARY STAMP TAX – YOU ARE REQUIRED TO CHECK EXACTLY ONE BOX

☐ All documentary stamps due and payable or to become due and payable pursuant to s. 201.22 F.S., have been paid.

☒ Florida Documentary Stamp Tax is not required.

7. OPTIONAL FILER REFERENCE DATA

*348815-5*

STANDARD FORM - FORM UCC-1 (REV.12/2001)    Filing Office Copy    Approved by the Secretary of State, State of Florida

2002 © American LegalNet, Inc.

*348815 - 005*

**STATE OF FLORIDA UNIFORM COMMERCIAL CODE FINANCING STATEMENT FORM**

FLORIDA SECURED TRANSACTION REGISTRY

# FILED
## 2006 Sep 01 AM 12:00
**\*\*\*\* 200603569410 \*\*\*\***

\*\*\*C \* 09010679670701-28.00\*\*\*28.00\*\*\*

| A. NAME & DAYTIME PHONE NUMBER OF CONTACT PERSON |
|---|
| Robert M. Hirsh, Esq.    (212) 484-3900 |

| B. SEND ACKNOWLEDGEMENT TO: | |
|---|---|
| Name | CSC |
| Address | P.O. Box 5828 |
| Address | Tallahassee, FL  32314 |
| City/State | (800) 342-8086 |

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1. DEBTOR'S EXACT FULL LEGAL NAME -- INSERT ONLY ONE DEBTOR NAME (1a OR 1b) - Do Not Abbreviate Combine or Combine Names**

| 1a. ORGANIZATION'S NAME   Tri-State Healthcare of Erie, LLC | | | | |
|---|---|---|---|---|
| 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
| 1c. MAILING ADDRESS 4114 Schaper Avenue | CITY Erie | STATE PA | POSTAL CODE 16508 | COUNTRY USA |
| 1d. TAX ID# 010795213 | REQUIRED ADD'L INFO RE: ORGANIZATION DEBTOR | 1e. TYPE OF ORGANIZATION LLC | 1f. JURISDICTION OF ORGANIZATION Florida | 1g. ORGANIZATIONAL ID# L03000031112 ☐ NONE |

**2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - INSERT ONLY ONE DEBTOR NAME (2a OR 2b) - Do Not Abbreviate or Combine Names**

| 2a. ORGANIZATION'S NAME   Alpine Manor, Inc., c/o National Corporate Research, Ltd. | | | | |
|---|---|---|---|---|
| 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
| 2c. MAILING ADDRESS 600 North 2nd Street | CITY Harrisburg | STATE PA | POSTAL CODE 17101 | COUNTRY USA |
| 2d. TAX ID# | REQUIRED ADD'L INFO RE: ORGANIZATION DEBTOR | 2e. TYPE OF ORGANIZATION Corporation | 2f. JURISDICTION OF ORGANIZATION Pennsylvania | 2g. ORGANIZATIONAL ID# 0929062 ☐ NONE |

**3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - INSERT ONLY ONE SECURED PARTY NAME (3a OR 3b)**

| 3a. ORGANIZATION'S NAME   PharMerica, Inc. | | | | |
|---|---|---|---|---|
| 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
| 3c. MAILING ADDRESS 175 Kelsey Lane | CITY Tampa | STATE FL | POSTAL CODE 33619 | COUNTRY USA |

**4. This FINANCING STATEMENT covers the following collateral:**

Secured Party shall have a blanket lien on all unencumbered accounts receivable of the Debtor(s) (Tri-State Healthcare of Erie, LLC and Alpine Manor, Inc.).

| 5. ALTERNATE DESIGNATION (if applicable) | ☐ LESSEE/LESSOR | ☐ CONSIGNEE/CONSIGNOR | ☐ BAILEE/BAILOR |
|---|---|---|---|
| | ☐ AG. LIEN | ☐ NON-UCC FILING | ☐ SELLER/BUYER |

**6. Florida DOCUMENTARY STAMP TAX – YOU ARE REQUIRED TO CHECK EXACTLY ONE BOX**

☐ All documentary stamps due and payable or to become due and payable pursuant to s. 201.22 F. S., have been paid.

