# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| INTEGRATED HEALTH SERVICES OF CLIFF MANOR, INC., INTEGRATED HEALTH SERVICES AT RIVERBEND, INTEGRATED HEALTH SERVICES AT SOMERSET VALLEY, INC., ALPINE MANOR, INC., BRIARCLIFF NURSING HOME, INC., INTEGRATED HEALTH GROUP, INC., SPRING CREEK OF IHS, INC., FIRELANDS OF IHS, INC., ELM CREEK OF IHS, INC. and IHS LONG TERM CARE SERVICES, INC., | ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | Case No. 1:04-910-GMS |
| THCI COMPANY LLC, | ) ) | |
| Defendant, | ) ) | |
| and, | ) ) | |
| ABE BRIARWOOD CORPORATION and JOHN DOES 1-10, | ) ) ) | |
| Additional Counterclaim Defendants. | ) ) | |

## APPLICATION BY PHARMERICA, INC. FOR ORAL ARGUMENT OF ITS MOTION FOR INTERVENTION

In accordance with this Court's procedures and Local Rule 7.1.4, Non-Party Intervenor PharMerica, Inc. ("PharMerica"), by and through its undersigned attorneys, hereby respectfully requests that this Court grant this application for oral argument of PharMerica's Motion for Intervention (the "Intervention Motion"), which was also respectfully submitted as a Response in Opposition to the Motion by THCI Company, LLC ("THCI") To Enforce the Stipulation and Order of Settlement and Dismissal (the "Enforcement Motion") [Docket No. 206].

PharMerica respectfully requests that oral argument be held on the Intervention Motion at the Court's earliest convenience, because PharMerica is being irreparably harmed unless intervention is granted.

Dated:    April 20, 2007
          Wilmington, Delaware

**ARCHER & GREINER, P.C.**


By:___s/ Peter L. Frattarelli_____
    Peter L. Frattarelli (No. 2871)
    300 Delaware Avenue
    Suite 1370
    Wilmington, Delaware 19801
    Tel: (302) 777-4350
    Fax (302) 777-4352

*Attorneys for Non-Party Intervenor PharMerica, Inc.*


2625217v1

NYC/329285.2