IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTEGRATED HEALTH SERVICES OF CLIFF MANOR, INC., INTEGRATED HEALTH SERVICES AT RIVERBEND, INTEGRATED HEALTH SERVICES AT SOMERSET VALLEY, INC., ALPINE MANOR, INC., BRIARCLIFF NURSING HOME, INC., INTEGRATED HEALTH GROUP, INC., SPRING CREEK OF IHS, INC., FIRELANDS OF IHS, INC., ELM CREEK OF IHS, INC. and IHS LONG TERM CARE SERVICES, INC., <br><br>Plaintiffs, <br><br>v. <br><br>THCI COMPANY LLC, <br><br>Defendant, <br><br>and, <br><br>ABE BRIARWOOD CORPORATION and JOHN DOES 1-10, <br><br>Additional Counterclaim Defendants. | Case No. 1:04-910-GMS |

## STATEMENT PURSUANT TO LOCAL CIVIL RULE 7.1.1

Non-Party Intervenor PharMerica, Inc. ("PharMerica"), by and through its undersigned attorneys, respectfully submits this statement pursuant to Local Civil Rule 7.1.1 of this Court.

On April 19, 2007, Alexander Nemiroff of Archer & Greiner, P.C., attorneys for Non-Party Intervenor PharMerica, Inc., called counsel for Plaintiffs and Additional Counterclaim Defendants, Daniel J. DeFranceschi, Esq. of Richards, Layton & Finger, and counsel for Defendant, Joseph Dickson of Wolff & Samson, and made reasonable effort to reach agreement

on the Motion by PharMerica for Intervention ("Intervention Motion") but we did not reach agreement as to the Intervention Motion.

| | |
|---|---|
| Dated: April 20, 2007<br>Wilmington, Delaware | **ARCHER & GREINER, P.C.**<br><br>By: s/ Peter L. Frattarelli<br>Peter L. Frattarelli (No. 2871)<br>300 Delaware Avenue<br>Suite 1370<br>Wilmington, Delaware 19801<br>Tel: (302) 777-4350<br>Fax (302) 777-4352<br><br>*Attorneys for Non-Party Intervenor PharMerica, Inc.* |

2625218v1