# PHILLIPS, GOLDMAN & SPENCE, P. A.

ATTORNEYS AT LAW

JOHN C PHILLIPS JR
STEPHEN W SPENCE
ROBERT S GOLDMAN
LISA C McLAUGHLIN
JAMES P HALL
JOSEPH J FARNAN III
BRIAN E FARNAN
MELISSA E CARGNINO

PENNSYLVANIA AVE AND BROOM ST
1200 N BROOM STREET
WILMINGTON DELAWARE 19806

(302) 655-4200
(302) 655-4210 (F)

SUSSEX COUNTY OFFICE
1509 HIGHWAY ONE
DEWEY BEACH DE 19971
(302) 226-4200
(302) 226-1205 (F)

REPLY TO: _____

April 24, 2007

Via E-File

The Honorable Gregory M. Sleet
United States District Court
844 North King Street
Lock Box 19
Wilmington, DE 19801

RE:   Integrated Health Services of Cliff Manor, et al. v. THCI Company, LLC
      Civil Action No. 04-910 (GMS)
      Our File: THCIC-1

Dear Judge Sleet:

I am local counsel for Defendant THCI Company LLC in the above-referenced matter. On behalf of my clients, I am requesting an extension until May 10, 2007 to file a reply brief in support of the Motion to Enforce Settlement Agreement. Defense counsel need this time in order to confer with the client and witnesses to respond to the issues raised in the answering brief and supporting affidavit. My co-counsel are out of the office two days this week for a pre-arranged conference. Further, an answering brief has been filed by proposed interveners Pharmerica in opposition to Defendant's Motion. Counsel for Plaintiffs have agreed to this extension. Thank you in advance for your consideration.

Respectfully submitted,

LISA C. McLAUGHLIN

LCM:clb
cc:   Drew Dickson, Esquire
      Daniel J. DeFranceschi, Esquire
      Amos Alter, Esquire