IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTEGRATED HEALTH SERVICES OF CLIFF MANOR, INC., INTEGRATED HEALTH SERVICES AT RIVERBEND, INTEGRATED HEALTH SERVICES AT SOMERSET VALLEY, INC., ALPINE MANOR, INC., BRIARCLIFF NURSING HOME, INC., INTEGRATED HEALTH GROUP, INC., SPRING CREEK OF IHS, INC., FIRELANDS OF IHS, INC., ELM CREEK OF IHS, INC. and IHS LONG TERM CARE SERVICES, INC., : : : : : : : : : : : | |
| Plaintiffs, : | |
| v. : | Civil Action No. 04-910 (GMS) |
| THCI COMPANY LLC, : | |
| Defendant, : | |
| v. : | |
| ABE BRIARWOOD CORPORATION and JOHN DOES 1-10, : : | |
| Additional Counterclaim Defendants. : : | |

**STIPULATION AND ORDER EXTENDING TIME FOR BRIEFING SCHEDULE ON MOTION BY THCI COMPANY, LLC TO ENFORCE THE STIPULATION AND ORDER OF SETTLEMENT AND DISMISSAL**

The parties hereby stipulate that, subject to the approval of this Court, Defendant THCI Company LLC shall have an extension of time, through and including Thursday, May 10, 2007,

RLF1-3142552-1

in which to file their reply brief in support of the Motion by THCI Company LLC to Enforce the Stipulation and Order of Settlement and Dismissal (Docket No. 206), filed March 28, 2007.

_____     _____
Lisa C. McLaughlin (DE #3113)     Daniel J. DeFranceschi (DE #2732)
Phillips, Goldman & Spence, P.A.     Jason M. Madron (DE #4431)
1200 North Broom Street     Richards, Layton & Finger, P.A.
Wilmington, DE 19806     One Rodney Square
(302) 655-4200     920 North King Street
(302) 655-4210     Wilmington, DE 19801
    (302) 651-7700
- and -     (302) 657-7701

Wolff & Sampson PC     - and -
Catherine P. Wells, Esquire
Drew Dickson, Esquire     Amos Alter, Esquire
Nancy A. Del Pizzo, Esquire     Troutman Sanders LLP
The Offices t Crystal Lake     The Chrysler Building
One Boland Drive     405 Lexington Avenue
West Orange, NJ 07052     New York, NY 10174
(973) 325-1500     (212) 704-6000
(973) 325-1501     (212) 704-6288

*Attorneys for Defendant THCI Company LLC*     *Attorneys for Plaintiffs Integrated Health Services of Cliff Manor, Inc., et al.*


SO ORDERED this _____ day of _____, 2007.


_____
The Honorable Gregory M. Sleet
United States District Court Judge