IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I, Jason M. Madron, hereby certify that on the 26th day of April, 2007, I electronically filed the **Declaration on Behalf of Plaintiffs in Response to Motion to Intervene** with the Clerk of the Court using CM/ECF which will send notifications of such filing to the following :

Amos Alter
amos.alter@troutmansanders.com

Kevin F. Brady
kbrady@cblh.com
kt@cblh.com
mwinchell@cblh.com

Daniel J. DeFranceschi
defranceschi@rlf.com
rbgroup@rlf.com

Peter L. Frattarelli
pfrattarelli@archerlaw.com

Michael R. Lastowski
mlastowski@duanemorris.com

Jason Michael Madron
madron@rlf.com
rbgroup@rlf.com

Lisa C. McLaughlin
lcm@pgslaw.com

Rachel B. Mersky
rmersky@monlaw.com

Richard William Riley
rwriley@duanemorris.com

David S. Sager
dsager@pitneyhardin.com

RLF1-3144123-1

I, Jason M. Madron, hereby certify that on the 26th day of April, 2007, I sent via Hand Delivery (Local ) and First Class Mail (Non-Local) the **Declaration on Behalf of Plaintiffs in Response to Motion to Intervene** to the following participants:

**Via Hand Delivery**

Peter L. Frattarelli
Archer & Greiner, P.C.
300 Delaware Avenue, Suite 1370
Wilmington, DE 19801

**Via First Class Mail**

Amos Alter
Troutman Sanders LLP
The Chrysler Building
405 Lexington Avenue
New York, NY 10174

Jason M. Madron (No. 4431)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
Telephone: (302) 651-7700
Facsimile: (302) 651-7701
E-mail: Madron@rlf.com