## CERTIFICATE OF SERVICE

I hereby swear that on May 10, 2007, copies of THCI's Brief in Opposition to Non-Party Pharmerica, Inc.'s Motion for Intervention were served upon the following by electronic service and via regular first-class U.S. Mail:

Daniel J. DeFranceschi, Esquire
Jason M. Madron, Esquire
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

Amos Alter, Esquire
Aurora Cassirer, Esqurie
Troutman Sanders, LLP
The Chrysler Building
405 Lexington Avenue
New York, NY 10174

Richard William Riley, Esquire
Duane Morris LLP
1100 North Market Street
Suite 1200
Wilmington, DE 19801

LISA C. McLAUGHLIN, ESQUIRE (#3113)