IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTEGRATED HEALTH SERVICES OF CLIFF MANOR, INC., INTEGRATED HEALTH SERVICES AT RIVERBEND, INTEGRATED HEALTH SERVICES AT SOMERSET VALLEY, INC., ALPINE MANOR, INC., BRIARCLIFF NURSING HOME, INC., INTEGRATED HEALTH GROUP, INC., SPRING CREEK OF IHS, INC., FIRELANDS OF IHS, INC., ELM CREEK OF IHS, INC. and IHS LONG TERM CARE SERVICES, INC., | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| Plaintiffs, | ) |
| v. | ) Case No. 1:04-910-GMS |
| THCI COMPANY LLC, | ) |
| Defendant, | ) |
| and, | ) |
| ABE BRIARWOOD CORPORATION and JOHN DOES 1-10, | )<br>) |
| Additional Counterclaim Defendants. | ) |

**CERTIFICATE OF SERVICE**

I hereby certify that on May 15, 2007, I caused to be electronically filed with the Court the foregoing Reply Brief of PharMerica, Inc. In Further Support of Its Motion for Intervention. Therefore, the aforementioned document is available for viewing and downloading from the Electronic Case Filing System.

s/ John V. Fiorella
John V. Fiorella (No. 4330)

2661525v1