IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTEGRATED HEALTH SERVICES OF CLIFF MANOR, INC., INTEGRATED HEALTH SERVICES AT RIVERBEND, INTEGRATED HEALTH SERVICES AT SOMERSET VALLEY, INC., ALPINE MANOR, INC., BRIARCLIFF NURSING HOME, INC., INTEGRATED HEALTH GROUP, INC., SPRING CREEK OF IHS, INC., FIRELANDS OF IHS, INC., ELM CREEK OF IHS, INC. and IHS LONG TERM CARE SERVICES, INC., : : : : : : : : : : : | |
| Plaintiffs, : | |
| v. : | Civil Action No. 04-910 (GMS) |
| THCI COMPANY LLC, : : | |
| Defendant, : | |
| v. : : | |
| ABE BRIARWOOD CORPORATION and JOHN DOES 1-10, : : : | |
| Additional Counterclaim Defendants. : : | |

**APPLICATION BY THCI COMPANY LLC FOR ORAL
ARGUMENT ON ITS MOTION TO ENFORCE THE STIPULATION AND
ORDER OF SETTLEMENT AND DISMISSAL**

In accordance with this Court's procedures and Local Rule 7.1.4, Defendant THCI Company LLC, by and through its undersigned attorneys, hereby respectfully requests that this Court grant this application for oral argument on its Motion to Enforce the Stipulation and Order of Settlement and Dismissal filed on March 28, 2007 (Docket No. 206). Plaintiff's Brief in Opposition to Defendant's Motion to Enforce Settlement Agreement was filed on April 20, 2007

(Docket No. 215). Defendant THCI's Reply Brief in Support of its Motion to Enforce the Stipulation and Order of Settlement and Dismissal was filed on May 10, 2007 and amended on May 11, 2007 (Docket Nos. 221 and 224, respectively) and service by U.S. Mail was sent on those dates. Further, THCI Company LLC joins in Pharmerica's Application for Oral Argument on its Motion for Intervention.

Respectfully submitted,

Lisa C. McLaughlin, Esquire (DE #3113)
Phillips, Goldman & Spence, P.A.
1200 North Broom Street
Wilmington, DE 19806
(302) 655-4200
(302) 655-4210

- and -

Wolff & Sampson PC
Catherine P. Wells, Esquire
Drew Dickson, Esquire
Nancy A. Del Pizzo, Esquire
The Offices at Crystal Lake
One Boland Drive
West Orange, NJ 07052
(973) 325-1500
(973) 325-1501
Attorneys for Defendant THCI Company LLC

Dated: May 17, 2007