UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTEGRATED HEALTH SERVICES OF CLIFF MANOR, INC., INTEGRATED HEALTH SERVICES AT RIVERBEND INTEGRATED HEALTH SERVICES AT SOMERSET VALLEY, INC., ALPINE MANOR, INC., BRIARCLIFF NURSING HOME, INC., INTEGRATED HEALTH GROUP, INC., SPRING CREEK OF IHS, INC., FIRELANDS OF IHS, INC. ELM CREEK OF IHS, INC. and IHS LONG TERM CARE SERVICES, INC.<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>THCI COMPANY, LLC<br><br>　　　　Defendant,<br><br>　　and,<br><br>ABE BRIARWOOD CORPORATION and JOHN DOES 1-10,<br><br>　　　　Additional Counterclaim Defendant. | Civil Action No.: 04-910 (GMS) |

### NOTICE OF WITHDRAWAL OF MOTION [DOCKET NO. 206]

THCI COMPANY, LLC ("THCI"), by and through its undersigned counsel, Phillips, Goldman & Spence, P.A., having resolved its dispute with the plaintiffs, hereby withdraws without prejudice, the *Motion by THCI Company, LLC to Enforce the Stipulation and Order of Settlement and Dismissal* (the "Motion")[Docket No. 206], filed on March 28, 2007.

                                        PHILLIPS, GOLDMAN & SPENCE, P.A.

                                        */s/ Lisa C. McLaughlin*
                                        LISA C. MCLAUGHLIN, ESQUIRE (#3113)
                                        1200 North Broom Street
                                        Wilmington, DE 19806
                                        (302) 655-4200
                                        (302) 655-4210 (fax)
                                        Attorneys for THCI COMPANY, LLC

Date:   October 23, 2007

## CERTIFICATE OF SERVICE

I hereby swear that on October 23, 2007, copies of THCI's Notice of Withdrawal of Motion [Docket No. 206] were served upon the following by electronic service and via regular first-class U.S. Mail:

Daniel J. DeFranceschi, Esquire
Jason M. Madron, Esquire
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

Amos Alter, Esquire
Aurora Cassirer, Esqurie
Troutman Sanders, LLP
The Chrysler Building
405 Lexington Avenue
New York, NY 10174

Richard William Riley, Esquire
Duane Morris LLP
1100 North Market Street
Suite 1200
Wilmington, DE 19801

LISA C. McLAUGHLIN, ESQUIRE (#3113)