IN THE UNITED STATED DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTEGRATED HEALTH SERVICES OF, )<br>CLIFF MANOR, INC., et al., )<br>)<br>      Plaintiffs, )<br>)<br>   v. )<br>)<br>THCI, COMPANY LLC, )<br>)<br>      Defendant. ) | C.A. No. 04-910 (GMS) |

## ORDER

At Wilmington, this 9th day of November, 2007, having reviewed and duly considered the motion to intervene filed by PharMerica, Inc. ("PharMerica");

IT IS HEREBY ORDERED that PharMerica's Motion to Intervene (D.I. 217) is DENIED. PharMerica's motion requests intervention to respond to the defendant's motion to enforce the settlement (D.I. 206). On October 23, 2007, the defendant withdrew its motion to enforce the settlement. Accordingly, PharMerica's motion is moot.

/s/ Gregory M. Sleet
CHIEF, UNITED STATES DISTRICT JUDGE