☒ Florida Documentary Stamp Tax is not required.

**7. OPTIONAL FILER REFERENCE DATA**

*348815 -4*

STANDARD FORM - FORM UCC-1 (REV.12/2001)          Filing Office Copy          Approved by the Secretary of State, State of Florida

2002 © American LegalNet, Inc.

*348815 -004*

**STATE OF FLORIDA UNIFORM COMMERCIAL CODE FINANCING STATEMENT FORM**

**A. NAME & DAYTIME PHONE NUMBER OF CONTACT PERSON**
Robert M. Hirsh, Esq.    (212) 484-3900

**B. SEND ACKNOWLEDGEMENT TO:**

Name    CSC
Addr:   P.O. Box 5828
Addr:   Tallahassee, FL  32314
City/S: (800) 342-8086

FLORIDA SECURED TRANSACTION REGISTRY

# FILED
**2006 Sep 01 AM 12:00**

**\*\*\*\* 200603569429 \*\*\*\***

**\*\*\*C \* 09010679670801-28.00\*\*\*28.00\*\*\***

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1. DEBTOR'S EXACT FULL LEGAL NAME – INSERT ONLY ONE DEBTOR NAME (1a OR 1b) – Do Not Abbreviate Combine or Combine Names**

| 1a. ORGANIZATION'S NAME  Tri-State Healthcare of Grand Blanc, LLC | | | | | |
|---|---|---|---|---|---|
| 1b. INDIVIDUAL'S LAST NAME | | FIRST NAME | MIDDLE NAME | | SUFFIX |
| 1c. MAILING ADDRESS 11941 Belsay Road | | CITY Grand Blanc | STATE MI | POSTAL CODE 48439 | COUNTRY USA |
| 1d. TAX ID# 010795211 | REQUIRED ADD'L INFO RE: ORGANIZATION DEBTOR | 1e. TYPE OF ORGANIZATION LLC | 1f. JURISDICTION OF ORGANIZATION Florida | 1g. ORGANIZATIONAL ID# L03000031113  ☐ NONE | |

**2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME – INSERT ONLY ONE DEBTOR NAME (2a OR 2b) – Do Not Abbreviate or Combine Names**

| 2a. ORGANIZATION'S NAME  Integrated Health Services of Riverbend, Inc., c/o National Corporate Research, Ltd. | | | | | |
|---|---|---|---|---|---|
| 2b. INDIVIDUAL'S LAST NAME | | FIRST NAME | MIDDLE NAME | | SUFFIX |
| 2a. MAILING ADDRESS 712 Abbott Road | | CITY East Lansing | STATE MI | POSTAL CODE 48823 | COUNTRY USA |
| 2d. TAX ID# | REQUIRED ADD'L INFO RE: ORGANIZATION DEBTOR | 2c. TYPE OF ORGANIZATION Corporation | 2f. JURISDICTION OF ORGANIZATION Delaware | 2g. ORGANIZATIONAL ID# 635596  ☐ NONE | |

**3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P)– INSERT ONLY ONE SECURED PARTY NAME (3a OR 3b)**

| 3a. ORGANIZATION'S NAME  PharMerica, Inc. | | | | | |
|---|---|---|---|---|---|
| 3b. INDIVIDUAL'S LAST NAME | | FIRST NAME | MIDDLE NAME | | SUFFIX |
| 3c. MAILING ADDRESS 175 Kelsey Lane | | CITY Tampa | STATE FL | POSTAL CODE 33619 | COUNTRY USA |

**4. This FINANCING STATEMENT covers the following collateral:**

Secured Party shall have a blanket lien on all unencumbered accounts receivable of the Debtor(s) (Tri-State Healthcare of Grand Blanc, LLC and Integrated Health Services of Riverbend, Inc.).

| 5. ALTERNATE DESIGNATION (if applicable) | ☐ LESSEE/LESSOR | ☐ CONSIGNEE/CONSIGNOR | ☐ BAILEE/BAILOR |
|---|---|---|---|
| | ☐ AG. LIEN | ☐ NON-UCC FILING | ☐ SELLER/BUYER |

**6. Florida DOCUMENTARY STAMP TAX – YOU ARE REQUIRED TO CHECK EXACTLY ONE BOX**

☐ All documentary stamps due and payable or to become due and payable pursuant to s. 201.22 F. S., have been paid.

☒ Florida Documentary Stamp Tax is not required.

**7. OPTIONAL FILER REFERENCE DATA**

STANDARD FORM - FORM UCC-1 (REV.12/2001)          Filing Office Copy          Approved by the Secretary of State, State of Florida

2002 © American LegalNet, Inc.

34885-003

# STATE OF FLORIDA UNIFORM COMMERCIAL CODE
## FINANCING STATEMENT FORM

**A. NAME & DAYTIME PHONE NUMBER OF CONTACT PERSON**
Robert M. Hirsh, Esq.    (212) 484-3900

**B. SEND ACKNOWLEDGMENT TO:**

| | |
|---|---|
| Name | CSC |
| Address | P.O. Box 5828 |
| | Tallahassee, FL 32314 |
| City/State | (800) 342-8086 |

**FLORIDA SECURED TRANSACTION REGISTRY**

# FILED
## 2006 Sep 01 AM 12:00

**\*\*\*\* 200603569399 \*\*\*\***

**\*\*\*C \* 09010679670501-28.00\*\*\*28.00\*\*\***

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1. DEBTOR'S EXACT FULL LEGAL NAME** – INSERT ONLY ONE DEBTOR NAME (1a OR 1b) – Do Not Abbreviate Combine or Combine Names

| 1a. ORGANIZATION'S NAME  Tri-State Healthcare of Greensburg, LLC | | | | |
|---|---|---|---|---|
| 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | | MIDDLE NAME | SUFFIX |
| 1c. MAILING ADDRESS 890 Weatherwood Lane | CITY Greensburg | STATE PA | POSTAL CODE 15601 | COUNTRY USA |
| 1d. TAX ID# 010795225 | REQUIRED ADD'L INFO RE: ORGANIZATION DEBTOR | 1e. TYPE OF ORGANIZATION LLC | 1f. JURISDICTION OF ORGANIZATION Florida | 1g. ORGANIZATIONAL ID# L03000031110 ☐ NONE |

**2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** – INSERT ONLY ONE DEBTOR NAME (2a OR 2b) – Do Not Abbreviate or Combine Names

| 2a. ORGANIZATION'S NAME  Integrated Health of Locust Valley Road, Inc., c/o National Corporate Research, Ltd. | | | | |
|---|---|---|---|---|
| 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | | MIDDLE NAME | SUFFIX |
| 2c. MAILING ADDRESS 600 North 2nd Street | CITY Harrisburg | STATE PA | POSTAL CODE 17101 | COUNTRY USA |
| 2d. TAX ID# | REQUIRED ADD'L INFO RE: ORGANIZATION DEBTOR | 2e. TYPE OF ORGANIZATION Corporation | 2f. JURISDICTION OF ORGANIZATION Pennsylvania | 2g. ORGANIZATIONAL ID# 1056926 ☐ NONE |

**3. SECURED PARTY'S NAME** (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) – INSERT ONLY ONE SECURED PARTY NAME (3a OR 3b)

| 3a. ORGANIZATION'S NAME  PharMerica, Inc. | | | | |
|---|---|---|---|---|
| 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | | MIDDLE NAME | SUFFIX |
| 3c. MAILING ADDRESS 175 Kelsey Lane | CITY Tampa | STATE FL | POSTAL CODE 33619 | COUNTRY USA |

**4. This FINANCING STATEMENT** covers the following collateral:

Secured Party shall have a blanket lien on all unencumbered accounts receivable of the Debtor(s) (Tri-State Healthcare of Greensburg, LLC and Integrated Health of Locust Valley Road, Inc.).

**5. ALTERNATE DESIGNATION** (if applicable)

| ☐ LESSEE/LESSOR | ☐ CONSIGNEE/CONSIGNOR | ☐ BAILEE/BAILOR |
|---|---|---|
| ☐ AG. LIEN | ☐ NON-UCC FILING | ☐ SELLER/BUYER |

**6. Florida DOCUMENTARY STAMP TAX** – YOU ARE REQUIRED TO CHECK EXACTLY ONE BOX

☐ All documentary stamps due and payable or to become due and payable pursuant to s. 201.22 F. S., have been paid.

☒ Florida Documentary Stamp Tax is not required.

**7. OPTIONAL FILER REFERENCE DATA**

348815-6

STANDARD FORM - FORM UCC-1 (REV.12/2001)     Filing Office Copy     Approved by the Secretary of State, State of Florida

2002 © American LegalNet, Inc.

348815- 006

## STATE OF FLORIDA UNIFORM COMMERCIAL CODE FINANCING STATEMENT FORM

**A. NAME & DAYTIME PHONE NUMBER OF CONTACT PERSON**
Robert M. Hirsh, Esq.    (212) 484-3900

**B. SEND ACKNOWLEDGEMENT TO:**

Name ............... CSC

Address ............ P.O. Box 5828

Address             Tallahassee, FL  32314

City/State/ ......... (800)-342-8086

**FLORIDA SECURED TRANSACTION REGISTRY**

# FILED

## 2006 Sep 01 AM 12:00

**\*\*\*\* 200603569364  \*\*\*\***

**\*\*\*C \* 09010679670201-28.00\*\*\*28.00\*\*\***

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1. DEBTOR'S EXACT FULL LEGAL NAME – INSERT ONLY ONE DEBTOR NAME (1a OR 1b) – Do Not Abbreviate Combine or Combine Names**

| 1a. ORGANIZATION'S NAME   Tri-State Healthcare of Huber Heights, LLC | | | | |
|---|---|---|---|---|
| 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | | MIDDLE NAME | SUFFIX |
| 1c. MAILING ADDRESS<br>5440 Charicsgate Road | CITY<br>Huber Heights | | STATE<br>OH | POSTAL CODE<br>45242 | COUNTRY<br>USA |
| 1d. TAX ID#<br>010795226 | REQUIRED ADD'L INFO<br>RE: ORGANIZATION<br>DEBTOR | 1e. TYPE OF ORGANIZATION<br>LLC | 1f. JURISDICTION OF ORGANIZATION<br>Florida | 1g. ORGANIZATIONAL ID#<br>L03000031109  ☐ NONE |

**2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME – INSERT ONLY ONE DEBTOR NAME (2a OR 2b) – Do Not Abbreviate or Combine Names**

| 2a. ORGANIZATION'S NAME   Spring Creek of IHS, Inc., c/o National Corporate Research, Ltd. | | | | |
|---|---|---|---|---|
| 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | | MIDDLE NAME | SUFFIX |
| 2c. MAILING ADDRESS<br>4568 Mayfield Road, Suite 213 | CITY<br>Cleveland | | STATE<br>OH | POSTAL CODE<br>44121 | COUNTRY<br>USA |
| 2d. TAX ID#<br> | REQUIRED ADD'L INFO<br>RE: ORGANIZATION<br>DEBTOR | 2e. TYPE OF ORGANIZATION<br>Corporation | 2f. JURISDICTION OF ORGANIZATION<br>Pennsylvania | 2g. ORGANIZATIONAL ID#<br>778762  ☐ NONE |

**3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) – INSERT ONLY ONE SECURED PARTY NAME (3a OR 3b)**

| 3a. ORGANIZATION'S NAME  PharMerica, Inc. | | | | |
|---|---|---|---|---|
| 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | | MIDDLE NAME | SUFFIX |
| 3c. MAILING ADDRESS<br>175 Kelsey Lane | CITY<br>Tampa | | STATE<br>FL | POSTAL CODE<br>33619 | COUNTRY<br>USA |

**4. This FINANCING STATEMENT covers the following collateral:**

Secured Party shall have a blanket lien on all unencumbered accounts receivable of the Debtor(s) (Tri-State Healthcare of Huber Heights, LLC and Spring Creek of IHS, Inc.).

**5. ALTERNATE DESIGNATION (if applicable)**    ☐ LESSEE/LESSOR    ☐ CONSIGNEE/CONSIGNOR    ☐ BAILEE/BAILOR
☐ AG. LIEN    ☐ NON-UCC FILING    ☐ SELLER/BUYER

**6. Florida DOCUMENTARY STAMP TAX – YOU ARE REQUIRED TO CHECK EXACTLY ONE BOX**

☐ All documentary stamps due and payable or to become due and payable pursuant to s. 201.22 F. S., have been paid.

☒ Florida Documentary Stamp Tax is not required.

**7. OPTIONAL FILER REFERENCE DATA**                   348815—9

STANDARD FORM - FORM UCC-1 (REV.12/2001)     Filing Office Copy     Approved by the Secretary of State, State of Florida

2002 © American LegalNet, Inc.

348815-009

## STATE OF FLORIDA UNIFORM COMMERCIAL CODE FINANCING STATEMENT FORM

**A. NAME & DAYTIME PHONE NUMBER OF CONTACT PERSON**
Robert M. Hirsh, Esq.    (212) 484-3900

**B. SEND ACKNOWLEDGEMENT TO:**
Name:  CSC
Address:  P.O. Box 5828
Address:  Tallahassee, FL  32314
City/St:  (800) 342-8086

FLORIDA SECURED TRANSACTION REGISTRY

# FILED
## 2006 Sep 01 AM 12:00
**\*\*\*\* 200603569437 \*\*\*\***
\*\*\*C \* 09010679670901-28.00\*\*\*28.00\*\*\*

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1. DEBTOR'S EXACT FULL LEGAL NAME – INSERT ONLY ONE DEBTOR NAME (1a OR 1b) – Do Not Abbreviate Combine or Combine Names**

| 1a. ORGANIZATION'S NAME  Tri-State Healthcare of Kansas City, LLC | | | | | |
|---|---|---|---|---|---|
| 1b. INDIVIDUAL'S LAST NAME | | FIRST NAME | MIDDLE NAME | | SUFFIX |
| 1c. MAILING ADDRESS 4700 Cliffview Drive | | CITY Kansas City | STATE MO | POSTAL CODE 64150 | COUNTRY USA |
| 1d. TAX ID# 010795207 | REQUIRED ADD'L INFO RE: ORGANIZATION DEBTOR | 1e. TYPE OF ORGANIZATION LLC | 1f. JURISDICTION OF ORGANIZATION Florida | 1g. ORGANIZATIONAL ID# L03000031114 ☐ NONE | |

**2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME – INSERT ONLY ONE DEBTOR NAME (2a OR 2b) – Do Not Abbreviate or Combine Names**

| 2a. ORGANIZATION'S NAME  Integrated Health Services of Cliff Manor, Inc. | | | | | |
|---|---|---|---|---|---|
| 2b. INDIVIDUAL'S LAST NAME | | FIRST NAME | MIDDLE NAME | | SUFFIX |
| 2c. MAILING ADDRESS 4700 Cliffview Drive | | CITY Kansas City | STATE MO | POSTAL CODE 64150 | COUNTRY USA |
| 2d. TAX ID# | REQUIRED ADD'L INFO RE: ORGANIZATION DEBTOR | 2e. TYPE OF ORGANIZATION Corporation | 2f. JURISDICTION OF ORGANIZATION Delaware | 2g. ORGANIZATIONAL ID# 2143706 ☐ NONE | |

**3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) – INSERT ONLY ONE SECURED PARTY NAME (3a OR 3b)**

| 3a. ORGANIZATION'S NAME  PharMerica, Inc. | | | | | |
|---|---|---|---|---|---|
| 3b. INDIVIDUAL'S LAST NAME | | FIRST NAME | MIDDLE NAME | | SUFFIX |
| 3c. MAILING ADDRESS 175 Kelsey Lane | | CITY Tampa | STATE FL | POSTAL CODE 33619 | COUNTRY USA |

**4. This FINANCING STATEMENT covers the following collateral:**

Secured Party shall have a blanket lien on all unencumbered accounts receivable of the Debtor(s) (Tri-State Healthcare of Kansas City, LLC and Integrated Health Services of Cliff Manor, Inc.).

| 5. ALTERNATE DESIGNATION (if applicable) | ☐ LESSEE/LESSOR | ☐ CONSIGNEE/CONSIGNOR | ☐ BAILEE/BAILOR |
|---|---|---|---|
| | ☐ AG. LIEN | ☐ NON-UCC FILING | ☐ SELLER/BUYER |

**6. Florida DOCUMENTARY STAMP TAX – YOU ARE REQUIRED TO CHECK EXACTLY ONE BOX**

☐ All documentary stamps due and payable or to become due and payable pursuant to s. 201.22 F. S., have been paid.

☒ Florida Documentary Stamp Tax is not required.

**7. OPTIONAL FILER REFERENCE DATA**

348815-2

STANDARD FORM - FORM UCC-1 (REV.12/2001)          Filing Office Copy          Approved by the Secretary of State, State of Florida

2002 © American LegalNet, Inc.

348815-002

# STATE OF FLORIDA UNIFORM COMMERCIAL CODE FINANCING STATEMENT FORM

FLORIDA SECURED TRANSACTION REGISTRY

# FILED
## 2006 Sep 01 AM 12:00
**** 200603569380 ****

***C * 09010679670401-28.00***28.00***

**A. NAME & DAYTIME PHONE NUMBER OF CONTACT PERSON**
Robert M. Hirsh, Esq.    (212) 484-3900

**B. SEND ACKNOWLEDGEMENT TO:**

| | |
|---|---|
| Name | CSC |
| Address | P.O. Box 5828 |
| Address | Tallahassee, FL 32314 |
| City/State | (800) 342-8086 |

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1. DEBTOR'S EXACT FULL LEGAL NAME** – INSERT ONLY ONE DEBTOR NAME (1a OR 1b) – Do Not Abbreviate Combine or Combing Names

| 1a. ORGANIZATION'S NAME | Tri-State Healthcare of New London, LLC | | | |
|---|---|---|---|---|

| 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 204 West Main Street | New London | OH | 44851 | USA |

| 1d. TAX ID# | REQUIRED ADD'L INFO RE: ORGANIZATION | 1e. TYPE OF ORGANIZATION | 1f. JURISDICTION OF ORGANIZATION | 1g. ORGANIZATIONAL ID# |
|---|---|---|---|---|
| 010795221 | DEBTOR | LLC | Florida | L03000031108  ☐ NONE |

**2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** – INSERT ONLY ONE DEBTOR NAME (2a OR 2b) – Do Not Abbreviate or Combine Names

| 2a. ORGANIZATION'S NAME | Firelands of IHS, Inc. | | | |
|---|---|---|---|---|

| 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 11011 McCormick Road | Hunt Valley | MD | 21031 | USA |

| 2d. TAX ID# | REQUIRED ADD'L INFO RE: ORGANIZATION | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | 2g. ORGANIZATIONAL ID# |
|---|---|---|---|---|
| | DEBTOR | Corporation | Pennsylvania | 778764  ☐ NONE |

**3. SECURED PARTY'S NAME** (or Name of TOTAL ASSIGNEE of ASSIGNOR S/P) – INSERT ONLY ONE SECURED PARTY NAME (3a OR 3b)

| 3a. ORGANIZATION'S NAME | PharMerica, Inc. | | | |
|---|---|---|---|---|

| 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 175 Kelsey Lane | Tampa | FL | 33619 | USA |

**4. This FINANCING STATEMENT** covers the following collateral:

Secured Party shall have a blanket lien on all unencumbered accounts receivable of the Debtor(s) (Tri-State Healthcare of New London, LLC and Firelands of IHS, Inc.).

**5. ALTERNATE DESIGNATION (if applicable)**    ☐ LESSEE/LESSOR    ☐ CONSIGNEE/CONSIGNOR    ☐ BAILEE/BAILOR
☐ AG. LIEN    ☐ NON-UCC FILING    ☐ SELLER/BUYER

**6. Florida DOCUMENTARY STAMP TAX** – YOU ARE REQUIRED TO CHECK EXACTLY ONE BOX

☐ All documentary stamps due and payable or to become due and payable pursuant to s. 201.22 F. S., have been paid.

☒ Florida Documentary Stamp Tax is not required.

**7. OPTIONAL FILER REFERENCE DATA**

348815-7

STANDARD FORM - FORM UCC-1 (REV.12/2001)    Filing Office Copy    Approved by the Secretary of State, State of Florida

2002 © American LegalNet, Inc.

348815-007

# STATE OF FLORIDA UNIFORM COMMERCIAL CODE
# FINANCING STATEMENT AMENDMENT FORM

**FLORIDA SECURED TRANSACTION REGISTRY**

# FILED
## 2006 Sep 20 AM 12:00

**\*\*\*\* 200603699985 \*\*\*\***

**\*\*\*C \* 09200680419401-12.00\*\*\*12.00\*\*\***

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**A. NAME & DAYTIME PHONE NUMBER OF CONTACT PERSON**
Robert M. Hirsh, Esq.,    (212) 484-3900

**B. SEND ACKNOWLEDGEMENT TO:**
Name   Arent Fox PLLC

Address   1675 Broadway

Address

City/State/Zip   New York, New York 10019

| 1a. INITIAL FINANCING STATEMENT FILE # | 1b ☐ | This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS. |
|---|---|---|
| 200603569380 | | |

**2. CURRENT RECORD INFORMATION - DEBTOR NAME - INSERT ONLY ONE DEBTOR NAME (2a OR 2b)**

| 2a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| Tri-State Healthcare of New London, LLC | | | |
| 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| | | | |

**3. CURRENT RECORD INFORMATION - SECURED PARTY NAME - INSERT ONLY ONE SECURED PARTY NAME (3a OR 3b)**

| 3a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| PharMeria, Inc. | | | |
| 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| | | | |

**4.** ☐ **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination Statement.

**5.** ☐ **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

**6.** ☐ **ASSIGNMENT** (full or partial): Give name of assignee in item 9a or 9b and address of assignee in item 9c; and also give name of assignor in item 11.

**7.** ☒ **AMENDMENT (PARTY INFORMATION):** This Amendment affects ☐ Debtor or ☒ Secured Party of record. Check only one of these two boxes.

Also check one of the following three boxes and provide appropriate information in items 8 and/or 9.

☒ **CHANGE** name and/or address: Give current record name in item 8a or 8b; Also give new name (if name change) in item 9a or 9b and/or new address (if address change) in item 9c.   ☐ **DELETE** name: Give record name to be deleted in item 8a or 8b.   ☐ **ADD** name: Complete item 9a or 9b, and 9c; also complete items 9d-9g (if applicable).

**8. CURRENT RECORD INFORMATION - INSERT ONLY ONE NAME (8a OR 8b) - Do Not Abbreviate or Combine Names**

| 8a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| PharMeria, Inc. | | | |
| 8b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| | | | |

**9. CHANGED (NEW) OR ADDED INFORMATION: - INSERT ONLY ONE NAME (9a OR 9b) - Do Not Abbreviate or Combine Names**

| 9a. ORGANIZATION'S NAME | | | | | |
|---|---|---|---|---|---|
| PharMerica, Inc. | | | | | |
| 9b. INDIVIDUAL'S LAST NAME | FIRST NAME | | MIDDLE NAME | | SUFFIX |
| | | | | | |
| 9c. MAILING ADDRESS | CITY | | STATE | POSTAL CODE | COUNTRY |
| 175 Kelsey Lane | Tampa | | FL | 33619 | USA |
| 9d. TAX ID# | REQUIRED ADD'L INFO RE: ORGANIZATION DEBTOR | 9e. TYPE OF ORGANIZATION | 9f. JURISDICTION OF ORGANIZATION | | 9g. ORGANIZATIONAL ID# ☐ NONE |

**10. AMENDMENT (COLLATERAL CHANGE): check only one**

Describe collateral ☐ deleted or ☐ added, or give entire ☐ restated collateral description, or describe collateral ☐ assigned.

**11. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT** (name of assignor, if this is an Assignment). If this is an amendment authorized by a Debtor, which adds collateral or adds the authorizing Debtor, or if this is a Termination authorized by a Debtor, check ☐ and enter name of DEBTOR here authorizing this Amendment.

| 11a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| | | | |
| 11b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| | | | |

**12. OPTIONAL FILER REFERENCE DATA**

463685

STANDARD FORM - FORM UCC-3  (REV.12/2001)          Filing Office Copy          Approved by the Secretary of State, State of Florida
2002 © American LegalNet, Inc.

## STATE OF FLORIDA UNIFORM COMMERCIAL CODE FINANCING STATEMENT FORM

**A. NAME & DAYTIME PHONE NUMBER OF CONTACT PERSON**
Robert M. Hirsh, Esq.    (212) 484-3900

**B. SEND ACKNOWLEDGMENT TO:**

| | |
|---|---|
| Name | CSC |
| Address | P.O. Box 5828 |
| Address | Tallahassee, FL 32314 |
| City/State | (800) 342-8086 |

**FLORIDA SECURED TRANSACTION REGISTRY**

# FILED
## 2006 Sep 01 AM 12:00
**\*\*\*\* 200603569372 \*\*\*\***

\*\*\*C \* 09010679670301-28.00\*\*\*28.00\*\*\*

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

---

**1. DEBTOR'S EXACT FULL LEGAL NAME – INSERT ONLY ONE DEBTOR NAME (1a OR 1b) – Do Not Abbreviate Combine or Combine Names**

**1a. ORGANIZATION'S NAME**  Tri-State Healthcare of West Carrolton, LLC

| 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | | MIDDLE NAME | | SUFFIX |
|---|---|---|---|---|---|
| 1c. MAILING ADDRESS 115 Elmwood Circle | CITY West Carrollton | | STATE OH | POSTAL CODE 45449 | COUNTRY USA |

| 1d. TAX ID# 010795224 | REQUIRED ADD'L INFO RE: ORGANIZATION DEBTOR | 1e. TYPE OF ORGANIZATION LLC | 1f. JURISDICTION OF ORGANIZATION Florida | 1g. ORGANIZATIONAL ID# L03000031117 ☐ NONE |
|---|---|---|---|---|

---

**2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME – INSERT ONLY ONE DEBTOR NAME (2a OR 2b) – Do Not Abbreviate or Combine Names**

**2a. ORGANIZATION'S NAME**  Elm Creek of IHS, Inc., c/o National Corporate Research, Ltd.

| 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | | MIDDLE NAME | | SUFFIX |
|---|---|---|---|---|---|
| 2c. MAILING ADDRESS 600 North 2nd Street | CITY Harrisburg | | STATE PA | POSTAL CODE 17101 | COUNTRY USA |

| 2d. TAX ID# | REQUIRED ADD'L INFO RE: ORGANIZATION DEBTOR | 2e. TYPE OF ORGANIZATION Corporation | 2f. JURISDICTION OF ORGANIZATION Pennsylvania | 2g. ORGANIZATIONAL ID# 1582135 ☐ NONE |
|---|---|---|---|---|

---

**3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) – INSERT ONLY ONE SECURED PARTY NAME (3a OR 3b)**

**3a. ORGANIZATION'S NAME**  PharMerica, Inc.

| 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | | MIDDLE NAME | | SUFFIX |
|---|---|---|---|---|---|
| 3c. MAILING ADDRESS 175 Kelsey Lane | CITY Tampa | | STATE FL | POSTAL CODE 33619 | COUNTRY USA |

---

**4. This FINANCING STATEMENT covers the following collateral:**

Secured Party shall have a blanket lien on all unencumbered accounts receivable of the Debtor(s) (Tri-State Healthcare of West Carrolton, LLC and Elm Creek of IHS, Inc.).

---

**5. ALTERNATE DESIGNATION (if applicable)**  ☐ LESSEE/LESSOR    ☐ CONSIGNEE/CONSIGNOR    ☐ BAILEE/BAILOR
☐ AG. LIEN    ☐ NON-UCC FILING    ☐ SELLER/BUYER

**6. Florida DOCUMENTARY STAMP TAX – YOU ARE REQUIRED TO CHECK EXACTLY ONE BOX**

☐ All documentary stamps due and payable or to become due and payable pursuant to s. 201.22 F. S , have been paid.

☒ Florida Documentary Stamp Tax is not required.

**7. OPTIONAL FILER REFERENCE DATA**

348815-8

STANDARD FORM - FORM UCC-1 (REV.12/2001)    Filing Office Copy    Approved by the Secretary of State, State of Florida

2002 © American LegalNet, Inc.

348815-008